## UNIITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RIVERDEEP INC., LLC., a Delaware limited liability company, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| SOMC GROUP, INC., a California corporation; LOGETICS, Inc., a California corporation; SAN DIEGO CREDIT ASSOCIATION, a California corporation, READY, SET, GROW!, A California corporation; JELLLY BEAN ISLANDS, a California Corporation; and LEAP AHEAD, a California Corporation, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |

Civil Action

No. _____

MAGISTRATE JUDGE Sorokin

Plaintiff Riverdeep Inc., LLC ("Riverdeep") alleges as follows:

### INTRODUCTION

1.      This is an action for injunctive relief, damages, and specific performance arising out of two agreements. The first is an OEM License Agreement dated as of March 28, 2002, as amended, between Broderbund, LLC, which is Riverdeep's predecessor, and defendants SOMC Group Inc. ("SOMC") and Logetics, Inc. ("Logetics") (the "2002 Agreement"). The second is an OEM License Agreement dated as of March 28, 2004, between Riverdeep and Logetics (the "2004 Agreement") (together with the 2002 Agreement, the "Agreements").  Under the Agreements, both of which were signed by Thomas E. Holland ("Holland") in his capacity as president of both

SOMC and Logetics, SOMC and Logetics were permitted to manufacture and sell, under specified conditions, many of Riverdeep's popular educational software titles such as "Reader Rabbit", "Carmen San Diego," and "Leap Ahead" for which Riverdeep holds valid, registered copyrights and other software titles it published or still publishes incorporating the valuable trademarks and licensed intellectual property of third parties like "Scooby-Doo," "American Greetings," "3D Home Architect," "Arthur," "Dr. Seuss" and others, for which it also held or still holds valid, registered copyrights.

2. In exchange, defendants were obligated to pay to Riverdeep minimum Guaranteed License Fees ("Guaranteed Fees") totaling $2,300,000 under the 2002 Agreement, and $375,000 in Guaranteed Fees under the 2004 Agreement, plus royalties due on sales exceeding the Guaranteed Fees. To date, defendants have failed to make $1,119,722.12 of the $2,300,000 Guaranteed Fees due under the 2002 Agreement, and $202,073.18 of the required $375,000 Guaranteed Fees due under the 2004 Agreement.

3. The 2002 Agreement terminated on its terms on March 1, 2004. The 2004 Agreement terminated on its terms on September 30, 2004. Upon termination, the Agreements required manufacturing of Riverdeep's products to immediately stop, instructed that all material proprietary to Riverdeep, including the gold master disks from which additional copies of Riverdeep's software products are generated, be immediately returned to Riverdeep, and required all distribution of Riverdeep's products to cease within 30 days of the termination date. To this day, in ignorance of their contractual commitments and Riverdeep's copyrights and trademarks (and those of third parties),

SOMC and Logetics, continue to distribute the same Riverdeep software under the same trade names and the same business models with the same senior executives, which rights are worth a minimum of $67,000 per month. Logetics also continues to distribute Riverdeep's copyrighted software through its wholly owned subsidiaries, defendants Ready, Set, Grow!, Leap Ahead, and Jellybean Islands and other affiliated websites and distribution channels, like www.familysavingsoutlets.com.

4. Moreover, defendants SOMC and Logetics have attempted to avoid their obligations to pay monies due to Riverdeep under the 2002 Agreement under the guise of SOMC's "assignment" of all of its assets to defendant San Diego Credit Association ("SDCA"). SOMC, Logetics, and Holland claim Riverdeep is limited under California law to recover a pro rata share of the minimal assets assigned to ("SDCA") and that Holland, SOMC and Logetics may walk away from their obligations to pay Riverdeep. The terms of the Agreements require, however, that Massachusetts law governs "in all respects" and requires adjudication of any disputes in the Massachusetts courts. In the Commonwealth of Massachusetts, a party to a contract may not avoid its contractual obligations by "assigning" deminimus assets to a third party and then continue to enjoy the benefits of the contract.

5. Accordingly, Riverdeep brings this copyright action to enjoin further distribution of Riverdeep software by defendants, recover its gold master disks, and for damages in the amount of the unpaid and due royalties under the Agreement.

## PARTIES

6. Plaintiff Riverdeep is a Delaware limited liability company with principal places

3

of business in San Francisco, California. At all times relevant to this complaint, Riverdeep (and its predecessors in interest Broderbund, LLC and The Learning Company, Inc.) was a leading publisher of educational and productivity consumer software. At the times that the parties entered into the Agreement, Riverdeep had its United States corporate headquarters in Massachusetts.

