UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RIVERDEEP INC., A LIMITED LIABILITY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>SOMC GROUP, INC., a California corporation; LOGETICS, INC., a California corporation; SAN DIEGO CREDIT ASSOCIATION, a California corporation; READY, SET, GROW!, a California corporation; JELLY BEAN ISLANDS, a California corporation; and LEAP AHEAD, a California corporation,<br><br>Defendants. | Civil Action No. 05-10816 REK<br><br>[PROPOSED] ORDER ON EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER, EXPEDITED DISCOVERY AND DOCUMENT PRESERVATION ORDER |

Upon the Complaint, the Memorandum in Support of Ex Parte Application for Temporary Restraining Order and Expedited Discovery, the Affidavit of Irwin B. Schwartz, the Affidavit of Kirsten Mellor, and for good cause shown, it is hereby ORDERED that:

1. A Temporary Restraining Order immediately shall issue, and the Defendants, their officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them, shall not copy or distribute any Riverdeep software. Defendants shall also return or put in escrow Riverdeep's proprietary information including but not limited to its gold master disks.

2. Defendants shall deliver all documents responsive to the document requests attached hereto to the office of plaintiff's counsel no later than forty-eight hours

after service upon them.  Riverdeep attaches as Exhibit A its First Requests for Production of Documents to Logetics, Inc. and as Exhibit B its First Requests for Production of Documents to San Diego Credit Association.

3. Defendants shall preserve and hold inviolate any documents and communications relating to the assignment, manufacturing, sale, distribution, or copying of Riverdeep's software.

4. The hearing on Plaintiff's Motion For Preliminary Injunction shall be held on May ___, 2005 at ____ o'clock.

Dated: May    , 2005

SO ORDERED,

_____
, J.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RIVERDEEP INC., A LIMITED LIABILITY COMPANY,<br><br>             Plaintiff,<br><br>vs.<br><br>SOMC GROUP, INC., a California corporation; LOGETICS, INC., a California corporation; SAN DIEGO CREDIT ASSOCIATION, a California corporation; READY, SET, GROW!, a California corporation; JELLY BEAN ISLANDS, a California corporation; and LEAP AHEAD, a California corporation,<br><br>             Defendants. | Civil Action No. 05-10816 REK |

RIVERDEEP'S FIRST REQUEST FOR PRODUCTION OF
DOCUMENTS TO DEFENDANT LOGETICS

Pursuant to Fed. R. Civ. P. 34, Riverdeep hereby requests that Logetics, Inc. produce for inspection and copying within 48 hours after service hereof at the offices of Petrie Schwartz LLP, 500 Boylston Street, Suite 1860, Boston, Massachusetts 02116 all Documents[1] in its possession, custody or control, referring or relating to:

DOCUMENTS REQUESTED

Request No. 1

Any Riverdeep software that was included in the approximately 425,000 CD-ROM units, and associated marketing and packaging materials that San Diego Credit Association ("SDCA") sold to Logetics on February 24, 2004, including but not limited to

---

1    See Definitions and Instructions below.

documents relating to any subsequent manufacturing, copying, distribution, or sale of the Riverdeep software that SDCA sold to Logetics.

Request No. 2

Any copying, manufacturing, distribution, or sale of any Riverdeep titles by Logetics after September 30, 2004.

## DEFINITIONS AND INSTRUCTIONS

1. The meaning of all non-defined terms shall be in accordance with their ordinary and accepted usage. The plaintiff incorporates by reference the Uniform Definitions In Discovery Requests contained in Local Rule 26.5.

2. In addition, "document" means all electronic data files, including word processing documents, spreadsheets, database files, charts, drafts, outlines, e-mail, PIF files, batch files, source code, object code, executable files and deleted files. "Document" also means all other electronic data stored on computer memories, hard disks, floppy disks, cd-rom, or any other method.

3. "Riverdeep" or "plaintiff" means the plaintiff in this action, Riverdeep, Inc., LLC.