7. At the time it entered into the Agreement, defendant SOMC Group, Inc. was, upon information and belief, a California corporation with its principal place of business at 1935 Camino Vida Roble, Carlsbad, California 92008. At that time, SOMC and Holland represented that SOMC operated under the name "Software of the Month Club" and distributed software under "branded club" names and sold software to "members."

8. Defendant Logetics, Inc. is, upon information and belief, a California corporation with its principal place of business at 1935 Camino Vida Roble, Carlsbad, California. Upon information and belief, Logetics owned or was otherwise affiliated with SOMC and Holland signed the Agreement on behalf of both SOMC and Logetics, which was in the same business as SOMC. As of the filing of this complaint, Logetics' website claims that it owns SOMC, which remains operational and continues to sell Riverdeep products.

9. Defendant Ready, Set, Grow! is, upon information and belief, a wholly owned subsidiary of Logetics with its principal place of business at 1945 Palomar Oaks Way, Suite 200, Carlsbad, CA 92009.

10. Defendant Jelly Bean Islands, is, upon information and belief, a wholly owned subsidiary of Logetics with its principal place of business at 1945 Palomar Oaks Way,

4

Suite 200, Carlsbad, CA 92009.

11. Defendant Leap Ahead, is, upon information and belief, a wholly owned subsidiary of Logetics with its principal place of business at1945 Palomar Oaks Way, Suite 200, Carlsbad, CA 92009.

12. Upon information and belief, Thomas E. Holland is a resident of California and at all relevant times was and is president and CEO of SOMC and Logetics.

13. Upon information and belief, defendant San Diego Credit Association is a California corporation with its principal place of business at 2044 First Avenue, Suite 300, San Diego, California. According to the SDCA's own documents, it accepted assignment of all SOMC's assets, purportedly conducted its own investigation of any fraudulent asset transfers or "preferential payments", and intends to distribute SOMC's assets pro rata to creditors without regard to Massachusetts law or the United States bankruptcy process. The 2002 Agreement expressly prohibits such an assignment of SOMC's rights thereunder absent Riverdeep's prior written consent, which was not sought or obtained, and, to the extent SDCA now claims to hold SOMC's rights under the 2002 Agreement or sold them without permission, SDCA is liable to Riverdeep as SOMC's assignee.

## JURISDICTION and VENUE

14. This court has jurisdiction under 28 U.S.C. §1338 because this action arises under the Copyright Act (17 U.S.C. §101 et. seq.).

15. Riverdeep holds registered copyrights for the software titles at issue in the Agreements. By way of example, "Reader Rabbit's 1st Grade" and "Where in the World

5

is Carmen San Diego" products were licensed to SOMC and Logetics by the Agreements, and have, respectively, copyright registration numbers of PA 886146 and TX 2858260

16. Venue is proper in this District because, at the time Riverdeep, Logetics and SOMC entered into the Agreements, Riverdeep was headquartered here and because the parties stipulated to the application of Massachusetts law and the jurisdiction of Massachusetts courts.

## THE 2002 AGREEMENT

17. On or around March 28, 2002, Broderbund on the one hand and SOMC and Logetics on the other hand entered into the 2002 Agreement, which provided SOMC and Logetics with certain rights to manufacture and distribute Broderbund's software as "club products". The Agreement required SOMC/Logetics (defined as a single "OEM") to pay Broderbund $1,500,000 as "non-refundable, irrevocable, non-transferable license fees" payable from June 30, 2002 through March 30, 2003. Holland signed the 2002 Agreement on behalf of both SOMC and Logetics.

18. On or around December 30, 2002, SOMC and Logetics entered into Amendment No. 1 to the 2002 Agreement, which provided, among other things, an assignment of Broderbund's rights under the 2002 Agreement to Riverdeep and required SOMC and Logetics to make "additional, non-refundable, irrevocable, non-transferable license fees, totaling U.S. $800,0000[sic]" payable during 2003. Holland signed the Amendment No. 1 on behalf of both SOMC and Logetics.

19. Accordingly under the 2002 Agreement as amended, SOMC and Logetics

6

were required to pay Riverdeep $2,300,000 in 2002 and 2003.

20. Following the execution of the 2002 Agreement, Broderbund and Riverdeep performed all obligations required of them under the Agreement.

21. On or around June 30, 2002, SOMC and Logetics made the first $300,000 payment due under the 2002 Agreement. During the remainder of 2002 SOMC paid $467,041.82 of the $600,000 balance due Riverdeep for 2002.

22. In 2003, SOMC and Logetics paid only $363,235.50 against the remaining balance due Riverdeep, leaving SOMC and Logetics owing Riverdeep $1,273,529 under the 2002 Agreement.