4. "Logetics", "you" and/or "your" means defendant in this action Logetics, Inc. and its agents, representatives, employees or assigns.

5. If an objection is made to any request contained herein, for each item or category objected to:

    (a)    State the specific ground for each objection;

    (b)    Identify each such document by giving its date, the name of each author (and each addresser, if different), the name of each addressee

(and each recipient, if different) and by giving any other information necessary to identify such document or part thereof; and

(c) Provide a description of the subject matter of each document or item.

6. This request for production of documents is continuing, and to the extent that the responses may be supplemented by documents subsequently acquired by Logetics or its counsel, Logetics is requested to serve supplemental responses pertaining to and produce such documents.

Dated: May 10, 2005

Respectfully submitted,

Irwin B. Schwartz BBO#548763
PETRIE SCHWARTZ LLP
500 Boylston Street, Suite 1860
Boston, Massachusetts 02116
(617) 421-1800

Counsel for Plaintiff
Riverdeep, Inc., LLC

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RIVERDEEP INC., A LIMITED LIABILITY COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> SOMC GROUP, INC., a California corporation; LOGETICS, INC., a California corporation; SAN DIEGO CREDIT ASSOCIATION, a California corporation; READY, SET, GROW!, a California corporation; JELLY BEAN ISLANDS, a California corporation; and LEAP AHEAD, a California corporation, <br><br> Defendants. | Civil Action No. 05-10816 REK |

RIVERDEEP'S FIRST REQUEST FOR PRODUCTION OF
DOCUMENTS TO DEFENDANT SDCA

Pursuant to Fed. R. Civ. P. 34, Riverdeep hereby requests that San Diego Credit Association ("SDCA") produce for inspection and copying within 48 hours after service hereof at Petrie Schwartz LLP, 500 Boylston Street, Suite 1860, Boston, Massachusetts 02116 all Documents[1] in its possession, custody or control that:

DOCUMENTS REQUESTED

Request No. 1

Establish what Riverdeep software was included in the SOMC Group, Inc. assignment to SDCA that took place on February 24, 2004.

---

1      See Definitions and Instructions below.

Request No. 2

Establish what Riverdeep software was included in the approximately 425,000 CD-ROM units, and associated marketing and packaging materials that SDCA sold to Logetics, Inc. on February 24, 2004.

### DEFINITIONS AND INSTRUCTIONS

1. The meaning of all non-defined terms shall be in accordance with their ordinary and accepted usage. The plaintiff incorporates by reference the Uniform Definitions In Discovery Requests contained in Local Rule 26.5.

2. In addition, "document" means all electronic data files, including word processing documents, spreadsheets, database files, charts, drafts, outlines, e-mail, PIF files, batch files, source code, object code, executable files and deleted files. "Document" also means all other electronic data stored on computer memories, hard disks, floppy disks, cd-rom, or any other method.

3. "Riverdeep" or "plaintiff" means the plaintiff in this action, Riverdeep, Inc., LLC.

4. "SDCA", "you" and/or "your" means defendant in this action San Diego Credit Association and its agents, representatives, employees or assigns.

5. If an objection is made to any request contained herein, for each item or category objected to:

> (a) State the specific ground for each objection;
>
> (b) Identify each such document by giving its date, the name of each author (and each addresser, if different), the name of each addressee (and each recipient, if different) and by giving any other information necessary to identify such document or part thereof; and

2

(c) Provide a description of the subject matter of each document or item.

6. This request for production of documents is continuing, and to the extent that the responses may be supplemented by documents subsequently acquired by SDCA or its counsel, SDCA is requested to serve supplemental responses pertaining to and produce such documents.

Dated: May 10, 2005

Respectfully submitted,

_____
Irwin B. Schwartz BBO#548763
PETRIE SCHWARTZ LLP
500 Boylston Street, Suite 1860
Boston, Massachusetts 02116
(617) 421-1800

Counsel for Plaintiff
Riverdeep, Inc., LLC