23. In January 2004, SOMC and Logetics paid Riverdeep $50,000, leaving a balance due under the 2002 Agreement of $1,119,722.12.

24. Despite repeated demands from Riverdeep, SOMC and Logetics refused to pay any more against the amounts owed under the 2002 Agreement.

25. The 2002 Agreement terminated on March 1, 2004, at which time Logetics was obligated to cease distribution of Riverdeep products within thirty days thereof, and to return all Riverdeep proprietary information, including the gold master disks from which additional copies of Riverdeep's products may be generated. Nevertheless, Logetics has failed to return Riverdeep's gold master disks, and SOMC and Logetics continue to distribute Riverdeep software in violation of Riverdeep's copyrights and without paying royalties to Riverdeep.

### SOMC's Use Of SDCA To Attempt To Avoid Its Obligations To Riverdeep

26. By letter dated March 18, 2004, SDCA purported to write to Riverdeep to

7

inform Riverdeep that SOMC executed a "General Assignment for the Benefit of Creditors" to SDCA. Riverdeep did not receive that letter until July 2004 because the SDCA letter was, upon information and belief, sent by SDCA at SOMC and Holland's direction to Riverdeep's lock box bank account address rather than the proper address set forth in the 2002 Agreement.

27. According to the terms of a "General Assignment" provided by SDCA to Riverdeep, on February 24, 2004, SOMC purported to assign all its interests in all assets to SDCA for one dollar.

28. Under the 2002 Agreement, SOMC may not assign any rights absent Riverdeep's prior written consent, which was never sought or obtained for the purported SOMC to SDCA assignment.

29. Under the 2002 Agreement, Riverdeep may terminate the Agreement immediately upon a "general assignment for the benefit of creditors" and SOMC must return all Riverdeep's proprietary and confidential information immediately. Such a termination "shall not relieve [SOMC and Logetics] of any of [their] payment obligations."

## THE 2004 AGREEMENT

30. On or around March 28, 2004, Riverdeep and Logetics on the other hand entered into the 2004 Agreement, which provided Logetics with certain rights to manufacture and distribute Riverdeep software as "club products". The 2004 Agreement required Logetics to pay Riverdeep $375,000 as "non-refundable, irrevocable, non-transferable license fees" payable from May 15, 2004 through December 15, 2004. Holland signed the Agreement on behalf of Logetics.

8

31. To date, Logetics has paid only $172,926.82 of the $375,000 due under the 2004 Agreement, leaving Logetics owing Riverdeep $202,073.18 in Guaranteed License Fees.

32. Despite repeated demands from Riverdeep, Logetics has refused to pay any more of the Guaranteed Licensee Fees against the amounts owed under the 2004 Agreement. Instead, in express violation of the terms and conditions of the Agreement, Logetics has sent small and inconsistent payments that Logetics claims represent royalties on products actually sold in the previous period. In March 2005, Logetics sent a payment of approximately $20,000 in purported payment for "any and all obligations outstanding." Riverdeep rejected that payment and declined to cash the marked check.

33. The 2004 Agreement terminated on September 30, 2004, at which time Logetics was obligated to cease distribution of Riverdeep's products within thirty days thereof, and to return all Riverdeep proprietary information, including the gold master disks from which additional copies of Riverdeep's products may be generated. Nevertheless, Logetics has failed to return Riverdeep's gold master disks and continues to distribute Riverdeep software under the 2004 Agreement without paying royalties to Riverdeep thereon.

## Irreparable Harm

34. Pursuant to the express terms of the Agreement, SOMC and Logetics have no license to distribute Riverdeep's copyrighted software. Nevertheless and without permission, SOMC and Logetics continue to distribute Riverdeep's software. Under such circumstances, irreparable harm is presumed.

9

35. Such continued distribution is demonstrated through offerings on the websites of Logetics (www.logetics.com), and its wholly owned subsidiaries SOMC (www.somc.com), Jelly Bean Islands (www.jellybeanislands.com), Leap Ahead (www.leapahead.com) and Ready, Set, Grow! (www.rsgclub.com), and other affiliate websites including www.familysavingsoutlet.com which misrepresent the rights to distribute many of Riverdeep's copyrighted software titles and offers the Riverdeep products directly for sale (Representative copies of webpages from each defendant reflecting such offerings are attached as Exhibit A). To the extent the webpages reflect "Broderbund" or "The Learning Company" as the publisher of any particular software title, Riverdeep acquired the assets, including all intellectual property rights, of Broderbund and The Learning Company in 2002.

## COUNT ONE
### (Copyright Infringement)

36. Riverdeep repeats, realleges and incorporates by reference as though fully set forth herein each and every allegation in paragraphs 1 through 35 of this Complaint.

37. Riverdeep granted SOMC and Logetics non-exclusive rights to distribute Riverdeep's copyrighted software the United States under the Agreements.

38. The 2002 Agreement expired on its terms on March 1, 2004 and the 2004 Agreement expired on its terms on September 15, 2004.

39. Upon expiration of the Agreements, SOMC and Logetics were required to return Riverdeep's intellectual property, including the gold master disks from which additional copies of Riverdeep's copyrighted software was duplicated, to immediately

10

cease reproduction of Riverdeep's products, and to cease distribution and sale of Riverdeep's products within 30 days.

40. Despite the express prohibition against duplication and distribution, SOMC and Logetics continue to distribute Riverdeep's software products in violation of the Agreements and Riverdeep's copyrights.

41. As demonstrated by Exhibit A to this complaint, defendants Jelly Bean Islands, Leap Ahead, and Ready, Set, Grow!, all of which are subsidiaries of Logetics, and other affiliate websites of Logetics, are also distributing Riverdeep's software products in violation of Riverdeep's copyrights.

42. Absent injunctive relief, Riverdeep will suffer irreparable harm to the extent SOMC, Logetics, Jelly Bean Islands, Leap Ahead, and Ready, Set, Grow! distribute Riverdeep software without a license to do so, in violation of Riverdeep's copyrights, and claim not to have money to pay Riverdeep royalties due and owing.

43. Absent injunctive relief, Riverdeep will suffer irreparable harm to the extent SOMC, Logetics, Jelly Bean Islands, Leap Ahead and Ready, Set Grow! continue to distribute Riverdeep software in a manner that erodes the proprietary brands and the goodwill associated with such brands, and permanently damages the value of the brands by continuous flooding of the consumer marketplace with dramatically discounted prices which in turn damages Riverdeep's retail and e-retail channel and Riverdeep's own direct-to-consumer website business found at www.broderbund.com, without compensation to Riverdeep.

44. The public interest in the protection of copyrights and intellectual property

11

favors an injunction as requested by Riverdeep.

45.  Accordingly, Riverdeep seeks damages in an amount to be determined at trial and preliminary and permanent injunctions prohibiting defendants from further distribution of Riverdeep software.

## COUNT TWO
## (Breach of Contract – 2002 Agreement)

46.  Riverdeep restates and incorporates by reference paragraphs 1 through 45 above as if fully set forth herein.

47.  The rights and obligations between Riverdeep and SOMC and Logetics are reflected in the 2002 Agreement.

48.  Broderbund and Riverdeep performed all obligations required of them under the 2002 Agreement or were excused from doing so.

49.  Without excuse, SOMC and Logetics breached the 2002 Agreement by, among other things, (1) failing to make all guaranteed royalty payments when due and owing under the 2002 Agreement; (2) purporting to assign SOMC's rights under the 2002 Agreement to SDCA; and (3) continuing to distribute Riverdeep software notwithstanding (1) and (2) above.

50.  Riverdeep has been damaged in an amount of $1,119,722.12 remaining due under the 2002 Agreement plus imputed minimum royalties of not less than $67,000 per month for the period that defendants distributed Riverdeep software without a license.

## COUNT THREE
## (Fraudulent Conveyance)

51.  Riverdeep restates and incorporates by reference paragraphs 1 through 50

above as if fully set forth herein.

52. Defendant SOMC made transfers to SDCA without receiving reasonably equivalent value in exchange.

53. Upon information and belief, SOMC contends that it has no remaining assets to satisfy its obligations to Riverdeep.

54. In making the transfer to SDCA, SOMC intended to incur, or believed or reasonably should have believed that it would incur, debts beyond its ability to pay as they became due.

55. On that basis, Riverdeep was damaged by SOMC's transfer of assets to SDCA.

**COUNT FOUR**
**(Breach of Contract – 2004 Agreement)**

56. Riverdeep restates and incorporates by reference paragraphs 1 through 55 above as if fully set forth herein.

57. The rights and obligations between Riverdeep and Logetics are reflected in the 2004 Agreement.

58. Riverdeep performed all obligations required of it under the 2004 Agreement or was excused from doing so.

59. Without excuse, Logetics breached the 2004 Agreement by, among other things, (1) failing to make all guaranteed royalty payments when due and owing under the 2004 Agreement and (2) continuing to distribute Riverdeep software after expiration of the 2004 Agreement.

13

Riverdeep has been damaged in an amount of $202,073.18 remaining due under the 2004 Agreement plus imputed minimum royalties of not less than $67,000 per month for the period that Logetics distributed Riverdeep software without a license.

### COUNT FIVE
### (Specific Performance)

60. Riverdeep repeats, realleges and incorporates by reference as though fully set forth herein each and every allegation in paragraphs 1 through 59 of this Complaint.

61. Under the Agreements, Logetics and SOMC expressly agreed to pay Riverdeep $2,675,000 as a non-refundable Guaranteed License Fees for. Without excuse, SOMC and Logetics have refused to pay Riverdeep the $1,321,795.30 in guaranteed minimum royalty payments already due.

62. Riverdeep has performed all its obligations owed SOMC and Logetics under the Agreements or has been excused from such performance.

63. Both Agreements have expired and, by their terms. require SOMC and Logetics to return Riverdeep's proprietary materials, including the gold master computer disks.

64. SOMC and Logetics have repudiated their obligations to pay the guaranteed minimum royalties due Riverdeep and have failed and refused to return Riverdeep's proprietary materials.  Since the license fee was non-refundable, no relief other than specific performance will adequately compensate Riverdeep for the losses suffered by SOMC's and Logetics' breach.

14

## COUNT SIX
### (DECLARATORY JUDGMENT)

65.  Riverdeep repeats, realleges and incorporates by reference as though fully set forth herein each and every allegation in paragraphs 1 through 64 of this Complaint.

66.  Based on a document purporting to be an assignment from SOMC to SDCA, Riverdeep is informed and believes that SDCA has been assigned all rights of SOMC and Logetics in the 2002 Agreement.

67. The 2002 Agreement prohibits assignment without the express consent of Riverdeep, which consent has neither been requested of, nor granted by, Riverdeep.

68.  Consequently, the unconsented assignment of the 2002 Agreement violates its terms, and SDCA has no rights under the 2002 Agreement.

69.  Riverdeep therefore requests a declaratory judgment that SDCA has no rights under the 2002 Agreement, and may neither exercise any of the rights granted to SOMC and Logetics thereunder, nor transfer, assign, sell, or otherwise dispose of the rights granted thereunder.

WHEREFORE, Riverdeep demands judgment as follows:

A.    Enjoining SOMC, Logetics, Jelly Bean Islands, Leap Ahead, Ready, Set, Grow!, SDCA, and any other distribution channel or website affiliates of any of the above, from further production or distribution of Riverdeep software and award Riverdeep damages an amount to be determined at trial, including statutory damages against SOMC, Logetics, Jelly Bean Islands,

15

Leap Ahead, and Ready, Set, Grow! for their knowing and willful infringement of Riverdeep's copyrights under Count One;

B.    Award Riverdeep damages in the amount of not less than $1,119,722.12 due it under Counts Two and Three;

C.    Award Riverdeep damages in the amount of not less than $66,666.67 per month for each month that defendants distributed Riverdeep software without a license or, in the alternative, require defendants to recover all copies of Riverdeep software distributed after February 24, 2004, under Counts Two, Three and Four;

D.    Award Riverdeep damages in the amount of not less than $202,073.18 under Count Four;

E.    Order SOMC and Logetics to specifically perform its obligations under the Agreements, including payment of all Guaranteed License Fees and return of Riverdeep's intellectual property, under Count Five;

F.    Issue a declaratory judgment that SDCA has no rights under the 2002 Agreement, and may neither exercise any of the rights granted to SOMC and Logetics thereunder, nor transfer, assign, sell, or otherwise dispose of the rights granted thereunder, under Count Six; and

G.    Grant such other and further relief as the Court deems just and proper.

Dated:  April 22, 2005

Respectfully submitted,

_____
Irwin B. Schwartz BBO#548763
PETRIE SCHWARTZ LLP
500 Boylston Street, Suite 1860
Boston, Massachusetts 02116
(617) 421-1800

Counsel for Plaintiff
Riverdeep, Inc., LLC



Home | Help | 🛒 Cart | Checkout
My Account | Wish List | Log in

Store ID: LAL001

Find product:

[ Find ]

Browse Category:

- **Popular Picks**
- **Ages 1 to 3**
- **Ages 4 to 6**
- **Ages 6 to 9**
- **Ages 9 to 12**
- **Reference**
- **Family Games**
- **Home & Leisure**


Have your order wrapped in a Gift Bag. Only 99 cents per order


Prefer to order by phone, mail, or fax? Click here!


Read our helpful Parenting Tips!



Alphabet Express
Ages 3 to 6
**Price: $9.95**
>VIEW/BUY



Amazon Trail® 3rd Edition: Rainforest Adventures™
Ages 9 and up
**Price: $9.95**
>VIEW/BUY



American Greetings® CreataCard® Select 6
Ages 10 and up
**Price: $9.95**
>VIEW/BUY



Atari® Arcade Hits 1
Ages 8 and up
**Price: $9.95**
>VIEW/BUY



Blue's Clues™: Blue's 123 Time Activities
Ages 3 to 6
**Price: $9.95**
>VIEW/BUY



Carmen Sandiego Math Detective™
Ages 8 to 14
**Price: $9.95**
>VIEW/BUY



Clifford Thinking Adventures
Ages 4 to 6
**Price: $9.95**
>VIEW/BUY



Crayola® Magic 3D Coloring Book™
Ages 2 and up
**Price: $9.95**
>VIEW/BUY



Crayola® Make a Masterpiece™
Ages 6 to 12
**Price: $9.95**
>VIEW/BUY



Dr. Seuss™ Green Eggs and Ham
Ages 3 to 7
**Price: $9.95**
>VIEW/BUY



Encyclopædia Britannica® Ready Reference™ 2004
Ages 7 and up
**Price: $9.95**
>VIEW/BUY



Encyclopædia Britannica® Profiles U.S. Presidents
Ages 7 and up
**Price: $9.95**
>VIEW/BUY



Freddi Fish™ 2: The Case Of The Haunted Schoolhouse™
Ages 3 to 8
**Price: $9.95**
>VIEW/BUY



Home Depot's Home Improvement 1-2-3
Ages 12 and up
**Price: $9.95**
>VIEW/BUY



I SPY™ Spooky Mansion
Ages 6 to 10
**Price: $9.95**
>VIEW/BUY



Leap Ahead!™ Phonics
Ages 4 to 7
**Price: $9.95**
>VIEW/BUY



Mosby's Medical Encyclopedia™
Ages 12 and up
**Price: $9.95**
>VIEW/BUY



Mr. Potato Head® Activity Pack
Ages 2 to 7
**Price: $9.95**
>VIEW/BUY



Nicktoons Racing
Ages 6 and up
**Price: $9.95**
>VIEW/BUY



Orly's Draw-A-Story
Ages 5 to 10
**Price: $9.95**
>VIEW/BUY



Playskool®
Puzzles

Ages 3 to 6
**Price: $9.95**
>VIEW/BUY



PrintMaster®
Party & Crafts
Creator

Ages 14 and up
**Price: $9.95**
>VIEW/BUY



PrintMaster®
Silver 11

Ages 12 and up
**Price: $9.95**
>VIEW/BUY



Putt-Putt Saves
the Zoo

Ages 3 to 8
**Price: $9.95**
>VIEW/BUY



Reader Rabbit's®
Math Ages 4-6

Ages 4 to 6
**Price: $9.95**
>VIEW/BUY



Reader Rabbit's®
Math Ages 6-9

Ages 6 to 9
**Price: $9.95**
>VIEW/BUY



Reader Rabbit's®
Preschool

Ages 3 to 5
**Price: $9.95**
>VIEW/BUY



Reader Rabbit's®
Reading Ages 6-9

Ages 6 to 9
**Price: $9.95**
>VIEW/BUY



Scrabble®

Ages 8 and up
**Price: $9.95**
>VIEW/BUY



Schoolhouse Rock!
® Thinking
Games™

Ages 6 and up
**Price: $9.95**
>VIEW/BUY



The Land Before
Time™ Toddler
Time

Ages 2 to 4
**Price: $9.95**
>VIEW/BUY



Ultimate Writing
& Creativity
Center™

Ages 6 to 10
**Price: $9.95**
>VIEW/BUY



Where In The
USA Is Carmen
Sandiego?®

Ages 8 to 14
**Price: $9.95**
>VIEW/BUY



Guide to Safe Shopping Online  |  Customer Service  |  Return Policy  |  Shipping
Information  |  Privacy Notice  |  Legal Notices  |  Contact Us
© 2000-2005 Logetics, Inc. All rights reserved.



*Inspiring kids to learn, grow, and be shin*

Home    Products by Age    Cus'

At Leap Ahead™, we believe in bringing you the "best of the best" in learning products, so we've teamed up with some of the world's leading publishers. Here are some of our trusted publishing partners:

























---

**About Leap Ahead | Privacy Policy | Legal Notices**
© 200



# Reading

**Putt-Putt Saves The Zoo**
Ages 3 to 8

**Flash Action™: Phonics Made Easy**
Ages 6 and up

**Blue's Clues™: Blue's Reading Time Activities**
Ages 3 to 6

**Smart Steps 2nd Grade**
Ages 7 to 8

**Smart Steps Kindergarten**
Ages 4 to 5

**Smart Steps 1st Grade**
Ages 5 to 7

**Carmen Sandiego Word Detective™**
Ages 8 to 14

**Chicka Chicka Boom Boom**
Ages 3 to 6

**Curious George Preschool Learning Games**
Ages 3 to 5

**Curious George Reads, Writes, & Spells For Grades 1 & 2**
Ages 5 to 8

**Curious George: Pre-K ABC's**
Ages 3 to 6

**Leap Ahead!™ Kindergarten**
Ages 4 to 6

**MacMillan Dictionary For Children**
Ages 5 to 10

**Orly's Draw-A-Story**
Ages 5 to 10



**Reader Rabbit's® Reading 1 (For Phonics)**
Ages 3 to 7

**Reader Rabbit's® Reading Ages 4-6**
Ages 4 to 6









**Schoolhouse Rock!® 1st & 2nd Grade Essentials™**
Ages 6 to 8

**Schoolhouse Rock!® 3rd & 4th Grade Essentials™**
Ages 8 to 10

**Schoolhouse Rock!® Grammar Rock™**
Ages 6 to 10

**Word Munchers Deluxe**
Ages 5 to 10



More choices than ever!
Select from trusted software brands such as Sesame Street, School House Rock, Arthur, Crayola, Carmen Sandiego, Monopoly, and more.

Did you know?
You can choose the programs you want to receive by calling customer service at 1-800-437-0110.

Free technical support.
If you ever have any difficulties operating our software, you can get help with our online service or via e-mail. Read more.

Join here!

Contact Us  •  Privacy Policy
©2000 Logetics, Inc..



software of the month club

**Quick Software Finder:**    GO!

Home    Find Software    New Releases    H

## Member Services

**Select Future Software**
**Exchange Software**
**Technical Support**

## Member Info

**Benefits**
**Special Offers**
**Featured Software**
**Satisfaction Guarantee**
**Publishing Partners**

# Find Software

Use our convenient menus below to browse programs by category, by title, or alphabeticall take a look at our regularly updated New Releases and Featured Software selections.

View

**Search by category:**         **Search by title:**

Reader         SEARCH ▶

**Search by letter:**

\#  A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U  V  W  X

**Search Results:**

Reader Rabbit Presents: Math Journey for Grades 1-3
Reader Rabbit's Learn to Read with Phonics
Reader Rabbit's Math Ages 4-6
Reader Rabbit's Personalized Math Ages 6 - 9
Reader Rabbit's Playtime for Baby (2-CD Set)
Reader Rabbit's Preschool
Reader Rabbit's Reading 1 (for Phonics)
Reader Rabbit's Reading Ages 4-6
Reader Rabbit's Reading Ages 6-9
Reader Rabbit's Thinking Adventures (2-CD Set)
Reader Rabbit's® 1st Grade
Reader Rabbit's® Kindergarten
Reader Rabbit's® Toddler

About Us  |  Contact Us  |  Privacy Policy  |  Legal Notices
© 2004 Logetics, Inc.



software of the month club

**Quick Software Finder:** GO!

Home | Find Software | New Releases | He

## Find Software

### Member Services

Select Future Software
Exchange Software
Technical Support

### Member Info

Benefits
Special Offers
Featured Software
Satisfaction Guarantee
Publishing Partners

Use our convenient menus below to browse programs by category, by title, or alphabeticall take a look at our regularly updated New Releases and Featured Software selections.

View

**Search by category:**

**Search by title:**
Carmen

SEARCH ▶

**Search by letter:**

# A B C D E F G H I J K L M N O P Q R S T U V W X

**Search Results:**

Carmen Sandiego Jr. Detective
Carmen Sandiego Math Detective™
Carmen Sandiego Word Detective™
Carmen Sandiego's Great Chase Through Time™ 2-CD Set
Where in the USA is Carmen Sandiego?®
Where in the World is Carmen Sandiego?®

About Us    |    Contact Us    |    Privacy Policy    |    Legal Notices
© 2004 Logetics, Inc.



Tell a frier

**Home    Technical Support    Customer C**

- Our Guarantee
- Club Benefits
- Our Publishing Partners & Awards
- FAQ's

## Our Publishing Partners

To offer members coordinated learning kits of the highest quality, *Ready, Set, Grow!*™ has established licensing relationships with many of the world's leading publishers. Here are some of our trusted publishing partners:















## Awards and Reviews

All of the software programs featured in the *Ready, Set, Grow!* learning kits have earned ratings of 4 stars or higher (out of 5) from Children's Software Revue. Program reviews are based on various criteria including educational value, ease of use, childproof functionality, entertainment value, design features, and good value. The Children's Software Finder database features the world's biggest and most accurate collection of children's interactive media reviews.



**The software programs featured in the Ready, Set, Grow! learning kits have received numerous awards, such as:**

- Editor's Choice, Computer Times Magazine
- Best Software Programs of the Year, Child Magazine
- Eddie Awards, ComputED Learning Lab's 3rd Annual Education Software Review
- Best Pick Award, Choosing Children's Software Newsletter
- NAPPA Awards, National Parenting Publications Awards
- Editor's Choice (EDDY) Finalist, MacWorld

- Top 100 CDs, Mac Home Journal
- Selected as outstanding by Parent Council, Parent Council Ltd.
- Honors Award - Early Childhood, National Parenting Publications Awards
- 2nd Place Tie, Practical Homeschooling Software Reader Awards
- Software Magic Award, Parenting
- All Star Software Award, Children's Software Revue
- Highest Rating, Canadian Toy Testing Council
- Approved Winner, Parent's Choice Foundation
- 4.5 Stars - Award of Excellence, DiscoverySchool.com
- Best Pick Award, Choosing Children's Software
- Top Ten Reading & Writing Products for the Year, The Education Source and more!

About Us   |   Contact Us   |   Privacy Policy   |   Legal Notices
© 2004 Logetics, Inc.





Home

Consumer-Direct Marketing

Business-to-Consumer Marketing

Direct-to-Home Clubs

Cause-Related Marketing

**Direct-to-Home Clubs**

For more than 19 years, our clubs have been inspiring children and families to learn, grow and develop essential skills. We take pride in offering convenient, no-hassle memberships that provide families with the "best-of-the-best" software and entertainment products available.

Ready, Set, Grow!

Software of the Month Club

Jellybean Islands

Leap Ahead



About Us | Our Publishing Partners | Our Affiliate Program | Contact Us

≈JS 44  (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Riverdeep, Inc., LLC, a Delaware Limited Liability Corporation

**DEFENDANTS**

SOMC Group, Inc., Logetics, Inc., San Diego Credit Association, Ready Set, Grow!, Jelly Bean Islands, Leap Ahead

**(b)** County of Residence of First Listed Plaintiff    San Francisco, California
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant    San Diego, California
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Irwin B. Schwartz, Esquire, Petrie Schwartz LLP, 500 Boylston Street, Suite 1860, Boston, MA 02116 (617-421-1800 (Ext. 32))

Attorneys (If Known)

Ross J. Schwartz, Esquire, Schwartz Semerdjian Haile Ballard & Cauley LLP, 101 West Broadway, San Diego, CA 92101-8229

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

| | | |
|---|---|---|
| ☐ 1 | U.S. Government Plaintiff | ☒ 3 Federal Question (U.S. Government Not a Party) |
| ☐ 2 | U.S. Government Defendant | ☐ 4 Diversity (Indicate Citizenship of Parties in Item III) |

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                                     and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT  (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 640 R.R. & Truck | ☒ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | ☐ 950 Constitutionality of |
| | Other | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | |

**PERSONAL INJURY**
☐ 362 Personal Injury - Med. Malpractice
☐ 365 Personal Injury - Product Liability
☐ 368 Asbestos Personal Injury Product Liability
**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

## V. ORIGIN   (Place an "X" in One Box Only)

| | | | | | | | Appeal to District |
|---|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from another district (specify) | ☐ 6 Multidistrict Litigation | ☐ 7 | Judge from Magistrate Judgment |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
17 U.S.C. §501
Brief description of cause:
Violation of Plaintiff's Copyrights

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):    JUDGE _____    DOCKET NUMBER _____

DATE    04/22/2005

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) Riverdeep, Inc., LLC v. SOMC Group, Inc., Logetics, Inc., San Diego
Credit Association, Ready Set, Grow!, Jelly Bean Islands, Leap Ahead

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

___ I. 160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

_X_ II. 195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,  *Also complete AO 120 or AO 121
740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.  for patent, trademark or copyright cases

___ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
380, 385, 450, 891.

___ IV. 220, 422, 423, 430, 460, 480, 490, 610, 620, 630, 640, 650, 660,
690, 810, 861-865, 870, 871, 875, 900.

___ V. 150, 152, 153.

05 - 10816

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.
None

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

YES ☐    NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?  (See 28 USC §2403)

YES ☐    NO ☒

If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

YES ☐    NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

YES ☐    NO ☒

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

YES ☐    NO ☒

A. If yes, in which division do all of the non-governmental parties reside?

Eastern Division ☐    Central Division ☐    Western Division ☐

B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

Eastern Division ☒    Central Division ☐    Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

YES ☐    NO ☒

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME    Irwin B. Schwartz

ADDRESS   Petrie Schwartz LLP, 500 Boylston Street, Suite 1860, Boston, MA 02116

TELEPHONE NO.    617-421-1800 (Ext. 32)