UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RIVERDEEP INC., A LIMITED LIABILITY COMPANY<br><br>Plaintiff,<br><br>vs.<br><br>SOMC GROUP, INC., a California corporation; LOGETICS, INC., a California corporation; SAN DIEGO CREDIT ASSOCIATION, a California corporation; READY, SET, GROW!, a California corporation; JELLY BEAN ISLANDS, a California corporation; and LEAP AHEAD, a California corporation,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-10816 REK<br>)<br>)   AFFIDAVIT OF<br>)   KIRSTEN MELLOR<br>)   IN SUPPORT OF<br>)   EX PARTE APPLICATION<br>)<br>)<br>)<br>)<br>)<br>) |

Kirsten Mellor declares as follows:

1.      I am legal counsel at Riverdeep Inc., A Limited Liability Company, a Delaware LLC ("Riverdeep"). The information contained in this Affidavit is true and correct based on my personal knowledge.

2.      Riverdeep is a leading publisher of educational and productivity consumer software. Among the many software titles owned by Riverdeep are such popular children's educational programs as Reader Rabbit, Leap Ahead, Oregon Trail, Where in the World Is Carmen San Diego, Achieve!, Clue Finders, Mighty Math, and Scooby-Doo marketed under Riverdeep, The Learning Company, Broderbund and Edmark brands, among others.

3.      Attached hereto at Tab 1 is a spreadsheet that includes copyright

registration titles for many of the titles covered by the 2002 and 2004 Agreements. Riverdeep or its affiliates owns the listed copyrights. To the extent that the copyright is registered to Broderbund or The Learning Company, Riverdeep acquired the assets, including all intellectual property rights, of Broderbund and The Learning Company in 2002.

4.    SOMC GROUP, Inc. ("SOMC") and Logetics, Inc. ("Logetics") are companies that manufacture, market, and distribute software products, including Riverdeep's software, usually through direct marketing "clubs".

5.    To my understanding, Thomas Holland is the president of both SOMC and Logetics and signed the license agreements that are at issue on behalf of SOMC and Logetics.

## The 2002 Agreement

6.    Attached hereto at Tab 2 is a true and correct copy of an OEM License Agreement between Broderbund, LLC (predecessor in interest to Riverdeep) on the one hand, and SOMC and Logetics on the other hand dated March 28, 2002 (the "2002 Agreement").

7.    The 2002 Agreement provided SOMC and Logetics with limited rights to manufacture and distribute Broderbund's software as "club products." Tab 2, Exh. A ¶ 1(a). Under the 2002 Agreement, neither SOMC nor Logetics may assign any rights in Riverdeep's software absent Riverdeep's prior written consent. Id., Exh. B ¶ 10.3.

8.    In exchange, Logetics and SOMC were obligated to pay to Riverdeep minimum guaranteed license fees totaling $2,300,000. Id., Exh. A, ¶ 4(a) & Amend. ¶ 2.

2

9.    The 2002 Agreement expired on March 1, 2004, at which time Logetics and SOMC had no further rights to manufacture Riverdeep software and had only 180 days (until August 27, 2004) to sell off any Riverdeep software inventory on hand. Id., Exh. B ¶ 6.3.

10.    Under the 2002 Agreement, Logetics and SOMC were required to return on March 1, 2004 all Riverdeep proprietary information, including the gold master disks from which additional copies of Riverdeep's products may be generated. Id.

11.    Logetics and SOMC failed to pay Riverdeep approximately $1.1 million under the 2002 Agreement.

12.    Logetics and SOMC also failed to return Riverdeep's proprietary information, including Riverdeep's gold master disks.

The 2004 Agreement

13.    Attached hereto at Tab 3 is a true and correct copy of an OEM License Agreement between Riverdeep and Logetics dated March 28, 2004 (the "2004 Agreement"). The 2004 Agreement provided Logetics with certain limited rights to manufacture and distribute Riverdeep's software as "club products." Tab 3, Exh. A ¶ 1(a).

14.    In exchange, Logetics was obligated to pay to Riverdeep minimum guaranteed license fees totaling $375,000. Id., Exh. A ¶ 4(a).

15.    The 2004 Agreement expired on September 30, 2004, at which time Logetics had no further rights to manufacture Riverdeep software and had sell of rights of only 180 days (or until March 29, 2005). Id., Exh. B ¶ 6.3.

3

16.     Under the 2004 Agreement, Logetics was required to return on September 30, 2004 all Riverdeep proprietary information, including the gold master disks from which additional copies of Riverdeep's products may be generated. Id.

17.     Attached hereto at Tab 4 is a true or correct copy of a letter dated March 8, 2005, that I wrote and sent to Logetics demanding return of Riverdeep's proprietary materials including the gold master disks.

18.     Logetics failed to pay Riverdeep approximately $202,000 owed under the 2004 Agreement.

19.     Logetics has failed to return proprietary information delivered to them pursuant to the 2004 Agreement, including Riverdeep's gold master disks.

Defendants' Continued Distribution Of Riverdeep Software

20.     Based on our investigation to date, Logetics and its affiliated defendants continue to distribute Riverdeep software without any license to do so.

21.     Attached at Exhibit Tab 5 is a true and correct copy of a page from the website of Logetics (www.logetics.com). The page references Logetics' direct to home clubs and then links the consumer to the websites for Software of the Month Club, Jelly Bean Islands, Leap Ahead, and Ready Set Grow.   Logetics' website claims that it owns SOMC.

22.     Attached at Tab 6 is a true and correct copy of a page from the website of SOMC (www.somc.com). The page references SOMC's education software lines that it currently distributes through its website. Those titles include Reader Rabbit and Carmen San Diego, both which are Riverdeep software titles.   SOMC's website claims that it is

4

owned by Logetics.

23.    Attached at Tab 7 is a true and correct copy of a page from the website of
Jelly Bean Islands (www.jellybeanislands.com). The page references Jelly Bean Islands
education software lines that it currently distributes through its website. Those titles
include Reader Rabbit, Carmen San Diego, and Leap Ahead, all which are software titles
Riverdeep owns.

24.    Attached at Tab 8 is a true and correct copy of a page from the website of
Leap Ahead (www.leapahead.com). This page describes Riverdeep, the Learning
Company, and Broderbund as Leap Ahead partners. Since the 2002 and 2004
Agreements expired, Leap Ahead's representation on its website that it is partnered with
Riverdeep and Riverdeep's affiliates is untrue and harmful to Riverdeep. Leap Ahead's
website claims that it is owned by Logetics.

25.    Attached at Tab 9 is a true and correct copy of a page from the website of
Ready, Set, Grow! (www.rsgclub.com). This page describes Riverdeep, the Learning
Company, and Broderbund as Ready Set Grow! Partners. Ready Set Grow's website
claims that it is owned by Logetics.

26.    Attached at Tab 10 is a true and correct copy of a page from the smart
estore.com website (www.smart-estore.com). The page references education software
lines that it currently distributes through its website. Those titles include Reader Rabbit,
Carmen San Diego, and Leap Ahead, all which are software titles Riverdeep owns. Smart
e-store's website claims that it is owned by Logetics.

The SOMC to SDCA to Logetics Fraudulent Transfer

5

27.     After we commenced this litigation, I learned that SOMC had assigned to defendant San Diego Credit Association ("SDCA") SOMC's inventory of approximately 425,000 software units sometime in February 2004.

28.     To the best of my knowledge, Riverdeep is one of SOMC's largest publishers and, accordingly, it is highly likely that many of the 425,000 software units assigned from SOMC to SDCA were Riverdeep titles.

29.     According to SDCA's documents provided to us after commencement of this action, SDCA immediately sold those 425,000 units to Logetics. SDCA had no right to sell any Riverdeep product and, if it did so, such sales are black market in the software industry in violation of Riverdeep's copyrights.

30.     None of SOMC, SDCA or Logetics ever sought or obtained Riverdeep's consent prior to this transaction.

31.     While SDCA claims to have sent Riverdeep notice of its assignment for the benefit of creditors by letter dated March 18, 2004, Riverdeep did not receive that letter until July 2004 (4 months later) because the SDCA letter was sent at Holland's direction to Riverdeep's lock box bank account address rather than the proper address for notice set forth in the 2002 Agreement.

Defendants Actions Harm Riverdeep

32.     If Defendants continue to distribute Riverdeep's products without a valid license agreement, such distribution will be in derogation of rights vested in other Riverdeep distributors.

33.     Defendants continuing to represent themselves as authorized Riverdeep

6

000259

distributors, when they are not, harms Riverdeep's market, its brand name, and its other distributors.

34.     Defendants' unlicensed distribution of Riverdeep products may flood the market with Riverdeep's products, thereby also injuring Riverdeep and its legitimate distributors.

SWORN AND SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS $\underline{10^{\text{th}}}$ DAY OF MAY 2005.

Kirsten Mellor

PRODUCT COPYRIGHT REGISTRATION NUMBERS

| Product | Reg Date | Reg No |
|---|---|---|
| 3d Home Design Kit - 2 CD | 8/30/02 | TX-5-601-112 |
| Amazon Trail® 3rd Edition: Rainforest Adventures™ Ages 9 and up | 9/25/98 | PA-910-383 |
| Arthur Math Games | 12/12/00 | TX-5-190-570 |
| Arthur Readings Games | 8/30/02 | TX-5-746-441 |
| Arthur's Thinking Games | 8/30/02 | TX-5-746-438 |
| Arthur First Grade | 8/30/02 | TX-5-746-435 |
| Arthur Second Grade | 8/30/02 | TX-5-734-389 |
| Arthur Kindergarten | 8/30/02 | TX-5-734-400 |
| Arthur Preschool | 12/12/00 | TX-5-190-549 |
| Arthur Adventure with DW | 12/11/00 | TX-5-201-035 |
| Arthur's Birthday | 8/30/02 | TX-5-746-446 |
| Arthur's Camping Adventure | 12/12/00 | TX-5-190-553 |
| Arthur's Computer Adventure | 12/11/00 | TX-5-306-677 |
| Arthur Reading Race | 8/30/02 | TX-5-734-390 |
| Arthurs Teacher Trouble | 11/10/93 | TX-3-636-863 |
| Baileys Book House | 10/23/95 | PA-795-734 |
| Bob Vila's Home Design | 6/24/98 | PA-905-181 |
| Body Works 6 | 11/14/86 | TX-1-941-905 |
| Broderbund Family Lawyer 2002 | 9/6/02 | TX-5-586-231 |
| Calendar Creator 8.0 | 9/6/02 | TX-5-586-225 |

| | | |
|---|---|---|
| Carmen Sandiego Jr. Detective | 9/4/96 | PA-817-427 |
| Carmen Sandiego Math Detective™ Ages 8 to 14 | 8/30/02 | TX-5-746-450 |
| Carmen Sandiego Word Detective™ | 8/30/02 | TX-5-746-437 |
| Carmen Sandiego's Great Chase Through Time™ (2-CD Set) | 8/30/02 | TX-5-746-442 |
| Carmen Sandiego's ThinkQuick Challenge | 8/30/02 | TX-5-746-436 |
| Children's Bible Stories | 8/8/97 | TX-4-571-438 |
| Click Art 2 FONTS | 8/30/02 | TX-5-601-128 |
| Click Art 10K | 8/30/02 | TX*5-601-138 |
| Click Art Presentation Graphics | 8/30/02 | TX-5-601-127 |
| ClueFinders 3rd Grade Adventures | 12/11/00 | PA-1-023-597 |
| ClueFinders 4th Grade Adventures | 12/11/00 | PA-1-024-018 |
| ClueFinders 5th Grade Adventures | 8/23/99 | PA-954-472 |
| ClueFinders 6th Grade Adventures | 12/11/00 | PA-1-024-020 |
| ClueFinders Incredible Toy Store Adventure | 8/30/02 | TX-5-732-779 |
| ClueFinders Math Adventures 9-12 | 12/11/00 | PA-1-024-019 |
| ClueFinders Personalized Reading 9-12 | 8/30/02 | TX-5-732-785 |
| Compton's 3D World Atlas | 8/25/97 10/24/97 | PA-868-896 PA-842-123 |
| Compton's Interactive Bible - NIV | 8/5/97 | PA-868-899 |
| Daniel in the Lion's Den | 9/22/98 | PA-910-341 |
| Explorers of the New World | 2/12/96 | PA-792-449 |
| Family Lawyer 2004 | 9/6/02 | TX-5-586-231 |
| Family Tree Maker 9 (OEM) | 2/20/98 | TX-4-675-608 |
| Groliers Encyclopedia | 10/1/99 | TX-5-001-367 |

| | | |
|---|---|---|
| Imagination Express Destination Oceans | 12/27/95 | PA-785-664 |
| Imagination Express Destination Pyramids | 9/17/97 | PA-842-125 |
| Imagination Express Destination Rainforest | 10/4/95 | PA-764-637 |
| Imagination Express Destination Time Trip USA | 6/17/96 | PA-817-448 |
| Just Grandma and Me | 6/13/94 | TX-3-805-803 |
| Kid Pix Deluxe 3 | 8/30/02 | PA-1-100-342 |
| Kid Pix Studio Deluxe | 11/1/95 | PA-768-260 |
| Leap Ahead! 1st Grade | 4/29/99 | PA-881-717 |
| Leap Ahead! 2nd Grade | 4/29/99 | PA-881-719 |
| Leap Ahead! 3rd Grade | 4/29/99 | PA-881-715 |
| Leap Ahead! Math 6-9 | 4/29/99 | PA-881-718 |
| Leap Ahead!™ Phonics Ages 4 to 7 | 5/4/99 | PA-941-825 |
| Leap Ahead! Preschool | 4/29/99 | PA-881-716 |
| Leap Ahead! Reading 6-11 | 6/16/99 | PA-951-793 |
| Learn to Speak English 8.0 | 12/30/97 | PA-875-070 |
| Learn to Speak English 8.1 | 8/30/02 | TX-5-734-387 |
| Learn to Speak English from Spanish (Hablemos Ingels) 7.0 | 12/30/97 | PA-875-069 |
| Learn to Speak French 8.1 | 8/30/02 | TX-5-734-392 |
| Learn to Speak German 8.1 | 8/30/02 | TX-5-564-269 |
| Learn to Speak Spanish 8.1 | 8/30/02 | TX-5-734-393 |
| Let's Go Read! 1: An Island Adventure | 8/10/98 | PA-910-357 |
| Little Bear Kindergarten Thinking Adventures | 12/11/00 | TX-5-233-495 |
| Little Bear Preschool Thinking Adventures | 12/11/00 | TX-5-201-009 |
| Little Bear Rainy Day Activities | 12/11/00 | TX-5-306-680 |

| | | |
|---|---|---|
| Little Bear Toddler Discovery Adventures | 12/11/00 | TX-5-201-039 |
| Living Books Little Monster | 6/13/94 | TX-3-805-800 |
| Living Books Stellaluna | 8/30/02 | TX-5-746-432 |
| Living Books Tortoise and the Hare | 11/1/95 | PA-768-265 |
| Logical Journey of the Zoombinis | 6/10/96 | PA-827-082 |
| Math Workshop Deluxe | 2/18/97 | TX-4-467-274 |
| Mavis Beacon Teaches Typing 9 | 8/11/98 | PA-910-387 |
| Mavis Beacon Teaches Typing 12 Standard | 8/30/02 | TX-5-746-453 |
| Mighty Math Astro Algebra | 10/23/00 | TX-5-280-188 |
| Mighty Math Carnival Countdown | 8/5/96 | PA-817-449 |
| Mighty Math Zoo | 9/24/97 | PA-885-186 |
| Millies Math House | 9/13/94 | PA-729-687 |
| Mosby's Medical Encyclopedia™ Ages 12 and up | 8/22/97 | PA-868-902 |
| Oregon Trail II | 5/17/95 | PA-726-231 |
| Oregon Trail III | 12/23/97 | PA-876-393 |
| Oregon Trail IV | 2/12/01 | PA-953-931 |
| Oregon Trail V | 8/30/02 | TX-5-734-401 |
| Orly's Draw-A-Story Ages 5 to 10 | 8/30/02 | TX-5-732-778 |
| Practice Makes Perfect Spanish | 11/13/96 | PA-826-697 |
| Printmaster Homework Helper | 8/30/02 | TX-5-595-384 |
| PrintMaster® Party & Crafts Creator Ages 14 and up | 9/6/02 | TX-5-586-226 |
| PrintMaster® Silver 11 Ages 12 and up | 9/6/02 | TX-5-586-230 |
| Printshop Business Card Creator | 8/30/02 | TX-5-595-383 |
| Print Shop Essentials 12 | 8/30/02 | TX-5-601-140 |

| | | |
|---|---|---|
| Printshop Brochures, Newsletters & More | 8/30/02 | TX-5-601-123 |
| Print Shop Photo Workshop | 8/30/02 | TX-5-601-121 |
| Print Shop CD Label Creator | 8/30/02 | TX-5-601-141 |
| Print Shop Deluxe For Broadband 15 | 8/30/02 | TX-5-601-109 |
| Reader Rabbit's® 1st Grade | 8/30/02 | TXu-1-100-629 |
| Reader Rabbit's 2nd Grade | 8/30/02 | TXu-1-100-630 |
| Reader Rabbit Dreamship Tales (Parents Premium) | 6/19/03 | TX-5-732-777 |
| Reader Rabbit I Can Read with Phonics | 8/30/02 | TXu-1-100-631 |
| Reader Rabbit's® Kindergarten | 8/30/02 | TXu-1-100-626 |
| Reader Rabbit's Learn to Read with Phonics Preschool Kindergarten | 8/30/02 | TX-5-734-383<br>TX-5-746-426 |
| Reader Rabbit Let's Start Learning! | 4/29/99 | PA-881-716 |
| Reader Rabbit's® Math Ages 4 to 6 | 6/25/03<br>1/3/98 | TX-5-732-775<br>PA-923-365 |
| Reader Rabbit's® Math Ages 6 to 9 | 11/3/98 | PA-923-343 |
| Reader Rabbit's Math Journey (Gr. 1-3) | 3/17/98 | PA-886-456 |
| Reader Rabbit's® Playtime for Baby (2-CD Set) | 8/23/99 | PA-965-505 |
| Reader Rabbit Preschool 2002 V1.12 | 8/30/02 | TXu-1-100-628 |
| Reader Rabbit's® Preschool Ages 3 to 5 | 9/25/98 | PA-910-365 |
| Reader Rabbit Presents: Math Journey for Grades 1-3 | 3/17/98 | PA-886-456 |
| Reader Rabbit's® Reading 1 (for Phonics) Ages 3 to 7 | 8/30/02 | TX-5-747-415 |
| Reader Rabbit's® Reading Ages 4 to 6 | 11/3/98 | PA-923-366 |
| Reader Rabbit's® Reading Ages 6 to 9 | 11/3/98 | PA-923-353 |
| Reader Rabbit's® Thinking Adventures (2-CD Set) Ages 4 to 6 | 8/30/02 | TX-5-734-384 |
| Reader Rabbit's® Toddler | 8/11/97 | TX-4-571-439 |

| Title | | Date | Registration |
|---|---|---|---|
| Reader Rabbit Toddler 2002 V2 (2 CD version) | | 8/30/02 | TX-5-905-607 |
| Road Adventures USA | | 12/11/00 | PA-1-030-995 |
| Sammy's Science House | | 3/17/95 10/12/95 | PA-697-612 PA-764-640 |
| Schoolhouse Rock!® Grammar Rock™ Ages 6 to 10 | | 8/30/02 | TX-5-746-428 |
| Schoolhouse Rock Math Rock | | 8/30/02 | TX-5-747-423 |
| Stanley's Sticker Stories | | 9/6/96 | PA-833-584 |
| Starflyers Alien Space Chase | | 8/30/02 | TX-5-746-451 |
| Starflyers Royal Jewel Rescue VI | | 8/30/02 | TX-5-746-423 |
| Storybook Weaver Deluxe | | 3/17/98 | PA-892-379 |
| Super Solvers Gizmos & Gadgets | | 8/16/96 | PA-818-169 |
| Super Solvers Midnight Rescue | | 8/20/96 | PA-820-126 |
| Super Solvers Mission Think | | 10/24/97 | PA-864-833 |
| Super Solvers Outnumbered | | 8/15/96 | PA-820-091 |
| Super Solvers Reading 9-12 | | 11/3/98 | PA-923-362 |
| Super Solvers Spellbound | | 8/20/96 | PA-818-170 PA-820-118 |
| Talking Walls | | 6/29/00 | PA-1-000-160 PA-1-000-161 |
| The Art Lesson | | 3/17/98 | PA-885-159 |
| Thinkin Things All Around Fripple Town | | 6/21/99 | PA-951-812 |
| Thinkin Things Galactic Brain Benders | | 7/28/99 | PA-962-769 |
| Treasure Cove | | 8/27/97 | PA-868-989 |
| Treasure Galaxy | | 8/20/96 | PA-820-117 |
| Treasure Mathstorm | | 8/29/97 | PA-868-901 |

| | | |
|---|---|---|
| Treasure Mountain | 9/17/97 | PA-868-895 |
| Trivia Munchers | 3/17/98 | PA-886-453 |
| Troggle Trouble Math | 5/18/95 | PA-764-629<br>TX-4-039-417<br>TX-4-039-418 |
| Ultimate Writing & Creativity Center™ Ages 6 to 10 | 8/30/02 | TX-5-732-790 |
| Where In The USA Is Carmen Sandiego?®️ Ages 8 to 14 | 9/20/02 | TX-5-776-504 |
| Where In The World Is Carmen Sandiego?®️ | 8/30/02 | TX-5-747-413 |
| Where in Time is Carmen Sandiego | 8/15/03 | TX-5-814-413 |
| Yukon Trail | 4/27/95<br>5/18/95 | TX-4-018-855<br>TX-4-039-421 |
| Zoombinis Mtn Rescue V1.0 | 8/30/02 | TX-5-746-430 |

## OEM LICENSE AGREEMENT
(Manufacturing Rights)

This OEM License Agreement (this "**Agreement**") is entered into as of March 28, 2002 (the "**Effective Date**") by and between Broderbund LLC, a Minnesota company ("**Broderbund**") and the companies identified below (collectively, "**OEM**").

WHEREAS, Broderbund publishes, markets and distributes the one or more computer software products listed on Exhibit A (the "Products"); and

WHEREAS, OEM desires to obtain a license to manufacture, market and distribute the Products to its customers subject to the restrictions identified on Exhibit A.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Broderbund and OEM do hereby agree to the terms and conditions set forth herein and in the attached Exhibit A, Exhibit B and Exhibit C, the provisions of which are incorporated herein by this reference.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be signed under seal as of the Effective Date.

| Broderbund LLC | SOMC Group, Inc. ("SOMC") |
| --- | --- |
| By: John Bartlett<br>Vice President, OEM Sales | By: Thomas E. Holland<br>President |

3/28/01

*This document does not constitute an offer or any form of an agreement until it is approved and signed by Broderbund. It is submitted to OEM for discussion purposes only.*

| | |
|---|---|
| Broderbund LLC<br>500 Redwood Blvd.<br>Novato, CA 94947<br>Attn: Chief Financial Officer<br>Tel: (415) 382-4400<br>Fax: (415) 382-4411<br><br>With a copy to:<br><br>Broderbund LLC<br>500 Redwood Blvd.<br>Novato, CA 94947<br>Attn: General Counsel<br>Tel: (415) 382-4400<br>Fax: (415) 382-4411 | SOMC Group, Inc.<br>1935 Camino Vida Roble<br>Carlsbad, CA 92008<br>Tel: (760) 827-7378<br>Fax: (760) 827-4202<br><br>Logetics, Inc. ("Logetics")<br><br>By: _____<br>Thomas E. Holland,<br>President<br><br>Logetics, Inc.<br>1935 Camino Vida Roble<br>Carlsbad, CA 92008<br>Tel: (760) 942-7000<br>Fax: (760) _____ |

**(Agreement continues on following page)**

//
//
//

*This document does not constitute an offer or any form of an agreement until it is approved and signed by Broderbund. It is submitted to OEM for discussion purposes only.*

**EXHIBIT A**

## THE PRODUCTS

1.  Products

    (a)    SOMC/LOGETICS CLUB PRODUCTS.  Products that may be distributed as part of the SOMC and/or Logetics branded club described in Section 2(b) below ("SOMC/Logetics Club Products").

| Product(s) | Version/SKU | Per Unit License Fee |
|---|---|---|
| Amazon Trail 3rd Ed: Rainforest Adventures | AMA3744AE | $0.65 |
| Bob Vila's Home Design | BVH3844AE | $0.85 |
| Carmen Sandiego Junior Detective | 51406 | $0.65 |
| Carmen Sandiego Math Detective | 25701 | $0.65 |
| Carmen Sandiego Word Detective | 45820 | $0.65 |
| Carmen Sandiego's Great Chase Through Time, CD1 | CST3744AE | $0.85 |
| Carmen Sandiego's ThinkQuick Challenge | CSQ3744AE | $0.85 |
| Children's Bible Stories | CBS3544AE | $0.65 |
| Compton's 3D World Atlas | CWA844AE-CD1 | $0.65 |
| Compton's Home Library Battles of the World | BTF3744AE | $0.65 |
| Compton's Interactive Bible – NIV | 113069 | $0.65 |
| Daniel in the Lion's Den | 48501 | $0.85 |
| Explorers of the New World | EXP2544AE | $0.65 |
| French to Go | PFR3844AE | $0.85 |
| Just Grandma and Me | 48462 | $0.85 |
| Kid Pix Studio Deluxe | 28537 | $0.85 |
| Knowledge Munchers Deluxe | KMC2744AE-D&D | $0.85 |
| Leap Ahead! 1st Grade | | $0.85 |
| Leap Ahead! 2nd Grade | | $0.85 |
| Leap Ahead! 3rd Grade | | $0.85 |
| Leap Ahead! Kindergarten | | $0.85 |
| Leap Ahead! Math 6-9 | | $0.85 |
| Leap Ahead! Phonics | | $0.85 |
| Leap Ahead! Preschool | | $0.85 |
| Leap Ahead! Reading 6-11 | | $0.85 |
| Learn to Speak English 8.0 | LTSE3544DE | $0.85 |
| Learn to Speak English from Spanish (Hablemos Ingles) 7.0 | LTSH6544CE | $0.85 |
| Learn to Speak French 8.0 | LSF3744DE | $0.85 |
| Learn to Speak German 8.0 | LTSG3544DE | $0.85 |

*This document does not constitute an offer or any form of an agreement until it is approved and signed by Broderbund. It is submitted to OEM for discussion purposes only.*

| Learn to Speak Spanish 8.0 | LTSS3544DE | $0.85 |
|---|---|---|
| Math Workshop Deluxe | 50122 | $0.65 |
| Mosby's Medical Encyclopedia | MDE2344BE-D&D | $0.85 |
| Oregon Trail III | OTA3744AE | $0.65 |
| Oregon Trail II | OTT3744AE | $0.65 |
| Orly's Draw-A-Story | 53605 | $0.85 |
| Passport to 31 Languages | THL3744AE | $0.85 |
| Reader Rabbit's Math Ages 4-6 | 378475 | $0.65 |
| Reader Rabbit's Math Ages 6-9 | 378476 | $0.65 |
| Reader Rabbit's Math Journey | MJF2744AE-D&D | $0.65 |
| Reader Rabbit's Personalized Math 1st & 2nd Grade | 378476 | $0.65 |
| Reader Rabbit's Playtime for Baby | BRR3744AE | $0.65 |
| Reader Rabbit's Reading 1 | RRA2744BE-D&D | $0.65 |
| Reader Rabbit's Reading Ages 4-6 | 378474 | $0.65 |
| Reader Rabbit's Reading Ages 6-9 | 378473 | $0.65 |
| Reader Rabbit's Thinking Adventures 4-6 | RTG3744AE | $0.65 |
| Reader Rabbit's 1st Grade | RRF3744BE | $0.85 |
| Reader Rabbit's 2nd Grade | RSG3744BE | $0.85 |
| Reader Rabbit's Kindergarten | RRK3744BE | $0.65 |
| Reader Rabbit's Preschool | RRP3744BE | $0.65 |
| Road Adventures USA | TRA3744AE | $0.65 |
| Spanish to Go | 381327 | $0.85 |
| Spelling Master | SMP3744AE | $0.65 |
| Super Solvers Mission Think | MEM3744AE | $0.85 |
| Super Solvers Reading 9-12 | SSR3744AE | $0.85 |
| Where in the USA is Carmen Sandiego | CSU3744AE | $0.85 |
| Where in the World is Carmen Sandiego | CSD3744AE | $0.85 |
| Where in Time is Carmen Sandiego | 44303 | $0.85 |
| Zondervan NIV Bible Deluxe | ZNB2844AE | $0.85 |
| Family Tree Maker 9 (OEM) | tbd | $0.75 |
| 3D Home Interiors #381158-CD (one CD only) | 381158-CD | $0.75 |
| Calendar Creator 8.0 | 381035 | $0.75 |
| Click Art 10K | CLT3844AE | $0.75 |
| Kid Pix Deluxe 3 | 378180 | $0.75 |
| Printmaster Silver 11 | 379863 | $0.75 |
| Print Shop Essentials 12 | 380869 | $1.00 |
| Print Shop Photo Workshop | 180875 | $1.00 |
| Print Shop CD Label Creator | 381244 | $1.00 |
| Labels Unlimited | LUN3844AE | $0.75 |
| Compton's Interactive Cookbook | CKS3544AE | $0.75 |
| Broderbund Business Lawyer SE 2002 | 281365 | $0.75 |
| Broderbund Family Lawyer 2002 | 380979 | $0.75 |

*This document does not constitute an offer or any form of an agreement until it is approved and signed by Broderbund. It is submitted to OEM for discussion purposes only.*

| | | |
|---|---|---|
| Black & Decker Home Repairs | BDH3844AE | $0.75 |
| Leonardo, The Inventor 2.0 | LNT3544AE | $0.75 |
| Resume Pro 3.0 | RES2844AE | $0.75 |
| Williams and Sonoma Guide To Good Cooking | 379505 | $0.75 |
| NTI CD Maker Essentials | 285172 | $0.75 |
| LTS: ENGLISH V8.1 | 381415 | $0.75 |
| LTS:GERMAN V8.1 | 381417 | $0.75 |
| LTS:SPANISH V8.1 | 381418 | $0.75 |
| LTS:FRENCH V8.1 | 381416 | $0.75 |
| Logical Journey of the Zoombinis | 278469 | $0.75 |
| Treasure Cove | TSC3544AE | $0.75 |
| Treasure Galaxy | TSG3544AE | $0.75 |
| Treasure Mathstorm | TMS3544BE | $ 0.75 |
| Treasure Mountain | PTS3744AE | $0.75 |
| Trivia Munchers | TVM2744AE-D&D | $0.75 |
| Troggle Trouble Math | PTT3544AE | $0.75 |
| Oregon Trail IV | OTF3744AE | $0.75 |
| Printmaster Homework Helper | 385015 | $0.75 |
| Printmaster Party & Crafts Creator | 385014 | $0.75 |
| Printshop Business Card Creator | 385013 | $0.75 |
| Printshop Newsletter, Brochures & More | 385012 | $0.75 |
| 3d Home Design Kit | 381543 | $0.75 |
| Clickart Celebrations & Holidays II | 381107 | $0.75 |
| Groliers Encyclopedia | TBD | $0.75 |
| Body Works 6 | BWK3844CE | $0.75 |
| Quick Study Spanish | QSS3844AE | $0.75 |
| Quick Study French | QSF3844AE | $0.75 |
| ClueFinders 3rd Grade Adventures | 379539 | $0.85 |
| ClueFinders 4th Grade Adventures | 379536 | $0.85 |
| ClueFinders 5th Grade Adventures | 379535 | $0.85 |
| Compton's Learning Mathematics | MTC3844AE | $.065 |
| Compton's Learning Programming Made Easy | PME6844AE | $0.65 |
| Compton's Learning Real Science | PGS3844AE | $0.65 |
| Encyclopædia Britannica Ready Reference 2002 | TBD | $1.00 |
| Little Bear Preschool Thinking Adventures | 379655 | $0.75 |
| Little Bear Toddler Discovery Adventures | 379737 | $0.75 |
| Mavis Beacon Teaches Typing 12 Standard | 380858 | $0.75 |

*This document does not constitute an offer or any form of an agreement until it is approved and signed by Broderbund. It is submitted to OEM for discussion purposes only.*

| Mavis Beacon Teaches Typing 9.0 | MBT2844AE | $0.65 |
|---|---|---|
| Mavis Beacon Teaches Typing 9.0 Mac | 112915 | $0.65 |
| Practice Makes Perfect French | PMPF3544AE | $0.75 |
| Practice Makes Perfect Spanish | PMPS3544AE | $0.75 |
| Reader Rabbit Toddler | RRT3744CE | $0.65 |
| Schoolhouse Rock 1st & 2nd Grade Essentials | SGE3744AE | $0.85 |
| Schoolhouse Rock 3rd & 4th Grade Essentials | SGD3744AE | $0.85 |
| Schoolhouse Rock Grammar Rock | SGR3744ae | $0.85 |
| Schoolhouse Rock Math Rock | 21010-D&D | $0.85 |
| Schoolhouse Rock Thinking Games | BBT3844AE | $0.85 |
| Schoolhouse Rock Thinking Games Deluxe | SRT3744BE | $0.85 |
| The Art Lesson | HCD772 | $0.85 |
| Ultimate Children's Encylcopedia | ZCE3544AE | $0.85 |
| Ultimate Writing & Creativity Center | UWC54EE-CD | $0.85 |
| Theme Weavers: Animals | | $0.75 |
| Thinkin Things All Around Fripple Town | | $0.75 |
| Thinkin Things Collection 1 | | $0.75 |
| Thinkin Things Galactic Brain Benders | | $0.75 |
| Stanley's Sticker Stories | | $0.75 |
| Let's Go Read! 1: An Island Adventure | | $0.75 |
| Mighty Math Carnival Countdown | | $0.75 |
| Mighty Math Astro Algebra | | $0.75 |
| Talking Walls | | $0.75 |
| Millies Math House | | $0.75 |
| Baileys Book House | | $0.75 |
| Sammy's Science House | | $0.75 |
| Mighty Math Zoo | | $0.75 |

Products that may be distributed as "lead generators" to acquire potential customers for the SOMC/Logetics Club branded club described in Section 2(b) below but do not require membership by the potential customer.

| Product(s) | Version/SKU | Per Unit License Fee |
|---|---|---|
| Amazon Trail 3rd Ed: Rainforest Adventures | AMA3744AE | $0.65 |
| Bob Vila's Home Design | BVH3844AE | $0.85 |
| Carmen Sandiego Junior Detective | 51406 | $0.65 |
| Carmen Sandiego's Great Chase Through Time, CD1 | CST3744AE | $0.85 |
| Children's Bible Stories | CBS3544AE | $0.65 |
| Compton's Home Library Battles of the World | BTF3744AE | $0.65 |
| Daniel in the Lion's Den | 48501 | $0.85 |
| Explorers of the New World | EXP2544AE | $0.65 |
| Just Grandma and Me | 48462 | $0.85 |

*This document does not constitute an offer or any form of an agreement until it is approved and signed by Broderbund. It is submitted to OEM for discussion purposes only*

| | | |
|---|---|---|
| Kid Pix Studio Deluxe | 28537 | $0.85 |
| Knowledge Munchers Deluxe | KMC2744AE-D&D | $0.85 |
| Leap Ahead! 1st Grade | | $0.85 |
| Leap Ahead! 2nd Grade | | $0.85 |
| Leap Ahead! 3rd Grade | | $0.85 |
| Leap Ahead! Kindergarten | | $0.85 |
| Leap Ahead! Math 6-9 | | $0.85 |
| Leap Ahead! Phonics | | $0.85 |
| Leap Ahead! Preschool | | $0.85 |
| Leap Ahead! Reading 6-11 | | $0.85 |
| Mosby's Medical Encyclopedia | MDE2344BE-D&D | $0.85 |
| Orly's Draw-A-Story | 53605 | $0.85 |
| Passport to 31 Languages | THL3744AE | $0.85 |
| Reader Rabbit's Math Ages 4-6 | 378475 | $0.65 |
| Reader Rabbit's Math Ages 6-9 | 378476 | $0.65 |
| Reader Rabbit's Playtime for Baby | BRR3744AE | $0.65 |
| Spanish to Go | 381327 | $0.85 |
| Spelling Master | SMP3744AE | $0.65 |
| Super Solvers Mission Think | MEM3744AE | $0.85 |
| Super Solvers Reading 9-12 | SSR3744AE | $0.85 |
| Zondervan NIV Bible Deluxe | ZNB2844AE | $0.85 |
| 3D Home Interiors #381158-CD (one CD only) | 381158-CD | $0.75 |
| Click Art 10K | CLT3844AE | $0.75 |
| Kid Pix Deluxe 3 | 378180 | $0.75 |
| Printmaster Silver 11 | 379863 | $0.75 |
| Print Shop CD Label Creator | 381244 | $1.00 |
| Labels Unlimited | LUN3844AE | $0.75 |
| Compton's Interactive Cookbook | CKS3544AE | $0.75 |
| Black & Decker Home Repairs | BDH3844AE | $0.75 |
| Leonardo, The Inventor 2.0 | LNT3544AE | $0.75 |
| Resume Pro 3.0 | RES2844AE | $0.75 |
| Williams and Sonoma Guide To Good Cooking | 379505 | $0.75 |
| Encyclopedia Britanica Ready Reference 2002 | TBD | $1.20 |
| Treasure Cove | TSC3544AE | $0.75 |
| Treasure Galaxy | TSG3544AE | $0.75 |
| Treasure Mathstorm | TMS3544BE | $0.75 |
| Treasure Mountain | PTS3744AE | $0.75 |
| Trivia Munchers | TVM2744AE-D&D | $0.75 |
| Troggle Trouble Math | PTT3544AE | $0.75 |
| Printmaster Party & Crafts Creator | 385014 | $0.75 |
| Printshop Newsletter, Brochures & More | 385012 | $0.75 |
| 3D Home Design Kit | 381543 | $0.75 |
| Carmen Sandiego Math Detective | 25701 | $0.65 |
| Carmen Sandiego Word Detective | 45820 | $0.65 |

*This document does not constitute an offer or any form of an agreement until it is approved and signed by Broderbund. It is submitted to OEM for discussion purposes only*

| | | |
|---|---|---|
| Little Bear Preschool Thinking Adventures | 379655 | $0.75 |
| Little Bear Toddler Discovery Adventures | 379737 | $0.75 |
| Oregon Trail II | OTT3744AE | $0.65 |
| Practice Makes Perfect French | PMPF3544AE | $0.75 |
| Practice Makes Perfect Spanish | PMPS3544AE | $0.75 |
| Reader Rabbit Toddler | RRT3744CE | $0.65 |
| Reader Rabbit Reading Ages 4-6 | 378474 | $0.65 |
| Schoolhouse Rock Grammar Rock | SGR3744ae | $0.85 |
| Schoolhouse Rock Math Rock | 21010-D&D | $0.85 |
| Schoolhouse Rock Thinking Games | BBT3844AE | $0.85 |
| Ultimate Children's Encyleopedia | ZCE3544AE | $0.85 |
| Ultimate Writing & Creativity Center | UWC54EE-CD | $0.85 |
| Where in the USA in Carmen Sandiego | CSU3744AE | $0.85 |
| Reader Rabbit Toddler | RRT3744CE | $0.65 |
| Reader Rabbit Preschool | RRP3477BE | $0.65 |
| SchoolHouse Rock Thinking Games | BBT3844AE | $0.85 |
| SchoolHouse Rock Grammar Rock | SGR3744AE | $0.85 |
| SchoolHouse Rock Math Rock | 21010-D&D | $0.85 |
| Theme Weavers: Animals | | $0.75 |
| Thinkin Things All Around Fripple Town | | $0.75 |
| Thinkin Things Collection 1 | | $0.75 |
| Thinkin Things Galactic Brain Benders | | $0.75 |
| Stanley's Sticker Stories | | $0.75 |
| Let's Go Read! 1: An Island Adventure | | $0.75 |
| Mighty Math Carnival Countdown | | $0.75 |
| Mighty Math Astro Algebra | | $0.75 |
| Talking Walls | | $0.75 |

(b)     BRODERBUND/TLC CLUB PRODUCTS.  Products that may be distributed through the Broderbund/TLC co-branded club described in Section 2(b) below ("Broderbund/TLC Club Products")

Same as 1(a) above

Products that may be distributed as "lead generators" to acquire potential customers for the Broderbund/TLC co-branded club described in Section 2(b) below but do not require membership by the potential customer.

Same 1(b) above

2.    **Authorized Channels** are defined as:

(a)    Authorized Product and Bundle Configurations.  OEM may only distribute the Products in the following designated manner (please check appropriate boxes):

*This document does not constitute an offer or any form of an agreement until it is approved and signed by Broderbund. It is submitted to OEM for discussion purposes only.*

- 8 -

☐ Hardware bundle. The Products will always be bundled with a computer-related hardware product of OEM with a suggested retail price of $50 or more, as part of a single contemporaneous sale.

☐ Aftermarket hardware sale. The Products may only be sold to a registered customer that has recently purchased, within ninety (90) days, one of OEM's hardware products with a suggested retail price of $250 or more.

☐ Soft bundle.

☐ Magazine cover mount.

☐ Packaging restrictions: Products may only be sold in:

   ☐ Paper wrap

   ☐ Jewel case

   ☐ Mini box/DVD packaging (not to exceed 5"x7"x1.5")

☒ Other: The Products shall only be distributed by OEM either as (1) a lead generator as a single unit or bundled with other software products, or (2) as part of a club as a SOMC/Logetics or TLC/Broderbund branded club offering.

    (b)   Authorized Channels. In addition to the foregoing restrictions, OEM may only distribute the Products in the following channels (please check appropriate boxes):

☐ Gift Shops

☐ Drug Store

☐ Direct to Consumer (catalog sales only)

☐ Direct to Consumer (outbound emails only)

☐ Direct to Consumer (outbound telemarketing only)

☐ Department Store (including, for example: Macy's, Bloomingdale's, etc.)

☐ Mid-Tier Store (including, for example: JCPenny, Sears, Montgomery Ward's, etc.)

☐ Superstore (including, for example: CompUSA, Best Buy, Circuit City, Fry's, etc.)

☐ Office Outlet (including, for example: Staples, Office Depot, Office Max, etc.)

☐ Specialty Mall (including, for example: Electronics Boutique, Babbages, Musicland, etc.)

☐ Toy (including, for example: Toys r' Us, Kaybee, etc.)

☐ Mass Market (including, for example: Target, Wal-mart, KMart, etc.)

☐ Supermarket

☐ Book Club

☐ Warehouse Club (including, for example: BJ's, Costco, Sam's, etc.)

☐ E-commerce Sales (orders taken from website, www._____.com. No such right exists if the foregoing blank is not filled.)

☒ Other: OEM may distribute the SOMC/Logetics Club Products to end user customers as part of its SOMC/Logetics or TLC/Broderbund branded club membership only in which SOMC/Logetics club members pay the established membership fee (to be approved by Broderbund, not to be unreasonably withheld) and, in exchange, receive one title per month until they decide to unsubscribe (or two titles per month if the club members pay the established membership fee to be approved by Broderbund, not to be unreasonably withheld).

SOMC and/or Logetics may distribute to end user customers the SOMC/Logetics Club Products and TLC/Broderbund branded Club Products identified in Section 1(b) as part of

*This document does not constitute an offer or any form of an agreement until it is approved and signed by Broderbund It is submitted to OEM for discussion purposes only.*

outbound telemarketing, FSI ("Free Standing Inserts"), emails and direct mails in which the Products are offered on a promotional basis such as for free to customers (customer pays shipping and handling), discounted price (with no charge for shipping and handling), discounted price plus customer pays shipping and handling, or any combination thereof, as a means of generating potential SOMC/Logetics Club customers. SOMC and/or Logetics will provide all promotional materials, telemarketing scripts, inserts, emails, direct mails and any other marketing collateral relating to the SOMC/Logetics Club or TLC/Broderbund Club for approval prior to its use. Broderbund may withhold approval of any materials, not to be unreasonably withheld.

(c)     Agreements with Third Parties. Subject to Broderbund's prior written consent, to be granted at its sole discretion, SOMC and Logetics may each enter into agreements with third parties to create private label software clubs similar to the SOMC/Logetics club under which third parties would distribute the SOMC/Logetics Club Products and/or the Broderbund/TLC Club Products. SOMC and/or Logetics will ensure that any third party that distributes the SOMC/Logetics or Broderbund/TLC Products will provide all promotional materials, telemarketing scripts, inserts, emails, direct mails and any other marketing collateral relating to Broderbund for approval prior to its use, not to be unreasonably withheld.. SOMC and Logetics shall remaining solely liable for any failure of the third party to provide such materials for review prior to use.

3.     Licensed Media: CD-ROM only.

4.     License Fees, Reports and Payment:

(a)     Guaranteed License Fee. Notwithstanding any other provisions in this Agreement, OEM shall pay to Broderbund the following non-refundable, irrevocable, non-transferable license fees, totaling **U.S. $$1,500,000 dollars** which shall be paid on the following dates:

| June 30, 2002      | $300,000    |
|--------------------|-------------|
| September 30, 2002 | $300,000    |
| December 30, 2002  | $300,000    |
| March 30, 2003     | $600,000    |
|                    |             |
|                    |             |
| Total:             | $1,500,000  |

(b)     Per Unit License Fees. The per unit license fees identified in the above Section 1, and the Club Royalty identified in Section 4(c) below, as well any royalties earned and due to Broderbund, after March 31, 2002, under the Software License and Reproduction Agreement dated May 5, 1998 between SOMC Group, Inc. and Broderbund LLC, shall be applied against the applicable Guaranteed License Fee with respect to each unit of Product manufactured by OEM during the quarter ending on such date. If there is no Guaranteed License Fee, or once the Guaranteed License Fee has been earned down and recouped by OEM, then OEM shall pay directly to Broderbund the Per Unit License Fees listed in the above Section 1 for every unit it manufactures and any Club Royalty earned by Broderbund.

*This document does not constitute an offer or any form of an agreement until it is approved and signed by Broderbund. It is submitted to OEM for discussion purposes only.*

(c)     Royalty on Broderbund/TLC Club. OEM will pay Broderbund a royalty of fifty percent (50%) of the Net Receipts derived from sales through the Broderbund/TLC Branded Club ("Club Royalty").

(d)     Quarterly Reconciliation. To the extent that the cumulative Per Unit License Fees with respect to the number of units of Products manufactured by OEM during a particular quarter and the Club Royalties earned exceed the applicable Guaranteed License Fee for such quarter, OEM shall reconcile and pay to Broderbund the difference (if any) within thirty days of each quarter end.

(e)     Payment of Per Unit License Fees and Club Royalties. Per Unit License Fees and Club Royalties shall be paid directly to Broderbund within 30 days of the end of the quarter in which each Product is Net Units Sold. "Net Units Sold" shall mean the number of units distributed by OEM less units returned by OEM's customer, units used as samples to prospective clients (not to exceed 200 units total) and units for employee training purposes (not to exceed 200 units total). Each Product shall be accounted for separately in OEMs reports to Broderbund.

(f)     Reports. Each month OEM shall provide Broderbund with a reasonably detailed report showing sales, the number of copies of each Product manufactured by OEM and the calculation of the Per Unit License Fees and Club Royalties for the preceding month.

5.     Territory: North America.

6.     Production Unit Delivery: OEM shall provide Broderbund with two (2) copies of the finished manufactured product as soon as such product is available.

7.     Support: Broderbund will provide technical support for the Products to its end-users at the same level that Broderbund currently provides to its customers that have purchased the Products in the retail channel. OEM will provide customer support for the SOMC/Logetics Club Products and TLC/Broderbund branded Club offerings. OEM will provide Broderbund with a contact to forward all customer service inquiries received by Broderbund. OEM will make best efforts to resolve all customer support issues within forty-eight (48) hours of receipt from Broderbund.

8.     Expenses: OEM will bear all costs and expenses of manufacturing, marketing and distributing the Products.

9.     Acknowledgement of Delivery: On the Effective Date, OEM shall execute a copy of the Acknowledgement of Delivery of all deliverables in the form attached hereto as Exhibit C.

10.    Term of the Agreement: This Agreement shall expire on March 1, 2004 (the **"Expiration Date"**)

*This document does not constitute an offer or any form of an agreement until it is approved and signed by Broderbund. It is submitted to OEM for discussion purposes only*

- 11 -

11.     Broderbund also agrees to provide ad relating solely to the SOMC/Logetics or Broderbund/TLC Club, placement, size and location to be determined in Broderbund's sole discretion, at www.broderbund.com that directs the user to a designated SOMC url which promotes the SOMC/Logetics Club or Broderbund/TLC Club.

*This document does not constitute an offer or any form of an agreement until it is approved and signed by Broderbund. It is submitted to OEM for discussion purposes only.*

**EXHIBIT B**
**TERMS AND CONDITIONS**

1.    DEFINITIONS.

1.1    "**Authorized Channels**" shall mean the specific authorized product and bundle configurations and the specific authorized channels identified in Section 2 of Exhibit A.

1.2    "**Confidential Information**" shall mean that information that is identified in Section 9.1 of this Exhibit B.

1.3    "**Cost of Goods**" shall mean all direct costs and expenses associated with the manufacture and delivery of the Products, including, without limitation, CD-ROMs, external and internal packaging, documentation, inserts, assembly, warehousing and manufacturing and licensing fees due to third parties relating to the Broderbund/TLC Club. This shall not include any allocation for employees, overhead or other indirect costs associate with the manufacture and delivery of the Products.

1.4    "**Expiration Date**" shall mean that specific date that is identified in Section 10 of Exhibit A.

1.5    "**Guaranteed License Fees**" shall mean the license fees payable to Broderbund in Section 4(a) of Exhibit A.

1.6    "**Licensed Media**" shall mean the specific licensed media identified in Section 3 of Exhibit A.

1.7    "**Net Receipts**" shall mean the gross revenues actually received by OEM less actual out of pocket costs directly related to the gross revenues from Cost of Goods, the Per Unit License Fees paid to Broderbund under this Agreement, licensing fees paid to third parties related to the Broderbund/TLC Club, sales taxes collected and refunds, actual direct third party marketing expenses directly relating to the Broderbund/TLC Branded Clubs, and all fees paid to Broderbund under the Letter Agreement dated March 29, 2002 between the parties and administrative costs directly related to the

Broderbund/TLC Club (such administrative costs can include commercially reasonable allocations of salaries and overhead, in the aggregate such administrative costs shall not to exceed 28% of gross revenues).

1.8    "**Per Unit License Fees**" shall mean the individual Product license fees of the respective Products identified in Section 1 of Exhibit A.

1.9    "**Product**" or "**Products**" shall mean those specific computer software products of TLC identified in Section 1 of Exhibit A. Where the term "SOMC Club Products" or "Broderbund Club Products" is used, the term shall have the specific meaning attributed in Exhibit A. All other use of the term Product shall include "SOMC Club Products" or "Broderbund Club Products."

1.10    "**Term**" shall mean that period of time that is identified in Section 5 of this Exhibit B.

1.11    "**Territory**" shall mean the specific geographic areas described in Section 5 of Exhibit A.

2    GRANT OF LICENSE, RESTRICTIONS, DOCUMENTATION AND SUPPORT.

2.1    Rights Granted to OEM.

(a)    Subject to this Agreement, Broderbund grants to OEM a non-transferable and non-exclusive license to manufacture, market and distribute the Products in the Licensed Media throughout the Territory for the Term of this Agreement, in the Authorized Channels.

(b)    OEM UNDERSTANDS AND AGREES THAT UNDER NO CIRCUMSTANCES WILL OEM DISTRIBUTE ANY PRODUCT OUTSIDE THE AUTHORIZED CHANNELS. SUCH AN ACT ON THE PART OF OEM SHALL

*This document does not constitute an offer or any form of an agreement until it is approved and signed by Broderbund. It is submitted to OEM for discussion purposes only.*

- 13 -

CONSTITUTE A MATERIAL BREACH OF THIS AGREEMENT.

2.2    End-User License Agreement. OEM will not distribute any Product unless the Product is accompanied by Broderbund's standard form of end-user license agreement (as provided by Broderbund) as the same may be revised from time to time upon notice to OEM.

### 3.    COPYRIGHT AND TRADEMARK NOTICES AND TITLE.

3.1    Copyrights and Trademark. Broderbund hereby grants to OEM a non-exclusive, non-transferable right to use the names of the Products listed on Exhibit A when used in connection with the name **"Broderbund,"** and **"The Learning Company,"** on copies of the Products licensed to OEM pursuant to and for the Term of this Agreement. Any sale of a Product or documentation (or any portion thereof) shall include the copyright, trademark and other proprietary rights notices as are currently contained on each such Product (or documentation) or may be specified from time to time by Broderbund. OEM will not challenge any intellectual property rights claimed by Broderbund in such trademarks.

3.2    Title to Products. Title to the Products shall not pass from Broderbund to OEM or its end-users, and the Products and all master copies thereof shall at all times remain the sole and exclusive property of Broderbund.

### 4.    LICENSE FEES.

OEM shall pay Broderbund the license fee(s) set forth on Exhibit A of this Agreement according to the terms set forth on Exhibit A.

### 5.    TERM OF AGREEMENT.

Unless otherwise terminated earlier in accordance with the terms of this Agreement, the term of this Agreement shall continue from the Effective Date until the Expiration Date (the **"Term"**). This Agreement may thereafter only be

renewed for successive one-year periods upon the written amendment to this Agreement.

### 6.    TERMINATION AND BREACH.

6.1    Termination. Either party may terminate this Agreement, effective immediately upon written notice, under the following circumstances:

(a)    Except as provided for in Section 6.2, below, if either party materially breaches any provision of this Agreement and such breach has not been cured within thirty (30) days after the other party has given written notice of such breach, the non-breaching party may terminate this Agreement.

(b)    If, at any time, the Guaranteed License Fees or any other amounts due under this Agreement are not paid when due, at Broderbund's option, it may at any time during the Term of this Agreement upon not less than ten (10) days' prior written notice and failure to cure. Should the Agreement terminate pursuant to this provision, all Guaranteed License Fees shall be accelerated and due immediately.

(c)    If OEM should: (1) admit in writing its inability to pay its debts generally as they become due; (2) make a general assignment for the benefit of creditors; (3) institute proceedings to be adjudicated a voluntary bankrupt or consent to the filing of a petition of bankruptcy against it; (4) be adjudicated by a court of competent jurisdiction as being bankrupt or insolvent; (5) seek reorganization under any bankruptcy act, or consent to the filing of a petition seeking such reorganization; or (6) have a decree entered against it by a court of competent jurisdiction appointing a receiver, liquidator, trustee or assignee in bankruptcy or insolvency covering all or substantially all of such party's property or providing for the liquidation of such party's property or business affairs, and fail to cause the same to be removed within sixty (60) days, Broderbund may terminate this Agreement.

*This document does not constitute an offer or any form of an agreement until it is approved and signed by Broderbund It is submitted to OEM for discussion purposes only.*

- 14 -

6.2    Termination for Violation of Authorized Channels. In the event that OEM or its customers (including resellers) violate Section 2 of Exhibit A, or otherwise make any improper use, transfer, duplication or disclosure of any of the Product(s), this Agreement and all of OEM's rights hereunder shall terminate immediately.

6.3    Effect of Termination. Upon the expiration or termination of this Agreement, the license granted hereunder shall terminate, and OEM shall immediately discontinue the manufacture of any Products; provided however, OEM shall have the right to sell off any remaining inventory in existence for a period of one hundred eighty (180) days, unless the Agreement has been terminated under Section 6.1 or Section 6.2, above. In the final thirty days of the Term, OEM shall not manufacture Product in excess of the average number of units of Product manufactured during the Term. All proprietary and confidential information shall be promptly returned to Broderbund. Termination or expiration of this Agreement shall not relieve OEM of any of its payment obligations.

6.4    Survival of Certain Conditions. Notwithstanding anything to the contrary contained in this Agreement, Sections 2.1(b), 2.2-2.5, 3.2, 4, 6.4, 7, 9 and 10 shall in all cases survive any expiration or termination of this Agreement.

6.5    Injunctive Relief. OEM understands and agrees that Broderbund will suffer irreparable harm in the event that OEM fails to comply with the any of its obligations under Section 2.1(b) above, and that monetary damages in such event would be substantial and inadequate to compensate Broderbund. Consequently, in such event Broderbund will be entitled, in addition to such monetary relief as may be recoverable by law, to such temporary, preliminary and/or permanent injunctive relief as may be necessary to restrain any continuing or further breach by OEM, without showing or proving any actual damages sustained by Broderbund.

7.    REPRESENTATIONS, WARRANTIES AND INDEMNIFICATION.

7.1    Broderbund's Representations and Warranties. Broderbund represents and warrants to OEM the following:

(a)    Broderbund either owns all right, title and interest in the Products or possesses the necessary rights to grant OEM the rights and license granted hereunder.

(b)    Broderbund has the full power and authority to enter into this Agreement and to fulfill its obligations hereunder.

(c)    The Products do not infringe upon any intellectual property rights or other proprietary rights of any third party.

7.2    OEM's Representations and Warranties: OEM represents and warrants to Broderbund the following:

(a)    OEM possesses full power and authority to enter into this Agreement and to fulfill its obligations hereunder; and

(b)    OEM's performance of the terms of this Agreement and of OEM's obligations hereunder shall not breach any separate agreement by which OEM is bound.

7.3    Broderbund Indemnities. Broderbund agrees to indemnify, hold harmless and defend OEM from all claims, liabilities, damages, defense costs (including reasonable attorneys' fees), judgments and other expenses arising out of or on account of the breach of any of its covenants, representations or warranties set forth in this Agreement.

7.4    OEM Indemnities. OEM agrees to indemnify, hold harmless and defend Broderbund from all claims, liabilities, damages, defense costs (including reasonable attorneys' fees), judgments and other expenses arising out of or on account of the breach of any of its covenants, representations or warranties set forth in this Agreement.

*This document does not constitute an offer or any form of an agreement until it is approved and signed by Broderbund. It is submitted to OEM for discussion purposes only.*

- 15 -

7.5    Broderbund Indemnification Option. In the case of any infringement claim, at Broderbund's option, Broderbund may at its expense: (i) procure a license from any claimants with respect to the challenged Product (or component thereof) that will enable Broderbund to continue marketing and using the Product, (ii) modify the challenged Product so as to make it non-infringing, or (iii) take appropriate action or seek available legal remedies to enable the continued manufacturing, use and distribution of the challenged Product.

7.6    THE WARRANTY STATED HEREIN IS EXPRESSLY IN LIEU OF ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY EXPRESS OR IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE AND SUCH WARRANTY CONSTITUTES THE ONLY WARRANTY MADE BY BRODERBUND WITH RESPECT TO THIS AGREEMENT OR THE PRODUCTS, ARTICLES, MATERIALS, REPLACEMENT PARTS OR SERVICES TO BE SUPPLIED HEREBY. NEITHER PARTY SHALL BE LIABLE TO THE OTHER PARTY FOR LOST PROFITS, LOSS OF DATA OR ANY COLLATERAL, INCIDENTAL, SPECIAL OR CONSEQUENTIAL DAMAGES OF ANY KIND. BRODERBUND'S AGGREGATE LIABILITY TO OEM UNDER THIS SECTION 7 IS LIMITED TO THE AMOUNT THAT OEM ACTUALLY PAYS TO BRODERBUND UNDER THIS AGREEMENT.

7.7    Claims. With respect to any claims falling within the scope of the foregoing indemnifications: (a) each party agrees to notify the other promptly of and keep the other fully advised with respect to such claims and the progress of any suits in which the other party is not participating; (b) Broderbund shall have the right to assume, at its expense, the defense of a claim or suit made or filed against OEM; and (c) if Broderbund does not represent OEM in any claim or suit, Broderbund shall pay OEM's legal costs and expenses in defense

of such a claim. OEM shall not settle such claim or suit without the prior written approval of Broderbund, which approval will not be unreasonably withheld or delayed.

8.    BOOKKEEPING OBLIGATIONS AND INSPECTION RIGHTS.

OEM shall maintain true and complete books of account containing an accurate record of all data necessary for the proper computation of payments hereunder, and Broderbund shall have the right, by a certified public accountant appointed by it, to examine such books at all reasonable times (but not more than twice in each calendar year) for the purpose of verifying the accuracy of the reports and computation rendered by OEM. Upon reasonable advance notice, such examination shall be made during normal business hours at the principal place of business of OEM. If such examination reveals that reports furnished by OEM were inaccurate by more than ten percent (10%) and that amounts in excess of those paid to Broderbund are due, the cost of such examination shall be borne by OEM and OEM shall pay the amount of any discrepancy to Broderbund, plus interest at the rate of eighteen percent (18%) per year or part thereof on any deficiencies.

9.    CONFIDENTIAL INFORMATION.

9.1    Confidential Information. Each party (the "receiving party") shall keep in strictest confidence the terms of this Agreement and all material and information, in whatever form provided, identified by the other party (the "disclosing party") to be confidential or proprietary in nature relating to the disclosing party's trade secrets (including pricing policies, business strategies, software designs and specifications), as well as any materials and information which from the circumstances in which they are made available to the receiving party in good faith and good conscience ought to be treated as confidential or proprietary (**"Confidential Information"**).

9.2    Exceptions. Information shall not be considered to be Confidential Information if it (i) is already or otherwise becomes publicly known through no act of the receiving party,

*This document does not constitute an offer or any form of an agreement until it is approved and signed by Broderbund. It is submitted to OEM for discussion purposes only.*

- 16 -

(ii) is lawfully received from third parties subject to no restriction of confidentiality, (iii) can be shown by the receiving party to have been independently developed by it, (iv) is disclosed by the disclosing party to third parties without restriction on subsequent disclosure, or (v) is required to be disclosed in the context of an administrative or judicial proceeding, except that in such case the receiving party agrees to provide the disclosing party with prompt notice of such requirement in order to allow the disclosing party to seek an appropriate protective order.

9.3     Term of Confidentiality.  Each party's obligations under this Section 9 shall survive the termination or expiration of this Agreement for a period of two (2) years.

10.     MISCELLANEOUS PROVISIONS.

10.1     Entire Agreement.  This Agreement, including all Exhibits, contains the entire understanding of the parties hereto relating to the Products, supersedes any prior written or oral agreement or understandings between the parties with respect to the Products, and cannot be changed or terminated orally. This Agreement may be amended only by a writing signed by the parties hereto.

10.2     Enforceability.  The invalidity or unenforceability of any provision of this Agreement will not affect the validity or enforceability of any other provision of this Agreement.

10.3     Assignment.  Neither this Agreement nor the rights or obligations hereunder may be assigned by OEM without the prior written consent of Broderbund, which consent shall not be unreasonably withheld; provided however, that OEM may assign this Agreement upon the merger of OEM or the sale of OEM's business, all without the consent of Broderbund, if OEM gives notice to Broderbund of such assignment.  In the event of such an assignment, this Agreement shall be binding upon such successors and assignees.

In the event that Broderbund sells substantially all of the assets of any of its business units by sale, merger, or otherwise, then, Broderbund may elect to assign the duties and obligations arising under this Agreement with respect to such transferred business or assets to the purchaser of such business or assets to the extent such sale relates to the Products.  In such event, Broderbund may elect to require OEM to enter into a substantially identical agreement to this Agreement for the transferred Products.

10.4     Independent Contractors.  OEM and Broderbund shall perform their duties pursuant to this Agreement as independent contractors.  Nothing in this Agreement shall be construed to create a joint venture, partnership or other joint relationship between OEM and Broderbund.  Neither party shall have the ability to incur any obligation on behalf of the other party.

10.5     Successors.  Subject to Section 10.3 above, all rights and obligations arising out of this Agreement shall inure to the benefit of, and be binding on and enforceable by the parties and their respective successors and permitted assigns.

10.6     Currency.  All dollar amounts herein are expressed in United States funds.

10.7     Governing Law.  This Agreement and its validity, construction and performance shall be governed in all respects by the laws of the Commonwealth of Massachusetts and all claims and/or lawsuits in connection with this Agreement must be brought in a court of competent jurisdiction within Massachusetts.

10.8     Notices.  All notices or other communications required or permitted to be given pursuant to this Agreement shall be in writing and shall be considered as properly given or made if hand delivered, mailed first class mail, postage prepaid, sent by prepaid telegram (or telex or other facsimile transmission) or sent by express overnight courier service to the address listed above or to such other address as any such party may have

*This document does not constitute an offer or any form of an agreement until it is approved and signed by Broderbund.  It is submitted to OEM for discussion purposes only.*

- 17 -

designated by like notice forwarded to the other
party hereto.

10.9    Loss of Rights. In the event that
Broderbund's rights to any Products expire or
are terminated at any time, any rights granted to
OEM under this Agreement with respect to such
Products shall be terminated as of such date and
Broderbund shall not be liable to OEM for any
loss or liability in connection with said
termination of rights.

10.10   Press Releases. OEM shall not
make any public announcement or issue any
press release relating to this Agreement or the
services to be provided in connection therewith
without the prior written consent of Broderbund.

*This document does not constitute an offer or any form of an agreement until it is approved and signed by
Broderbund. It is submitted to OEM for discussion purposes only.*

**EXHIBIT C**
**To OEM Agreement Dated March 28, 2002.**
**Acknowledgement of Delivery**

OEM:  SOMC GROUP, INC. and LOGETICS, INC.

Agreement/Amendment Effective Date:

Agreement/Amendment Number:

OEM hereby acknowledges having received, on or before the Effective Date, (1) a reproducible master copy for each Product listed below and, (2) all other materials Broderbund is obligated to deliver under the above-referenced Agreement/Amendment.

Product(s):

| | | |
|---|---|---|
| Amazon Trail 3rd Ed: Rainforest Adventures | AMA3744AE | $0.65 |
| Bob Vila's Home Design | BVH3844AE | $0.85 |
| Carmen Sandiego Junior Detective | 51406 | $0.65 |
| Carmen Sandiego Math Detective | 25701 | $0.65 |
| Carmen Sandiego Word Detective | 45820 | $0.65 |
| Carmen Sandiego's Great Chase Through Time, CD1 | CST3744AE | $0.85 |
| Carmen Sandiego's ThinkQuick Challenge | CSQ3744AE | $0.85 |
| Children's Bible Stories | CBS3544AE | $0.65 |
| Compton's 3D World Atlas | CWA844AE-CD1 | $0.65 |
| Compton's Home Library Battles of the World | BTF3744AE | $0.65 |
| Compton's Interactive Bible – NIV | 113069 | $0.65 |
| Daniel in the Lion's Den | 48501 | $0.85 |
| Explorers of the New World | EXP2544AE | $0.65 |
| French to Go | PFR3844AE | $0.85 |
| Just Grandma and Me | 48462 | $0.85 |
| Kid Pix Studio Deluxe | 28537 | $0.85 |
| Knowledge Munchers Deluxe | KMC2744AE-D&D | $0.85 |
| Leap Ahead! 1st Grade | | $0.85 |
| Leap Ahead! 2nd Grade | | $0.85 |
| Leap Ahead! 3rd Grade | | $0.85 |
| Leap Ahead! Kindergarten | | $0.85 |
| Leap Ahead! Math 6-9 | | $0.85 |
| Leap Ahead! Phonics | | $0.85 |
| Leap Ahead! Preschool | | $0.85 |
| Leap Ahead! Reading 6-11 | | $0.85 |
| Learn to Speak English 8.0 | LTSE3544DE | $0.85 |
| Learn to Speak English from Spanish (Hablemos Ingles) 7.0 | LTSH6544CE | $0.85 |
| Learn to Speak French 8.0 | LSF3744DE | $0.85 |
| Learn to Speak German 8.0 | LTSG3544DE | $0.85 |
| Learn to Speak Spanish 8.0 | LTSS3544DE | $0.85 |

*This document does not constitute an offer or any form of an agreement until it is approved and signed by Broderbund  It is submitted to OEM for discussion purposes only*

| | | |
|---|---|---|
| Math Workshop Deluxe | 50122 | $0.65 |
| Mosby's Medical Encyclopedia | MDE2344BE-D&D | $0.85 |
| Oregon Trail III | OTA3744AE | $0.65 |
| Oregon Trail II | OTT3744AE | $0.65 |
| Orly's Draw-A-Story | 53605 | $0.85 |
| Passport to 31 Languages | THL3744AE | $0.85 |
| Reader Rabbit's Math Ages 4-6 | 378475 | $0.65 |
| Reader Rabbit's Math Ages 6-9 | 378476 | $0.65 |
| Reader Rabbit's Math Journey | MJF2744AE-D&D | $0.65 |
| Reader Rabbit's Personalized Math 1st & 2nd Grade | 378476 | $0.65 |
| Reader Rabbit's Playtime for Baby | BRR3744AE | $0.65 |
| Reader Rabbit's Reading 1 | RRA2744BE-D&D | $0.65 |
| Reader Rabbit's Reading Ages 4-6 | 378474 | $0.65 |
| Reader Rabbit's Reading Ages 6-9 | 378473 | $0.65 |
| Reader Rabbit's Thinking Adventures 4-6 | RTG3744AE | $0.65 |
| Reader Rabbit's 1st Grade | RRF3744BE | $0.85 |
| Reader Rabbit's 2nd Grade | RSG3744BE | $0.85 |
| Reader Rabbit's Kindergarten | RRK3744BE | $0.65 |
| Reader Rabbit's Preschool | RRP3744BE | $0.65 |
| Road Adventures USA | TRA3744AE | $0.65 |
| Spanish to Go | 381327 | $0.85 |
| Spelling Master | SMP3744AE | $0.65 |
| Super Solvers Mission Think | MEM3744AE | $0.85 |
| Super Solvers Reading 9-12 | SSR3744AE | $0.85 |
| Where in the USA is Carmen Sandiego | CSU3744AE | $0.85 |
| Where in the World is Carmen Sandiego | CSD3744AE | $0.85 |
| Where in Time is Carmen Sandiego | 44303 | $0.85 |
| Zondervan NIV Bible Deluxe | ZNB2844AE | $0.85 |
| Family Tree Maker 9 (OEM) | tbd | $0.75 |
| 3D Home Interiors #381158-CD (one CD only) | 381158-CD | $0.75 |
| Calendar Creator 8.0 | 381035 | $0.75 |
| Click Art 10K | CLT3844AE | $0.75 |
| Kid Pix Deluxe 3 | 378180 | $0.75 |
| Printmaster Silver 11 | 379863 | $0.75 |
| Print Shop Essentials 12 | 380869 | $1.00 |
| Print Shop Photo Workshop | 180875 | $1.00 |
| Print Shop CD Label Creator | 381244 | $1.00 |
| Labels Unlimited | LUN3844AE | $0.75 |
| Compton's Interactive Cookbook | CKS3544AE | $0.75 |
| Broderbund Business Lawyer SE 2002 | 281365 | $0.75 |
| Broderbund Family Lawyer 2002 | 380979 | $0.75 |
| Black & Decker Home Repairs | BDH3844AE | $0.75 |
| Leonardo, The Inventor 2.0 | LNT3544AE | $0.75 |
| Resume Pro 3.0 | RES2844AE | $0.75 |

*This document does not constitute an offer or any form of an agreement until it is approved and signed by Broderbund. It is submitted to OEM for discussion purposes only.*

| Williams and Sonoma Guide To Good Cooking | 379505 | $0.75 |
|---|---|---|
| NTI CD Maker Essentials | 285172 | $0.75 |
| LTS: ENGLISH V8.1 | 381415 | $0.75 |
| LTS:GERMAN V8.1 | 381417 | $0.75 |
| LTS:SPANISH V8.1 | 381418 | $0.75 |
| LTS:FRENCH V8.1 | 381416 | $0.75 |
| Logical Journey of the Zoombinis | 278469 | $0.75 |
| Treasure Cove | TSC3544AE | $0.75 |
| Treasure Galaxy | TSG3544AE | $0.75 |
| Treasure Mathstorm | TMS3544BE | $ 0.75 |
| Treasure Mountain | PTS3744AE | $0.75 |
| Trivia Munchers | TVM2744AE-D&D | $0.75 |
| Troggle Trouble Math | PTT3544AE | $0.75 |
| Oregon Trail IV | OTF3744AE | $0.75 |
| Printmaster Homework Helper | 385015 | $0.75 |
| Printmaster Party & Crafts Creator | 385014 | $0.75 |
| Printshop Business Card Creator | 385013 | $0.75 |
| Printshop Newsletter, Brochures & More | 385012 | $0.75 |
| 3d Home Design Kit | 381543 | $0.75 |
| Clickart Celebrations & Holidays II | 381107 | $0.75 |
| Groliers Encyclopedia | TBD | $0.75 |
| Body Works 6 | BWK3844CE | $0.75 |
| Quick Study Spanish | QSS3844AE | $0.75 |
| Quick Study French | QSF3844AE | $0.75 |
| ClueFinders 3rd Grade Adventures | 379539 | $0.85 |
| ClueFinders 4th Grade Adventures | 379536 | $0.85 |
| ClueFinders 5th Grade Adventures | 379535 | $0.85 |
| Compton's Learning Mathematics | MTC3844AE | $.065 |
| Compton's Learning Programming Made Easy | PME6844AE | $0.65 |
| Compton's Learning Real Science | PGS3844AE | $0.65 |
| Encyclopædia Britannica Ready Reference 2002 | TBD | $1.00 |
| Little Bear Preschool Thinking Adventures | 379655 | $0.75 |
| Little Bear Toddler Discovery Adventures | 379737 | $0.75 |
| Mavis Beacon Teaches Typing 12 Standard | 380858 | $0.75 |
| Mavis Beacon Teaches Typing 9.0 | MBT2844AE | $0.65 |
| Mavis Beacon Teaches Typing 9.0 Mac | 112915 | $0.65 |
| Practice Makes Perfect French | PMPF3544AE | $0.75 |

*This document does not constitute an offer or any form of an agreement until it is approved and signed by Broderbund. It is submitted to OEM for discussion purposes only.*

| Practice Makes Perfect Spanish | PMPS3544AE | $0.75 |
|---|---|---|
| Reader Rabbit Toddler | RRT3744CE | $0.65 |
| Schoolhouse Rock 1st & 2nd Grade Essentials | SGE3744AE | $0.85 |
| Schoolhouse Rock 3rd & 4th Grade Essentials | SGD3744AE | $0.85 |
| Schoolhouse Rock Grammar Rock | SGR3744ac | $0.85 |
| Schoolhouse Rock Math Rock | 21010-D&D | $0.85 |
| Schoolhouse Rock Thinking Games | BBT3844AE | $0.85 |
| Schoolhouse Rock Thinking Games Deluxe | SRT3744BE | $0.85 |
| The Art Lesson | HCD772 | $0.85 |
| Ultimate Children's Encylcopedia | ZCE3544AE | $0.85 |
| Ultimate Writing & Creativity Center | UWC54EE-CD | $0.85 |
| Theme Weavers: Animals | | $0.75 |
| Thinkin Things All Around Fripple Town | | $0.75 |
| Thinkin Things Collection 1 | | $0.75 |
| Thinkin Things Galactic Brain Benders | | $0.75 |
| Stanley's Sticker Stories | | $0.75 |
| Let's Go Read! 1: An Island Adventure | | $0.75 |
| Mighty Math Carnival Countdown | | $0.75 |
| Mighty Math Astro Algebra | | $0.75 |
| Talking Walls | | $0.75 |
| Millies Math House | | $0.75 |
| Baileys Book House | | $0.75 |
| Sammy's Science House | | $0.75 |
| Mighty Math Zoo | | $0.75 |

SOMC GROUP, INC. (OEM)

By: _____

Title: Pres & T & CEO

Date: MARCH 27, 2002

LOGETICS, INC. (OEM)

By: _____

Title: Pres, & T & CEO

Date: March 27, 2002

*This document does not constitute an offer or any form of an agreement until it is approved and signed by Broderbund It is submitted to OEM for discussion purposes only.*

Kim Minardi                    494-5696                    p. 1
12/31/02  11:42 FAX 7026509466            MARRIOT SUITES                    ☑002

## AMENDMENT NO. 1 TO
## OEM LICENSE AGREEMENT

This Amendment No. 1 (this "**Amendment**") shall serve to amend as of December 30, 2002, that certain OEM License Agreement dated March 28, 2002 by and between Broderbund LLC ("**Broderbund**"), and SOMC Group, INC ("**OEM**"), (the "**Agreement**").

The parties hereby agree as follows:

1.     The program(s) listed on Schedule A-1 attached hereto are hereby added to Sections 1 (a) and 1 (b) Schedule A of the Agreement and shall be subject to all of the terms and conditions set forth in the Agreement and each such program shall be deemed to be a "**Product**" for the purposes of the Agreement.

2.

Guaranteed License Fee.  Notwithstanding any other provisions in the Agreement, OEM shall pay to Broderbund the following additional, non-refundable, irrevocable, non-transferable license fees, totaling **U.S. $800,0000 dollars (collectively, the "Guaranteed License Fees", and, individually, each a "Guaranteed License Fee")**. Any payments made shall be applied against the guarantee license fee. Payments will be made by April 30, July 15, October 15, and December 30.  Such amounts will be not be less than $200,000 and in no event will the cumulative amount paid by December 30, 2003 be less than the total Guaranteed License Fees under this Agreement. .

3.     Per Unit License Fees. Distributor shall pay the Per Unit License Fees for the Products sold, but no event less than the Guaranteed License Fees described above, under this Amendment as described.

4.     Assignment. By way of this Amendment, Broderbund LLC hereby assigns to Riverdeep, Inc., all of its rights and obligations under the Agreement, and SOMC Group, Inc. consents to and Riverdeep, Inc. hereby accepts such an assignment.

5.     This Amendment constitutes the entire agreement of the parties and supersedes any and all prior and contemporaneous oral and/or written agreements concerning the subject matter hereof.  Except as specifically modified herein, all terms and provisions of the Agreement remain in full force and effect. This Amendment shall be governed as a sealed instrument under California law. Capitalized terms used in this Amendment and not defined herein shall have the same meaning as set forth in the Agreement.

IN WITNESS WHEREOF the parties hereto have caused this Agreement to be signed under seal as of the date first set forth above.

BRODERBUND LLC                           SOMC GROUP, INC.

By:_____               By: _____
   Name:                                     Name: Thomas E. Holland
   Title:                                    Title: President & CEO

RIVERDEEP, INC.                          LOGETICS, INC.

By:_____               By: _____
   Name:                                     Name: Thomas E. Holland
   Title:                                    Title: President & CEO

1

13 04 03:24p    From the Desk of Maggie H  617 778-7631

Sent By: LOGETICS INC.;        7604482941;        Apr-13    10:48AM;    Page 2

*Logetics*

## OEM LICENSE AGREEMENT
(Manufacturing Rights)

This OEM License Agreement (this "**Agreement**") is entered into as of March 28, 2004 (the "**Effective Date**") by and between Riverdeep Inc. LLC, a Delaware limited liability company ("**Riverdeep**") and the company identified below ("**OEM**").

WHEREAS, Riverdeep publishes, markets and distributes the one or more computer software products listed on Exhibit A (the "Products"); and

WHEREAS, OEM desires to obtain a license to manufacture, market and distribute the Products to its customers subject to the restrictions identified on Exhibit A.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Riverdeep and OEM do hereby agree to the terms and conditions set forth herein and in the attached Exhibit A, Exhibit B and Exhibit C, the provisions of which are incorporated herein by this reference.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be signed under seal as of the Effective Date.

| Riverdeep LLC | Logetics, Inc. ("Logetics") |
|---|---|
| By: _____ <br> Tony Bordon <br> Chief Revenue Officer | By: _____ <br> Thomas E. Holland <br> President |
| Riverdeep LLC <br> 500 Redwood Blvd. <br> Novato, CA 94947 <br> Attn: Chief Financial Officer <br> Tel: (415) 382-4400 <br> Fax: (415) 382-4411 | Logetics, Inc. <br> 1945 Palomar Oaks Way <br> Tel: (760) 448-2900   x2905 <br> Fax: (760) 448-2941 |
| With a copy to: | |
| Riverdeep LLC <br> 500 Redwood Blvd. <br> Novato, CA 94947 <br> Attn: General Counsel <br> Tel: (415) 382-4400 <br> Fax: (415) 382-4411 | AR Cust# 317393 |

*This document does not constitute an offer or any form of an agreement until it is approved and signed by Broderbund. It is submitted to OEM for discussion purposes only.*

- 1 -

## EXHIBIT A

## THE PRODUCTS

1.    Products

    (a)    LOGETICS CLUB PRODUCTS.  Products that may be distributed as part of the Logetics branded club described in Section 2(b) below ("Logetics Club Products").

| Product(s) | Version/SKU | Per Unit License Fee |
|---|---|---|
| 3D Home Architect 5 SE | 382067 | $.85 |
| 3D Home Design Kit - 2 CD | | $.85 |
| 3D Home Interiors #381158-CD (one CD only) | 381158-CD | $0.75 |
| 3D Home Landscape Designer SE 4.0 | | $0.85 |
| 3D Landscape 5 | 382068 | $.85 |
| A Guide to Vitamins, Minerals & Supplements | 556120 | $.85 |
| AfricaTrail | PAF3744AE | $.85 |
| Amazon Trail 3rd Ed: Rainforest Adventures | AMA3744AE | $0.65 |
| Arthur Math Games | 381029 | $.85 |
| Arthur Reading Games | 381028 | $.85 |
| Arthur's Thinking Games | 381027 | $.85 |
| Arthur First Grade | 380903 | $1.00 |
| Arthur Second Grade | 380904 | $1.00 |
| Arthur Kindergarten | 380902 | $1.00 |
| Arthur Preschool | 380901 | $1.00 |
| Arthur Adventure with DW | 379273 | $.85 |
| Arthur's Birthday | 378759 | $.85 |
| Arthur's Camping Adventure | 380324 | $.85 |
| Arthur's Computer Adventure | 379274 | $.85 |
| Arthurs Pet Panic | 382420 | $1.00 |
| Arthur Reading Race | 51291SD | $.85 |
| Arthurs Sand Castle Caper | 382422 | $1.00 |

*This document does not constitute an offer or any form of an agreement until it is approved and signed by Broderbund. It is submitted to OEM for discussion purposes only.*

- 2 -

| Arthurs Teacher Trouble | 378691 | $.85 |
|---|---|---|
| Arthurs Wilderness Games | 381788 | $1.00 |
| Baileys Book House | | $0.75 |
| Black & Decker Home Repairs | BDH3844AE | $0.75 |
| Bob Vila's Home Design | BVH3844AE | $0.85 |
| Body Works 6 | BWK3844CE | $0.75 |
| Calendar Creator 10 Standard | 382382 | $.85 |
| Calendar Creator 9 Standard | 385346 | $.85 |
| Carmen Sandiego Junior Detective | 51406 | $0.65 |
| Carmen Sandiego Math Detective | 25701 | $0.65 |
| Carmen Sandiego Word Detective | 45820 | $0.65 |
| Carmen Sandiego's Great Chase Through Time, CD1 | CST3744AE | $0.85 |
| Carmen Sandiego's ThinkQuick Challenge | CSQ3744AE | $0.85 |
| Children's Bible Stories | CBS3544AE | $0.65 |
| Click Art 10K | CLT3844AE | $0.75 |
| Click Art 2 FONTS | 385341 | $.85 |
| Click Art 50K | 382309 | $.85 |
| Click Art Fonts 3 Deluxe | 382249 | $.85 |
| Click Art Presentation Graphics | 385342 | $.85 |
| Clickart Celebrations & Holidays II | 381107 | $0.75 |
| Clifford Learning Activities | 334397 | $.85 |
| Clifford Musical Memory Games | 344342 | $.85 |
| Clifford Phonics | 356508 | $.85 |
| Clifford Reading | | $.85 |
| Clifford Thinking Adventures | | $.85 |
| ClueFinders Personalized Math 9-12 | 378472 | $.85 |
| ClueFinders 3rd Grade Adventures | 379539 | $0.85 |
| ClueFinders 4th Grade Adventures | 379536 | $0.85 |
| ClueFinders 5th Grade Adventures | 379535 | $0.85 |
| ClueFinders 6th Grade Adventures | 381576 | $.85 |
| ClueFinders Incredible Toy Store Adventure | 381573 | $.85 |
| ClueFinders Math Adventures 9-12 | 381575 | $.85 |
| Cluefinders Personalized Reading 9-12 | 378171 | $.85 |
| Compton's 3D World Atlas | CWA844AE-CD1 | $0.65 |
| Compton's Home Library Battles of the World | BTF3744AE | $0.65 |
| Compton's Learning Mathematics | MTC3844AE | $0.75 |

*This document does not constitute an offer or any form of an agreement until it is approved and signed by Broderbund. It is submitted to OEM for discussion purposes only.*

- 3 -

| Compton's Interactive Cookbook | CKS3544AE | $0.75 |
|---|---|---|
| Daniel in the Lion's Den | | $.85 |
| Family Lawyer 2004 | | $.85 |
| Family Lawyer Wills & Estates | 385445 | $.85 |
| French to Go | PFR3844AE | $0.85 |
| Groliers Encyclopedia | TBD | $0.75 |
| I SPY Fantasy | 356519 | $.85 |
| I SPY Junior | | $.85 |
| I SPY Puppet Playhouse | | $.85 |
| I SPY School Days | | $.85 |
| I SPY Spooky Mansion | | $.85 |
| I SPY Treasure Hunt | 334394 | $.85 |
| Identity Theft Protector SE V1.01 | 282691 | $.85 |
| Imagination Express Destination Oceans | 104-1085 | $.85 |
| Imagination Express Destination Pyramids | 104-1606 | $.85 |
| Imagination Express Destination Rainforest | 104-1608 | $.85 |
| Imagination Express Destination Time Trip USA | 104-1634 | $.85 |
| Just Grandma and Me | 48462 | $0.85 |
| Kasparov Chessmate | 382318 | $.85 |
| Kid Pix Deluxe 3 | 378180 | $0.75 |
| Kid Pix Studio Deluxe | 28537 | $0.85 |
| Knowledge Munchers Deluxe | KMC2744AE-D&D | $0.85 |
| Leap Ahead! 1st Grade | | $0.85 |
| Leap Ahead! 2nd Grade | | $0.85 |
| Leap Ahead! 3rd Grade | | $0.85 |
| Leap Ahead! Kindergarten | | $0.85 |
| Leap Ahead! Math 6-9 | | $0.85 |
| Leap Ahead! Phonics | | $0.85 |
| Leap Ahead! Preschool | | $0.85 |
| Leap Ahead! Reading 6-11 | | $0.85 |
| Learn to Speak English 8.0 | LTSE3544DE | $0.85 |
| Learn to Speak English from Spanish (Hablemos Ingles) 7.0 | LTSH6544CE | $0.85 |
| Learn to Speak French 8.0 | LSF3744DE | $0.85 |
| Learn to Speak German 8.0 | LTSG3544DE | $0.85 |
| Learn to Speak Spanish 8.0 | LTSS3544DE | $0.85 |
| Lemonade Tycoon (Hexacto) | 381921 | $.85 |
| Let's Go Read: An Island Adventure | | $.85 |

*This document does not constitute an offer or any form of an agreement until it is approved and signed by Broderbund. It is submitted to OEM for discussion purposes only.*

- 4 -

| Little Bear Kindergarten Thinking Adventures | | $.85 |
|---|---|---|
| Little Bear Preschool Thinking Adventures | 379655 | $0.75 |
| Little Bear Rainy Day Activities | | $.85 |
| Little Bear Toddler Discovery Adventures | 379737 | $0.75 |
| Little Bill Thinks Big | 356515 | $.85 |
| Living Books Harry and the Haunted House | FBL1077F | $.85 |
| Living Books Little Monster | FBL1056A | $.85 |
| Living Books Stellaluna | 50201 | $.85 |
| Living Books Tortoise and the Hare | 49106 | $.85 |
| Logical Journey of the Zoombinis | 278469 | $0.75 |
| LTS: ENGLISH V8.1 | 381415 | $0.75 |
| LTS:FRENCH V8.1 | 381416 | $0.75 |
| LTS:GERMAN V8.1 | 381417 | $0.75 |
| LTS:SPANISH V8.1 | 381418 | $0.75 |
| Math Workshop Deluxe | 50122 | $0.65 |
| Mavis Beacon Teaches Typing 12 Standard | 380858 | $0.75 |
| Mavis Beacon Teaches Typing 15 Standard | 381500 | $.85 |
| Mavis Beacon Teaches Typing 9.0 | MBT2844AE | $0.65 |
| Mavis Beacon Teaches Typing 9.0 Mac | 112915 | $0.65 |
| MEDIASHOP OEM | 285384 | $.85 |
| Mighty Math Astro Algebra | | $0.75 |
| Mighty Math Carnival Countdown | | $0.75 |
| Millies Math House | | $0.75 |
| Mind Power Math: High School | 381667 | $.85 |
| Mind Power Math: Middle School | 381668 | $.85 |
| Mind Power Science Grades 7-12 | 381803 | $.85 |
| Mind Twister Math | 104-0745 | $.85 |
| Mosby's Medical Encyclopedia | MDE2344BE-D&D | $0.85 |
| MOVIESHOP Select | 285323 | $.85 |
| Ocean Aquarium | 383209 | $.85 |
| Oregon Trail II | OTT3744AE | $0.65 |
| Oregon Trail III | OTA3744AE | $0.65 |
| Oregon Trail IV | OTF3744AE | $0.75 |
| Oregon Trail V | 380859 | $.85 |
| Orly's Draw-A-Story | 53605 | $0.85 |

*This document does not constitute an offer or any form of an agreement until it is approved and signed by Broderbund. It is submitted to OEM for discussion purposes only.*

- 5 -

| | | |
|---|---|---|
| Paddington The World Mystery Tour | 381917 | $.85 |
| Passport to 31 Languages | THL3744AE | $0.85 |
| Practice Makes Perfect French | PMPF3544AE | $0.75 |
| Practice Makes Perfect Spanish | PMPS3544AE | $0.75 |
| Princeton Review: Sat/Act 2003 | | $.85 |
| Print Shop 20 Essentials | 382221 | $.85 |
| Print Shop Brochures, Newsletters & More | 385012 | $0.75 |
| Print Shop Business Card Creator | 385013 | $0.75 |
| Print Shop CD Label Creator | 381244 | $1.00 |
| Print Shop Deluxe For Broadband 15 | | $.85 |
| Print Shop Essentials 12 | 380869 | $1.00 |
| Print Shop Newsletters Brochures | | $.85 |
| PrintMaster 15 Express | 785306 | $.85 |
| PrintMaster 15 Silver | 385499 | $.85 |
| PrintMaster Greeting Cards Deluxe (4 CD) | 385505 | $.85 |
| Printmaster Homework Helper | 385015 | $0.75 |
| Printmaster Party & Crafts Creator | 385014 | $0.75 |
| Printmaster Select 15 | | $.85 |
| Printmaster Silver 11 | 379863 | $0.75 |
| Reader Rabbit  Preschool 2002 V1.12 | 381493 | $.85 |
| Reader Rabbit Dreamship Tales (Parents Premium) | | $.85 |
| Reader Rabbit I Can Read with Phonics | 380267 | $.85 |
| Reader Rabbit Let's Start Learning! | LST3544AE | $.85 |
| Reader Rabbit Personalized 1st Grade | RRF3744BE | $.85 |
| Reader Rabbit Personalized 2nd Grade | RSG3744AE | $.85 |
| Reader Rabbit Personalized Preschool | RRP3744BE | $.85 |
| Reader Rabbit Presents Math Grades 1-3 | | $.85 |
| Reader Rabbit Toddler | RRT3744CE | $0.65 |
| Reader Rabbit Toddler 2002 V2 (2 CD version) | 381491 | $.85 |
| Reader Rabbit's 1st Grade | RRF3744BE | $0.85 |
| Reader Rabbit's 2nd Grade | RSG3744BE | $0.85 |
| Reader Rabbit's Kindergarten | RRK3744BE | $0.65 |
| Reader Rabbit's Kindergarten (2 CD version) | 379541 | $.85 |
| Reader Rabbit's Math Ages 4-6 | 378475 | $0.65 |

*This document does not constitute an offer or any form of an agreement until it is approved and signed by Broderbund. It is submitted to OEM for discussion purposes only.*

- 6 -

| | | |
|---|---|---|
| Reader Rabbit's Math Ages 6-9 | 378476 | $0.65 |
| Reader Rabbit's Math Journey (Gr. 1-3) | MJF2744AE-D&D | $0.65 |
| Reader Rabbit's Personalized Math 1st & 2nd Grade | 378476 | $0.65 |
| Reader Rabbit's Playtime for Baby | BRR3744AE | $0.65 |
| Reader Rabbit's Preschool | RRP3744BE | $0.65 |
| Reader Rabbit's Reading 1 | RRA2744BE-D&D | $0.65 |
| Reader Rabbit's Reading Ages 4-6 | 378474 | $0.65 |
| Reader Rabbit's Reading Ages 6-9 | 378473 | $0.65 |
| Reader Rabbit's Thinking Adventures 4-6 | RTG3744AE | $0.65 |
| Reader Rabbit's Learn to Read with Phonics Preschool Kindergarten | 381516 | $0.85 |
| Resume Pro 3.0 | RES2844AE | $0.75 |
| Road Adventures USA | TRA3744AE | $0.65 |
| Sammy's Science House | | $0.75 |
| Schoolhouse Rock 1st & 2nd Grade Essentials | SGE3744AE | $0.85 |
| Schoolhouse Rock 3rd & 4th Grade Essentials | SGD3744AE | $0.85 |
| Schoolhouse Rock Grammar Rock | SGR3744AE | $0.85 |
| Schoolhouse Rock Math Rock | 21010-D&D | $0.85 |
| Schoolhouse Rock Thinking Games | BBT3844AE | $0.85 |
| Schoolhouse Rock Thinking Games Deluxe | SRT3744BE | $0.85 |
| Spanish to Go | 381327 | $0.85 |
| Spelling Master | SMP3744AE | $0.65 |
| Stanley's Sticker Stories | | $0.75 |
| Starflyers Alien Space Chase | 380853 | $.85 |
| Starflyers Royal Jewel Rescue V1 | 381547 | $.85 |
| Storybook Weaver Deluxe | SBW374AE | $.85 |
| Super Solver Spellbound | SBO3544AE | $.85 |
| Super Solvers Gizmos & Gadjets | GAG3544AE | $.85 |
| Super Solvers Midnight Rescue | MNR3544AE | $.85 |
| Super Solvers Mission Think | MEM3744AE | $0.85 |
| Super Solvers Operation Neptune | ONT3544AE | $.85 |
| Super Solvers Outnumbered | ONB3544AE | $.85 |
| Super Solvers Reading 9-12 | SSR3744AE | $0.85 |
| The Art Lesson | HCD772 | $0.85 |
| The Bible: A Multimedia Experience | HYB3344AE | $.85 |
| Theme Weavers: Animals | | $0.75 |

*This document does not constitute an offer or any form of an agreement until it is approved and signed by Broderbund. It is submitted to OEM for discussion purposes only.*

| | | |
|---|---|---|
| Thinkin Things All Around Fripple Town | | $0.75 |
| Thinkin Things Collection 1 | | $0.75 |
| Thinkin Things Galactic Brain Benders | | $0.75 |
| Treasure Cove | TSC3544AE | $0.75 |
| Treasure Galaxy | TSG3544AE | $0.75 |
| Treasure Mathstorm | TMS3544BE | $0.75 |
| Treasure Mountain | PTS3744AE | $0.75 |
| Trivia Munchers | TVM2744AE-D&D | $0.75 |
| Troggle Trouble Math | PTT3544AE | $0.75 |
| Ultimate Children's Encylcopedia | ZCE3544AE | $0.85 |
| Ultimate Writing & Creativity Center | UWC54EE-CD | $0.85 |
| Where in the USA is Carmen Sandiego | CSU3744AE | $0.85 |
| Where in the World is Carmen Sandiego | CSD3744AE | $0.85 |
| Where in Time is Carmen Sandiego | 44303 | $0.85 |
| Will Writer 2004 V3 | 282675 | $.85 |
| Williams and Sonoma Guide To Good Cooking | 379505 | $0.75 |
| Yukon Trail | HCD663 | $.85 |
| Zoombinis Island Odyssey | 381664 | $.85 |
| ZOOMBINIS MTN RESCUE V1.0 | 380860 | $.85 |

Products that may be distributed as "lead generators" to acquire potential customers for the Logetics Club branded club described in Section 2(b) below but do not require membership by the potential customer. No Reader Rabbit branded titles below may be used as lead generators in free standing insert ("FSI") offers.

Product(s)    Version/SKU   Per Unit License Fee

| | | |
|---|---|---|
| 3D Home Interiors #381158-CD (one CD only) | 381158-CD | $0.75 |
| 3D Home Landscape Designer SE 4.0 | | $.85 |
| A Guide to Vitamins, Minerals & Supplements | 556120 | $.85 |
| AfricaTrail | PAF3744AE | $.85 |
| Amazon Trail 3rd Ed: Rainforest Adventures | AMA3744AE | $0.65 |
| Black & Decker Home Repairs | BDH3844AE | $0.75 |

*This document does not constitute an offer or any form of an agreement until it is approved and signed by Broderbund. It is submitted to OEM for discussion purposes only.*

| Bob Vila's Home Design | BVH3844AE | $0.85 |
|---|---|---|
| Body Works 6 | BWK3844CE | $0.75 |
| Carmen Sandiego Junior Detective | 51406 | $0.65 |
| Carmen Sandiego Math Detective | 25701 | $0.65 |
| Carmen Sandiego Word Detective | 45820 | $0.65 |
| Carmen Sandiego's Great Chase Through Time, CD1 | CST3744AE | $0.85 |
| Children's Bible Stories | CBS3544AE | $0.65 |
| Click Art 10K | CLT3844AE | $0.75 |
| Click Art 2 FONTS | 385341 | $.85 |
| Click Art Fonts 3 Deluxe | 382249 | $.85 |
| Click Art Presentation Graphics | 385342 | $.85 |
| Clickart Celebrations & Holidays II | 381107 | $0.75 |
| Clifford Reading | | $0.85 |
| Clifford Thinking Adventures | | $0.85 |
| Clue Finders Personalized Math 9-12 | 378472 | $.85 |
| ClueFinders Incredible Toy Store Adventure | 381573 | $.85 |
| ClueFinders Math Adventures 9-12 | 381575 | $.85 |
| Cluefinders Personalized Reading 9-12 | 378171 | $.85 |
| Compton's Home Library Battles of the World | BTF3744AE | $0.65 |
| Compton's Interactive Cookbook | CKS3544AE | $0.75 |
| I SPY Junior | | $.85 |
| I SPY School Days | | $.85 |
| I SPY Spooky Mansion | | $.85 |
| Identity Theft Protector SE V1.01 | 282691 | $.85 |
| Imagination Express Destination Oceans | 104-1085 | $.85 |
| Imagination Express Destination Pyramids | 104-1606 | $.85 |
| Imagination Express Destination Rainforest | 104-1608 | $.85 |
| Imagination Express Destination Time Trip USA | 104-1634 | $.85 |
| Just Grandma and Me | 48462 | $0.85 |
| Kid Pix Studio Deluxe | 28537 | $0.85 |
| Knowledge Munchers Deluxe | KMC2744AE-D&D | $0.85 |
| Labels Unlimited | LUN3844AE | $0.75 |
| Leap Ahead! 1st Grade | | $0.85 |
| Leap Ahead! 2nd Grade | | $0.85 |

*This document does not constitute an offer or any form of an agreement until it is approved and signed by Broderbund. It is submitted to OEM for discussion purposes only.*

| | | |
|---|---|---|
| Leap Ahead! 3rd Grade | | $0.85 |
| Leap Ahead! Kindergarten | | $0.85 |
| Leap Ahead! Math 6-9 | | $0.85 |
| Leap Ahead! Phonics | | $0.85 |
| Leap Ahead! Preschool | | $0.85 |
| Leap Ahead! Reading 6-11 | | $0.85 |
| Lemonade Tycoon (Hexacto) | 381921 | $.85 |
| Let's Go Read: An Island Adventure | | $.85 |
| Little Bear Kindergarten Thinking Adventures | | $.85 |
| Little Bear Preschool Thinking Adventures | 379655 | $0.75 |
| Little Bear Rainy Day Activities | | $.85 |
| Little Bear Toddler Discovery Adventures | 379737 | $0.75 |
| Living Books Harry and the Haunted House | FBL1077F | $.85 |
| Living Books Little Monster | FBL1056A | $.85 |
| Living Books Stellaluna | 50201 | $.85 |
| Living Books Tortoise and the Hare | 49106 | $.85 |
| Logical Journey of the Zoombinis | 278469 | $0.75 |
| MEDIASHOP OEM | 285384 | $.85 |
| Mighty Math Astro Algebra | | $0.75 |
| Mighty Math Carnival Countdown | | $0.75 |
| Mind Power Math: High School | 381667 | $.85 |
| Mind Power Math: Middle School | 381668 | $.85 |
| Mind Power Science Grades 7-12 | 381803 | $.85 |
| Mosby's Medical Encyclopedia | MDE2344BE-D&D | $0.85 |
| MOVIESHOP Select | 285323 | $.85 |
| Oregon Trail II | OTT3744AE | $0.65 |
| Orly's Draw-A-Story | 53605 | $0.85 |
| Passport to 31 Languages | THL3744AE | $0.85 |
| Practice Makes Perfect French | PMPF3544AE | $0.75 |
| Practice Makes Perfect Spanish | PMPS3544AE | $0.75 |
| Print Shop Brochures, Newsletters & More | 385012 | $0.75 |
| PrintMaster Greeting Cards Deluxe (4 CD) | 385505 | $.85 |
| Printmaster Homework Helper | 385015 | $0.75 |
| Printmaster Party & Crafts Creator | 385014 | $0.75 |
| Printmaster Silver 11 | 379863 | $0.75 |
| Reader Rabbit  I Can Read with | 380267 | $.85 |

*This document does not constitute an offer or any form of an agreement until it is approved and signed by Broderbund. It is submitted to OEM for discussion purposes only.*

| | | |
|---|---|---|
| Phonics | | |
| Reader Rabbit Let's Start Learning! | LST3544AE | $.85 |
| Reader Rabbit Presents Math Grades 1-3 | | $.85 |
| Reader Rabbit Toddler | RRT3744CE | $.85 |
| Reader Rabbit's Math Ages 4-6 | 378475 | $0.65 |
| Reader Rabbit's Math Ages 6-9 | 378476 | $0.65 |
| Reader Rabbit's Math Journey (Gr. 1-3) | MJF2744AE-D&D | $0.65 |
| Reader Rabbit Personalized Math 1st & 2nd Grade | 378476 | $.65 |
| Reader Rabbit Playtime for Baby | BRR3744AE | $.65 |
| Reader Rabbit Preschool | RRP3744BE | $.85 |
| Reader Rabbits Reading 1 | RRA2744BE-D&D | $.65 |
| Reader Rabbit Reading Ages 4-6 | 378474 | $.65 |
| Reader Rabbit Reading Ages 6-9 | 378473 | $.65 |
| Reader Rabbit Thinking Adventures 406 | RTG3744AE | $.65 |
| Resume Pro 3.0 | RES2844AE | $0.75 |
| Road Adventures USA | TRA3744AE | $0.65 |
| Schoolhouse Rock 1st & 2nd Grade Essentials | SGE3744AE | $0.85 |
| Schoolhouse Rock 3rd & 4th Grade Essentials | SGD3744AE | $0.85 |
| Schoolhouse Rock Grammar Rock | SGR3744AE | $0.85 |
| Schoolhouse Rock Math Rock | 21010-D&D | $0.85 |
| Schoolhouse Rock Thinking Games | BBT3844AE | $0.85 |
| Schoolhouse Rock Thinking Games Deluxe | SRT3744BE | $0.85 |
| Spanish to Go | 381327 | $0.85 |
| Spelling Master | SMP3744AE | $0.65 |
| Stanley's Sticker Stories | | $0.75 |
| Storybook Weaver Deluxe | SBW374AE | $.85 |
| Super Solver Spellbound | SBO3544AE | $.85 |
| Super Solvers Gizmos & Gadjets | GAG3544AE | $.85 |
| Super Solvers Midnight Rescue | MNR3544AE | $.85 |
| Super Solvers Mission Think | MEM3744AE | $0.85 |
| Super Solvers Operation Neptune | ONT3544AE | $.85 |
| Super Solvers Outnumbered | ONB3544AE | $.85 |
| Super Solvers Reading 9-12 | SSR3744AE | $0.85 |
| The Art Lesson | HCD772 | $0.85 |
| Theme Weavers: Animals | | $0.75 |

*This document does not constitute an offer or any form of an agreement until it is approved and signed by Broderbund. It is submitted to OEM for discussion purposes only.*

| Thinkin Things All Around Fripple Town | | $0.75 |
|---|---|---|
| Thinkin Things Collection 1 | | $0.75 |
| Thinkin Things Galactic Brain Benders | | $0.75 |
| Treasure Cove | TSC3544AE | $0.75 |
| Treasure Galaxy | TSG3544AE | $0.75 |
| Treasure Mathstorm | TMS3544BE | $0.75 |
| Treasure Mountain | PTS3744AE | $0.75 |
| Trivia Munchers | TVM2744AE-D&D | $0.75 |
| Troggle Trouble Math | PTT3544AE | $0.75 |
| Ultimate Children's Encylcopedia | ZCE3544AE | $0.85 |
| Ultimate Writing & Creativity Center | UWC54EE-CD | $0.85 |
| Where in Time is Carmen Sandiego | 44303 | $0.85 |
| Will Writer 2004 V3 | 282675 | $.85 |
| Williams and Sonoma Guide To Good Cooking | 379505 | $0.75 |
| Yukon Trail | HCD663 | $.85 |
| Zoombinis Island Odyssey | 381664 | $.85 |
| ZOOMBINIS MTN RESCUE V1.0 | 380860 | $.85 |

(b)    RIVERDEEP/TLC CLUB PRODUCTS. Products that may be distributed through the Riverdeep/TLC co-branded club described in Section 2(b) below ("Riverdeep/TLC Club Products")

Same as 1(a) above

Products that may be distributed as "lead generators" to acquire potential customers for the Riverdeep/TLC co-branded club described in Section 2(b) below but do not require membership by the potential customer.

Same 1(b) above

2.    **Authorized Channels** are defined as:

(a)    Authorized Product and Bundle Configurations. OEM may only distribute the Products in the following designated manner (please check appropriate boxes):

☐ Hardware bundle. The Products will always be bundled with a computer-related hardware product of OEM with a suggested retail price of $50 or more, as part of a single contemporaneous sale.

*This document does not constitute an offer or any form of an agreement until it is approved and signed by Broderbund. It is submitted to OEM for discussion purposes only.*

- 12 -

☐ Aftermarket hardware sale. The Products may only be sold to a registered customer that has recently purchased, within ninety (90) days, one of OEM's hardware products with a suggested retail price of $250 or more.

☐ Soft bundle.

☐ Magazine cover mount.

☐ Packaging restrictions: Products may only be sold in:

  ☐ Paper wrap

  ☐ Jewel case

  ☐ Mini box/DVD packaging (not to exceed 5"x7"x1.5")

☒ Other: The Products (as restricted above) shall only be distributed by OEM either as (1) a lead generator as a single unit or bundled with other software products, or (2) as part of a club as a Logetics or TLC/Riverdeep branded club offering.

(b)     Authorized Channels. In addition to the foregoing restrictions, OEM may only distribute the Products in the following channels (please check appropriate boxes):

☐ Gift Shops

☐ Drug Store

☐ Direct to Consumer (catalog sales only)

☐ Direct to Consumer (outbound emails only)

☐ Direct to Consumer (outbound telemarketing only)

☐ Department Store (including, for example: Macy's, Bloomingdale's, etc.)

☐ Mid-Tier Store (including, for example: JCPenny, Sears, Montgomery Ward's, etc.)

☐ Superstore (including, for example: CompUSA, Best Buy, Circuit City, Fry's, etc.)

☐ Office Outlet (including, for example: Staples, Office Depot, Office Max, etc.)

☐ Specialty Mall (including, for example: Electronics Boutique, Babbages, Musicland, etc.)

☐ Toy (including, for example: Toys r' Us, Kaybee, etc.)

☐ Mass Market (including, for example: Target, Wal-mart, KMart, etc.)

☐ Supermarket

☐ Book Club

☐ Warehouse Club (including, for example: BJ's, Costco, Sam's, etc.)

☐ E-commerce Sales (orders taken from website, www._____.com. No such right exists if the foregoing blank is not filled.)

☒ Other: OEM may distribute the Logetics Club Products to end user customers as part of its Logetics or TLC/Riverdeep branded club membership only in which Logetics club members pay the established membership fee (to be approved by Riverdeep, not to be unreasonably withheld) and, in exchange, receive one title per month until they decide to unsubscribe (or two titles per month if the club members pay the established membership fee to be approved by Riverdeep, not to be unreasonably withheld).

Logetics may distribute to end user customers the Logetics Club Products and TLC/Riverdeep branded Club Products identified in Section 1(b) as part of outbound telemarketing, FSI ("Free Standing Inserts"), emails and direct mails in which the Products are offered on a promotional basis such as for free to customers (customer pays shipping and handling), discounted price (with no charge for shipping and handling), discounted price plus customer pays shipping and handling, or any combination thereof, as a means of generating

*This document does not constitute an offer or any form of an agreement until it is approved and signed by Broderbund. It is submitted to OEM for discussion purposes only.*

- 13 -

potential Logetics Club customers. Logetics will provide all promotional materials, telemarketing scripts, inserts, emails, direct mails and any other marketing collateral relating to the Logetics Club or TLC/Riverdeep Club for approval prior to its use. Riverdeep may withhold approval of any materials, not to be unreasonably withheld.

(c)     Agreements with Third Parties. Subject to Riverdeep's prior written consent, to be granted at its sole discretion, OEM may each enter into agreements with third parties to create private label software clubs similar to the Logetics club under which third parties would distribute the Logetics Club Products and/or the Riverdeep/TLC Club Products. Logetics will ensure that any third party that distributes the Logetics or Riverdeep/TLC Products will provide all promotional materials, telemarketing scripts, inserts, emails, direct mails and any other marketing collateral relating to Riverdeep for approval prior to its use, not to be unreasonably withheld. Logetics shall remaining solely liable for any failure of the third party to provide such materials for review prior to use.

3.     Licensed Media: CD-ROM only.

4.     License Fees, Reports and Payment:

(a)     Guaranteed License Fee. Notwithstanding any other provisions in this Agreement, OEM shall pay to Riverdeep the following non-refundable, irrevocable, non-transferable license fees, totaling **U.S. $375,000 dollars** which shall be paid on the following dates:

| May 15, 2004 | $18,750 |
|---|---|
| June 15, 2004 | $18,750 |
| July 15, 2004 | $18,750 |
| August 15, 2004 | $43,750 |
| September 15, 2004 | $43,750 |
| October 15, 2004 | $43,750 |
| November 15, 2004 | $62,500 |
| December 15, 2004 | $125,000 |
| Total: | $375,000 |

(b)     Per Unit License Fees. The per unit license fees identified in the above Section 1, and the Club Royalty identified in Section 4(c) below shall be applied against the applicable Guaranteed License Fee with respect to each unit of Product manufactured by OEM during the quarter ending on such date. If there is no Guaranteed License Fee, or once the Guaranteed License Fee has been earned down and recouped by OEM, then OEM shall pay directly to Riverdeep the Per Unit License Fees listed in the above Section 1 for every unit it manufactures and any Club Royalty earned by Riverdeep.

(c)     Royalty on Riverdeep/TLC Club. OEM will pay Riverdeep a royalty of fifty percent (50%) of the Net Receipts derived from sales through the Riverdeep/TLC Branded Club ("Club Royalty").

*This document does not constitute an offer or any form of an agreement until it is approved and signed by Broderbund. It is submitted to OEM for discussion purposes only.*

- 14 -

(d)  Quarterly Reconciliation. To the extent that the cumulative Per Unit License Fees with respect to the number of units of Products manufactured by OEM during a particular quarter and the Club Royalties earned exceed the applicable Guaranteed License Fee for such quarter, OEM shall reconcile and pay to Riverdeep the difference (if any) within thirty days of each quarter end.

(e)  Payment of Per Unit License Fees and Club Royalties. Per Unit License Fees and Club Royalties shall be paid directly to Riverdeep within 30 days of the end of the quarter in which each Product is Net Units Sold. "Net Units Sold" shall mean the number of units distributed by OEM less units returned by OEM's customer, units used as samples to prospective clients (not to exceed 200 units total) and units for employee training purposes (not to exceed 200 units total). Each Product shall be accounted for separately in OEMs reports to Riverdeep.

(f)  Reports. Each month OEM shall provide Riverdeep with a reasonably detailed report showing sales, the number of copies of each Product manufactured by OEM and the calculation of the Per Unit License Fees and Club Royalties for the preceding month.

5.  Territory: North America.

6.  Production Unit Delivery: OEM shall provide Riverdeep with two (2) copies of the finished manufactured product as soon as such product is available.

7.  Support: Riverdeep will provide technical support for the Products to its end-users at the same level that Riverdeep currently provides to its customers that have purchased the Products in the retail channel. OEM will provide customer support for the Logetics Club Products and TLC/Riverdeep branded Club offerings. OEM will provide Riverdeep with a contact to forward all customer service inquiries received by Riverdeep. OEM will make best efforts to resolve all customer support issues within forty-eight (48) hours of receipt from Riverdeep.

8.  Expenses: OEM will bear all costs and expenses of manufacturing, marketing and distributing the Products.

9.  Acknowledgement of Delivery: On the Effective Date, OEM shall execute a copy of the Acknowledgement of Delivery of all deliverables in the form attached hereto as Exhibit C.

10.  Term of the Agreement: This Agreement shall expire on September 30, 2004 (the "**Expiration Date**").

*This document does not constitute an offer or any form of an agreement until it is approved and signed by Broderbund. It is submitted to OEM for discussion purposes only.*

## EXHIBIT B
## TERMS AND CONDITIONS

1.    DEFINITIONS.

1.1    "**Authorized Channels**" shall mean the specific authorized product and bundle configurations and the specific authorized channels identified in Section 2 of Exhibit A.

1.2    "**Confidential Information**" shall mean that information that is identified in Section 9.1 of this Exhibit B.

1.3    "**Cost of Goods**" shall mean all direct costs and expenses associated with the manufacture and delivery of the Products, including, without limitation, CD-ROMs, external and internal packaging, documentation, inserts, assembly, warehousing and manufacturing and licensing fees due to third parties relating to the Riverdeep/TLC Club. This shall not include any allocation for employees, overhead or other indirect costs associate with the manufacture and delivery of the Products.

1.4    "**Expiration Date**" shall mean that specific date that is identified in Section 10 of Exhibit A.

1.5    "**Guaranteed License Fees**" shall mean the license fees payable to Riverdeep in Section 4(a) of Exhibit A.

1.6    "**Licensed Media**" shall mean the specific licensed media identified in Section 3 of Exhibit A.

1.7    "**Net Receipts**" shall mean the gross revenues actually received by OEM less actual out of pocket costs directly related to the gross revenues from Cost of Goods, the Per Unit License Fees paid to Riverdeep under this Agreement, licensing fees paid to third parties related to the Riverdeep/TLC Club, sales taxes collected and refunds, actual direct third party marketing expenses directly relating to the Riverdeep/TLC Branded Clubs (such administrative costs can include commercially reasonable allocations of salaries and overhead, in

the aggregate such administrative costs shall not to exceed 28% of gross revenues).

1.8    "**Per Unit License Fees**" shall mean the individual Product license fees of the respective Products identified in Section 1 of Exhibit A.

1.9    "**Product**" or "**Products**" shall mean those specific computer software products of TLC identified in Section 1 of Exhibit A. Where the term "Logetics Club Products" or "Riverdeep Club Products" is used, the term shall have the specific meaning attributed in Exhibit A. All other use of the term Product shall include "Logetics Club Products" or "Riverdeep Club Products."

1.10    "**Term**" shall mean that period of time that is identified in Section 5 of this Exhibit B.

1.11    "**Territory**" shall mean the specific geographic areas described in Section 5 of Exhibit A.

2.    GRANT OF LICENSE, RESTRICTIONS, DOCUMENTATION AND SUPPORT.

2.1    Rights Granted to OEM.

(a)    Subject to this Agreement, Riverdeep grants to OEM a non-transferable and non-exclusive license to manufacture, market and distribute the Products in the Licensed Media throughout the Territory for the Term of this Agreement, in the Authorized Channels.

(b)    OEM UNDERSTANDS AND AGREES THAT UNDER NO CIRCUMSTANCES WILL OEM DISTRIBUTE ANY PRODUCT OUTSIDE THE AUTHORIZED CHANNELS. SUCH AN ACT ON THE PART OF OEM SHALL CONSTITUTE A MATERIAL BREACH OF THIS AGREEMENT.

*This document does not constitute an offer or any form of an agreement until it is approved and signed by Broderbund. It is submitted to OEM for discussion purposes only.*

- 16 -

2.2     End-User License Agreement.
OEM will not distribute any Product unless the
Product is accompanied by Riverdeep's standard
form of end-user license agreement (as provided
by Riverdeep) as the same may be revised from
time to time upon notice to OEM.

### 3.     COPYRIGHT AND TRADEMARK
NOTICES AND TITLE.

3.1     Copyrights and Trademark.
Riverdeep hereby grants to OEM a non-
exclusive, non-transferable right to use the
names of the Products listed on Exhibit A when
used in connection with the name
**"Broderbund," and "The Learning
Company,"** on copies of the Products licensed
to OEM pursuant to and for the Term of this
Agreement. Any sale of a Product or
documentation (or any portion thereof) shall
include the copyright, trademark and other
proprietary rights notices as are currently
contained on each such Product (or
documentation) or may be specified from time to
time by Riverdeep. OEM will not challenge any
intellectual property rights claimed by Riverdeep
in such trademarks.

3.2     Title to Products. Title to
the Products shall not pass from Riverdeep
to OEM or its end-users, and the Products
and all master copies thereof shall at all
times remain the sole and exclusive
property of Riverdeep.

### 4.     LICENSE FEES.

OEM shall pay Riverdeep the license
fee(s) set forth on Exhibit A of this Agreement
according to the terms set forth on Exhibit A.

### 5.     TERM OF AGREEMENT.

Unless otherwise terminated earlier in
accordance with the terms of this Agreement, the
term of this Agreement shall continue from the
Effective Date until the Expiration Date (the
"Term"). This Agreement may thereafter only be
renewed for successive one-year periods upon the
written amendment to this Agreement.

### 6.     TERMINATION AND BREACH.

6.1     Termination. Either party may
terminate this Agreement, effective immediately
upon written notice, under the following
circumstances:

(a)     Except as provided for in
Section 6.2, below, if either party materially
breaches any provision of this Agreement and
such breach has not been cured within thirty (30)
days after the other party has given written notice
of such breach, the non-breaching party may
terminate this Agreement.

(b)     If, at any time, the
Guaranteed License Fees or any other amounts
due under this Agreement are not paid when
due, at Riverdeep's option, it may at any time
during the Term of this Agreement upon not less
than ten (10) days' prior written notice and
failure to cure. Should the Agreement terminate
pursuant to this provision, all Guaranteed
License Fees shall be accelerated and due
immediately.

(c)     If OEM should: (1)
admit in writing its inability to pay its debts
generally as they become due; (2) make a
general assignment for the benefit of creditors;
(3) institute proceedings to be adjudicated a
voluntary bankrupt or consent to the filing of a
petition of bankruptcy against it; (4) be
adjudicated by a court of competent jurisdiction
as being bankrupt or insolvent; (5) seek
reorganization under any bankruptcy act, or
consent to the filing of a petition seeking such
reorganization; or (6) have a decree entered
against it by a court of competent jurisdiction
appointing a receiver, liquidator, trustee or
assignee in bankruptcy or insolvency covering
all or substantially all of such party's property or
providing for the liquidation of such party's
property or business affairs, and fail to cause the
same to be removed within sixty (60) days,
Riverdeep may terminate this Agreement.

6.2     Termination for Violation of
Authorized Channels. In the event that OEM or
its customers (including resellers) violate
Section 2 of Exhibit A, or otherwise make any

*This document does not constitute an offer or any form of an agreement until it is approved and signed by
Broderbund. It is submitted to OEM for discussion purposes only.*

- 17 -

improper use, transfer, duplication or disclosure of any of the Product(s), this Agreement and all of OEM's rights hereunder shall terminate immediately.

6.3    Effect of Termination. Upon the expiration or termination of this Agreement, the license granted hereunder shall terminate, and OEM shall immediately discontinue the manufacture of any Products; provided however, OEM shall have the right to sell off any remaining inventory in existence for a period of thirty (30) days, unless the Agreement has been terminated under Section 6.1 or Section 6.2, above. In the final thirty days of the Term, OEM shall not manufacture Product in excess of the average number of units of Product manufactured during the Term. All proprietary and confidential information shall be promptly returned to Riverdeep. Termination or expiration of this Agreement shall not relieve OEM of any of its payment obligations.

6.4    Survival of Certain Conditions. Notwithstanding anything to the contrary contained in this Agreement, Sections 2.1(b), 2.2-2.5, 3.2, 4, 6.4, 7, 9 and 10 shall in all cases survive any expiration or termination of this Agreement.

6.5    Injunctive Relief. OEM understands and agrees that Riverdeep will suffer irreparable harm in the event that OEM fails to comply with the any of its obligations under Section 2.1(b) above, and that monetary damages in such event would be substantial and inadequate to compensate Riverdeep. Consequently, in such event Riverdeep will be entitled, in addition to such monetary relief as may be recoverable by law, to such temporary, preliminary and/or permanent injunctive relief as may be necessary to restrain any continuing or further breach by OEM, without showing or proving any actual damages sustained by Riverdeep.

7.    REPRESENTATIONS, WARRANTIES AND INDEMNIFICATION.

7.1    Riverdeep's Representations and Warranties. Riverdeep represents and warrants to OEM the following:

(a)    Riverdeep either owns all right, title and interest in the Products or possesses the necessary rights to grant OEM the rights and license granted hereunder.

(b)    Riverdeep has the full power and authority to enter into this Agreement and to fulfill its obligations hereunder.

(c)    The Products do not infringe upon any intellectual property rights or other proprietary rights of any third party.

7.2    OEM's Representations and Warranties: OEM represents and warrants to Riverdeep the following:

(a)    OEM possesses full power and authority to enter into this Agreement and to fulfill its obligations hereunder; and

(b)    OEM's performance of the terms of this Agreement and of OEM's obligations hereunder shall not breach any separate agreement by which OEM is bound.

7.3    Riverdeep Indemnities. Riverdeep agrees to indemnify, hold harmless and defend OEM from all claims, liabilities, damages, defense costs (including reasonable attorneys' fees), judgments and other expenses arising out of or on account of the breach of any of its covenants, representations or warranties set forth in this Agreement.

7.4    OEM Indemnities. OEM agrees to indemnify, hold harmless and defend Riverdeep from all claims, liabilities, damages, defense costs (including reasonable attorneys' fees), judgments and other expenses arising out of or on account of the breach of any of its covenants, representations or warranties set forth in this Agreement.

7.5    Riverdeep Indemnification Option. In the case of any infringement claim, at Riverdeep's option, Riverdeep may at its

*This document does not constitute an offer or any form of an agreement until it is approved and signed by Broderbund. It is submitted to OEM for discussion purposes only.*

- 18 -

expense: (i) procure a license from any claimants with respect to the challenged Product (or component thereof) that will enable Riverdeep to continue marketing and using the Product, (ii) modify the challenged Product so as to make it non-infringing, or (iii) take appropriate action or seek available legal remedies to enable the continued manufacturing, use and distribution of the challenged Product.

7.6     THE WARRANTY STATED HEREIN IS EXPRESSLY IN LIEU OF ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY EXPRESS OR IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE AND SUCH WARRANTY CONSTITUTES THE ONLY WARRANTY MADE BY RIVERDEEP WITH RESPECT TO THIS AGREEMENT OR THE PRODUCTS, ARTICLES, MATERIALS, REPLACEMENT PARTS OR SERVICES TO BE SUPPLIED HEREBY. NEITHER PARTY SHALL BE LIABLE TO THE OTHER PARTY FOR LOST PROFITS, LOSS OF DATA OR ANY COLLATERAL, INCIDENTAL, SPECIAL OR CONSEQUENTIAL DAMAGES OF ANY KIND. RIVERDEEP'S AGGREGATE LIABILITY TO OEM UNDER THIS SECTION 7 IS LIMITED TO THE AMOUNT THAT OEM ACTUALLY PAYS TO RIVERDEEP UNDER THIS AGREEMENT.

7.7     Claims. With respect to any claims falling within the scope of the foregoing indemnifications: (a) each party agrees to notify the other promptly of and keep the other fully advised with respect to such claims and the progress of any suits in which the other party is not participating; (b) Riverdeep shall have the right to assume, at its expense, the defense of a claim or suit made or filed against OEM; and (c) if Riverdeep does not represent OEM in any claim or suit, Riverdeep shall pay OEM's legal costs and expenses in defense of such a claim. OEM shall not settle such claim or suit without the prior written approval of Riverdeep, which approval will not be unreasonably withheld or delayed.

8.     BOOKKEEPING OBLIGATIONS AND INSPECTION RIGHTS.

OEM shall maintain true and complete books of account containing an accurate record of all data necessary for the proper computation of payments hereunder, and Riverdeep shall have the right, by a certified public accountant appointed by it, to examine such books at all reasonable times (but not more than twice in each calendar year) for the purpose of verifying the accuracy of the reports and computation rendered by OEM. Upon reasonable advance notice, such examination shall be made during normal business hours at the principal place of business of OEM. If such examination reveals that reports furnished by OEM were inaccurate by more than ten percent (10%) and that amounts in excess of those paid to Riverdeep are due, the cost of such examination shall be borne by OEM and OEM shall pay the amount of any discrepancy to Riverdeep, plus interest at the rate of eighteen percent (18%) per year or part thereof on any deficiencies.

9.     CONFIDENTIAL INFORMATION.

9.1     Confidential Information. Each party (the "receiving party") shall keep in strictest confidence the terms of this Agreement and all material and information, in whatever form provided, identified by the other party (the "disclosing party") to be confidential or proprietary in nature relating to the disclosing party's trade secrets (including pricing policies, business strategies, software designs and specifications), as well as any materials and information which from the circumstances in which they are made available to the receiving party in good faith and good conscience ought to be treated as confidential or proprietary ("**Confidential Information**").

9.2     Exceptions. Information shall not be considered to be Confidential Information if it (i) is already or otherwise becomes publicly known through no act of the receiving party, (ii) is lawfully received from third parties subject to no restriction of confidentiality, (iii) can be shown by the receiving party to have been independently developed by it, (iv) is disclosed by the disclosing party to third parties

*This document does not constitute an offer or any form of an agreement until it is approved and signed by Broderbund. It is submitted to OEM for discussion purposes only.*

- 19 -

without restriction on subsequent disclosure, or (v) is required to be disclosed in the context of an administrative or judicial proceeding, except that in such case the receiving party agrees to provide the disclosing party with prompt notice of such requirement in order to allow the disclosing party to seek an appropriate protective order.

9.3     Term of Confidentiality. Each party's obligations under this Section 9 shall survive the termination or expiration of this Agreement for a period of two (2) years.

10.    MISCELLANEOUS PROVISIONS.

10.1    Entire Agreement. This Agreement, including all Exhibits, contains the entire understanding of the parties hereto relating to the Products, supersedes any prior written or oral agreement or understandings between the parties with respect to the Products, and cannot be changed or terminated orally. This Agreement may be amended only by a writing signed by the parties hereto.

10.2    Enforceability. The invalidity or unenforceability of any provision of this Agreement will not affect the validity or enforceability of any other provision of this Agreement.

10.3    Assignment. Neither this Agreement nor the rights or obligations hereunder may be assigned by OEM without the prior written consent of Riverdeep, which consent shall not be unreasonably withheld; provided however, that OEM may assign this Agreement upon the merger of OEM or the sale of OEM's business, all without the consent of Riverdeep, if OEM gives notice to Riverdeep of such assignment. In the event of such an assignment, this Agreement shall be binding upon such successors and assignees.

In the event that Riverdeep sells substantially all of the assets of any of its business units by sale, merger, or otherwise, then, Riverdeep may elect to assign the duties and obligations arising under this Agreement with respect to such transferred business or

assets to the purchaser of such business or assets to the extent such sale relates to the Products. In such event, Riverdeep may elect to require OEM to enter into a substantially identical agreement to this Agreement for the transferred Products.

10.4    Independent Contractors. OEM and Riverdeep shall perform their duties pursuant to this Agreement as independent contractors. Nothing in this Agreement shall be construed to create a joint venture, partnership or other joint relationship between OEM and Riverdeep. Neither party shall have the ability to incur any obligation on behalf of the other party.

10.5    Successors. Subject to Section 10.3 above, all rights and obligations arising out of this Agreement shall inure to the benefit of, and be binding on and enforceable by the parties and their respective successors and permitted assigns.

10.6    Currency. All dollar amounts herein are expressed in United States funds.

10.7    Governing Law. This Agreement and its validity, construction and performance shall be governed in all respects by the laws of the Commonwealth of Massachusetts and all claims and/or lawsuits in connection with this Agreement must be brought in a court of competent jurisdiction within Massachusetts.

10.8    Notices. All notices or other communications required or permitted to be given pursuant to this Agreement shall be in writing and shall be considered as properly given or made if hand delivered, mailed first class mail, postage prepaid, sent by prepaid telegram (or telex or other facsimile transmission) or sent by express overnight courier service to the address listed above or to such other address as any such party may have designated by like notice forwarded to the other party hereto.

10.9    Loss of Rights. In the event that Riverdeep's rights to any Products expire or are terminated at any time, any rights granted to OEM under this Agreement with respect to such

*This document does not constitute an offer or any form of an agreement until it is approved and signed by Broderbund. It is submitted to OEM for discussion purposes only.*

- 20 -

Case 1:05-cv-10816-REK    Document 6-4    Filed 05/10/2005    Page 21 of 22

000114

Products shall be terminated as of such date and Riverdeep shall not be liable to OEM for any loss or liability in connection with said termination of rights.

10.10   Press Releases. OEM shall not make any public announcement or issue any press release relating to this Agreement or the services to be provided in connection therewith without the prior written consent of Riverdeep.

*This document does not constitute an offer or any form of an agreement until it is approved and signed by Broderbund. It is submitted to OEM for discussion purposes only.*

### EXHIBIT C
### To OEM Agreement Dated March 28, 2002.
### Acknowledgement of Delivery

OEM: LOGETICS, INC.

Agreement/Amendment Effective Date:

Agreement/Amendment Number:

OEM hereby acknowledges having received, on or before the Effective Date, (1) a reproducible master copy for each Product listed below and, (2) all other materials Riverdeep is obligated to deliver under the above-referenced Agreement/Amendment.

Product(s):

LOGETICS, INC. (OEM)

By: _____

Title: _____

Date: _____

*This document does not constitute an offer or any form of an agreement until it is approved and signed by Broderbund. It is submitted to OEM for discussion purposes only.*

000255



100 Pine Street, 19th Floor
San Francisco, CA 94111
415-659-2000
415-659-2020 Fax
www.riverdeep.net

March 8, 2005

Via Facsimile and Overnight Express Carrier

Mr. Thomas Holland
Logetics Inc.
1935 Camino Vida Roble
Carlsbad, California 92008-6513

## RE: NOTICE OF TERMINATION, DEFAULT AND MATERIAL BREACH

Reference is made to that certain OEM License Agreement dated as of March 28, 2004, by and between Riverdeep Inc., A Limited Liability Company ("**Riverdeep**") and Logetics, Inc. ("**Company**") (the "Agreement").

The Agreement expired on September 30, 2004. All sell off periods have now expired and you are hereby put on notice that you have not further rights to manufacture or distribute any of the Company's products. Riverdeep hereby demands that any and all Gold Masters delivered pursuant to this Agreement or otherwise in Company's position be immediately returned not later than five (5) business days from receipt of this letter. To the extent, Company fails to return all of Riverdeep's proprietary information and intellectual property by such date, legal action to compel such return and enjoin any further unauthorized and unlawful use of such materials shall be initiated.

This letter shall furthermore serve as formal notice of default and material breach of the Agreement by Company for failure to pay amounts due to Riverdeep under the Agreement, in excess of Two Hundred and Two Thousand and Seventy-Three Dollars ($202,073.18).

The Company's account is seriously delinquent. You have been personally noticed, orally and in writing, of such delinquencies on numerous occasions over the last ninety (90) days. Despite repeated collection attempts, the Company has failed to comply with the terms of the Agreement by providing full payment as contractually obligated and



**Riverdeep**

100 Pine Street, 19th Floor
San Francisco, CA 94111
415-659-2000
415-659-2020 Fax
www.riverdeep.net

such failure continues outstanding at the time of this letter. The Company has been given many opportunities to bring its account current and has failed to do so.

Pursuant to Exhibit B, Terms and Conditions, Section 6.1(a) and (b) of the Agreement and the notice provided hereby, all amounts outstanding and overdue to Riverdeep are due immediately. As the Agreement is already terminated, Riverdeep shall provide no further notice of such termination which is effective immediately.

To the extent payment for amounts due under the Agreement is not received by March 17, 2005, Riverdeep shall file suit for recovery of all amounts due and pursuit of all available remedies at law and in equity. We expect to see all Gold Masters returned to Riverdeep's San Francisco office to my attention and by insured carrier not later than March 17, 2005. To the extent Company chooses to unlawfully continue manufacturing, distributing and selling Riverdeep's products in violation of such termination notice, actions for copyright and trademark infringement, with accompanying statutory damages, will likewise be brought. If Riverdeep does not receive payment in full by such date, any law suit filed to recover such amounts due will include claims for interest and attorney's fees as damages.

If you have any questions regarding this matter, please contact me at 415-659-1940.

Yours truly,

Kirsten N. Mellor
Legal Counsel

cc:    Barry O'Callaghan
       Bill Cunningham
       John Bartlett



# LOGETICS

Reaching millions of consumers ever



Home

Consumer-Direct Marketing

Business-to-Consumer Marketing

Direct-to-Home Clubs

Cause-Related Marketing

**Direct-to-Home Clubs**

For more than 19 years, our clubs have been inspiring children and families to learn, grow and develop essential skills. We take pride in offering convenient, no-hassle memberships that provide families with the "best-of-the-best" software and entertainment products available.

Ready, Set, Grow!

Software of the Month Club

Jellybean Islands

Leap Ahead



About Us | Our Publishing Partners | Our Affiliate Program | Contact Us



software of the month club



Quick Software Finder: ▮▮▮▮▮▮▮▮▮▮ GO! Advanced Search

**Home** | **Find Software** | **New Releases** | **Help**

## Member Services

**Select Future Software**
**Exchange Software**
**Technical Support**

## Member Info

**Benefits**
**Special Offers**
**Featured Software**
**Satisfaction Guarantee**
**Publishing Partners**

## Find Software

Use our convenient menus below to browse programs by category, by title, or alphabetically. Be sure take a look at our regularly updated New Releases and Featured Software selections.

View my select

**Search by category:**          **Search by title:**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮          reader ▮▮▮▮▮▮▮          **SEARCH ▶**

**Search by letter:**

# A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U  V  W  X  Y  Z

**Search Results:**

Reader Rabbit Presents: Math Journey for Grades 1-3
Reader Rabbit's Learn to Read with Phonics
Reader Rabbit's Math Ages 4-6
Reader Rabbit's Personalized Math Ages 6 - 9
Reader Rabbit's Playtime for Baby (2-CD Set)
Reader Rabbit's Preschool
Reader Rabbit's Reading 1 (for Phonics)
Reader Rabbit's Reading Ages 4-6
Reader Rabbit's Reading Ages 6-9
Reader Rabbit's Thinking Adventures (2-CD Set)
Reader Rabbit's® 1st Grade
Reader Rabbit's® Kindergarten
Reader Rabbit's® Toddler

About Us  |  Contact Us  |  Privacy Policy  |  Legal Notices
© 2004 Logetics, Inc.

Quick Software Finder:  Advanced Search

**Home**   **Find Software**   **New Releases**   **Help**

software of the month club

## Member Services

**Select Future Software**
**Exchange Software**
**Technical Support**

## Member Info

**Benefits**
**Special Offers**
**Featured Software**
**Satisfaction Guarantee**
**Publishing Partners**

## Find Software

Use our convenient menus below to browse programs by category, by title, or alphabetically. Be sure take a look at our regularly updated New Releases and Featured Software selections.

View my select

**Search by category:**      **Search by title:**

carmen    **SEARCH ▶**

**Search by letter:**

\# A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

**Search Results:**

Carmen Sandiego Jr. Detective
Carmen Sandiego Math Detective™
Carmen Sandiego Word Detective™
Carmen Sandiego's Great Chase Through Time™ 2-CD Set
Where in the USA is Carmen Sandiego?®
Where in the World is Carmen Sandiego?®

About Us   |   Contact Us   |   Privacy Policy   |   Legal Notices
© 2004 Logetics, Inc.





## More choices than ever!

Select from trusted software brands such as Sesame Street, School House Rock, Arthur, Crayola, Carmen Sandiego, Monopoly, and more.



**Did you know?**
You can choose the programs you want to receive by calling customer service at 1-800-437-0110.

**Free technical support.**
If you ever have any difficulties operating our software, you can get help with our online service or via e-mail. Read more.

Join here!



*New Rele*

- Backyard Foot
- Candy Land® Adventure
- Children's Bibl Stories
- I See SUE the
- Let's Explore t Airport™
- Little Bear™ Preschool Thir Adventures™
- Logical Journe the Zoombinis
- Muppet Babies Toyland Train
- On-Track Spel Puzzles 1
- Pencil-Pal Pho
- Tonka™ Construction
- Tonka® Monst Trucks
- Little Bear™ R Day Activities
- Milton Bradley Games

See all new rel



Search

re Library

ccount Info

ber Benefits

**Invite a friend to join!**

---

Contact Us  •  Privacy Policy
©2000 Logetics, Inc..



Join Here!    Software Library    MyAccount    Member Benefits    Help/FAQs

## Jellybean Islands™

*Educational software to help your child succeed in school and in life*

Search:

[ Search ]

...re Library
...w All
... Picks
...es 4 to 6
...es 6 to 9
...es 9 to 12
...ading
...h
... Releases
...ily Games

...Account Info

**Member Benefits**

Help

Invite a friend
to join!

# Reading



**Putt-Putt Saves
The Zoo**
Ages 3 to 8



**Flash Action™:
Phonics Made
Easy**
Ages 6 and up



**Blue's Clues™:
Blue's Reading
Time Activities**
Ages 3 to 6



**I Love Phonics!**
Ages 4 to 7



**Sma
Kind**
Age



**Smart Steps 2nd
Grade**
Ages 7 to 8



**Smart Steps 1st
Grade**
Ages 5 to 7



**Carmen
Sandiego Word
Detective™**
Ages 8 to 14



**Chicka Chicka
Boom Boom**
Ages 3 to 6



**Al
Ex**
Age



**Curious George
Preschool
Learning Games**
Ages 3 to 5



**Curious George
Reads, Writes, &
Spells For
Grades 1 & 2**
Ages 5 to 8



**Curious George:
Pre-K ABC's**
Ages 3 to 6



**Leap Ahead!™
Kindergarten**
Ages 4 to 6



**Leap
Ph**
Age

**MacMillan Dictionary For Children**
Ages 5 to 10


**Orly's Draw-A-Story**
Ages 5 to 10


**Reader Rabbit's® Reading 1 (For Phonics)**
Ages 3 to 7

**Reader Rabbit's® Reading Ages 4-6**
Ages 4 to 6

R
Rab
Readin

Age



**Schoolhouse Rock!® 1st & 2nd Grade Essentials™**
Ages 6 to 8


**Schoolhouse Rock!® 3rd & 4th Grade Essentials™**
Ages 8 to 10


**Schoolhouse Rock!® Grammar Rock™**
Ages 6 to 10



*Inspiring kids to learn, grow, and be shining sta*

Home    Products by Age    Customer Ca

At Leap Ahead™, we believe in bringing you the "best of the best" in learning products, so we've teamed up with some of the world's leading publishers. Here are some of our trusted publishing partners:

























**About Leap Ahead | Privacy Policy | Legal Notices | Contact**
© 2004 Logetics,

Tell a friend! 



## Our Publishing Partners

To offer members coordinated learning kits of the highest quality, *Ready, Set, Grow!*™ has established licensing relationships with many of the world's leading publishers. Here are some of our trusted publishing partners:

- Our Guarantee
- Club Benefits
- Our Publishing Partners & Awards
- FAQ's















## Awards and Reviews

All of the software programs featured in the *Ready, Set, Grow!* learning kits have earned ratings of 4 stars or higher (out of 5) from Children's Software Revue. Program reviews are based on various criteria including educational value, ease of use, childproof functionality, entertainment value, design features, and good value. The Children's Software Finder database features the world's biggest and most accurate collection of children's interactive media reviews.



**The software programs featured in the Ready, Set, Grow! learning kits have received numerous awards, such as:**

- Editor's Choice, Computer Times Magazine
- Best Software Programs of the Year, Child Magazine
- Eddie Awards, ComputED Learning Lab's 3rd Annual Education Software Review
- Best Pick Award, Choosing Children's Software Newsletter
- NAPPA Awards, National Parenting Publications Awards
- Editor's Choice (EDDY) Finalist, MacWorld

- Top 100 CDs, Mac Home Journal
- Selected as outstanding by Parent Council, Parent Council Ltd.
- Honors Award - Early Childhood, National Parenting Publications Awards
- 2nd Place Tie, Practical Homeschooling Software Reader Awards
- Software Magic Award, Parenting
- All Star Software Award, Children's Software Revue
- Highest Rating, Canadian Toy Testing Council
- Approved Winner, Parent's Choice Foundation
- 4.5 Stars - Award of Excellence, DiscoverySchool.com
- Best Pick Award, Choosing Children's Software
- Top Ten Reading & Writing Products for the Year, The Education Source and more!

About Us  |  Contact Us  |  Privacy Policy  |  Legal Notices
© 2004 Logetics, Inc.



Find product:

 Find

Browse Category:

- **Popular Picks**
- **Ages 1 to 3**
- **Ages 4 to 6**
- **Ages 6 to 9**
- **Ages 9 to 12**
- **Reference**
- **Family Games**
- **Home & Leisure**




Have your order wrapped in a Gift Bag. Only 99 cents per order


Prefer to order by phone, mail, or fax? Click here!

Read our helpful Parenting Tips!



Alphabet Express
Ages 3 to 6
**Price: $9.95**
>VIEW/BUY



Amazon Trail®
3rd Edition:
Rainforest
Adventures™
Ages 9 and up
**Price: $9.95**
>VIEW/BUY



American
Greetings®
CreataCard®
Select 6
Ages 10 and up
**Price: $9.95**
>VIEW/BUY



Atari® Arcade Hits
1
Ages 8 and up
**Price: $9.95**
>VIEW/BUY



Blue's Clues
Blue's 123 T
Activities
Ages 3 to 6
**Price: $9.9**
>VIEW/BUY



Carmen Sandiego
Math Detective™
Ages 8 to 14
**Price: $9.95**
>VIEW/BUY



Clifford Thinking
Adventures
Ages 4 to 6
**Price: $9.95**
>VIEW/BUY



Crayola® Magic
3D Coloring
Book™
Ages 2 and up
**Price: $9.95**
>VIEW/BUY



Crayola® Make a
Masterpiece™
Ages 6 to 12
**Price: $9.95**
>VIEW/BUY

Dr. Seuss™
Eggs and Ha
Ages 3 to 7
**Price: $9.9**
>VIEW/BUY



Encyclopædia
Britannica®
Ready Reference™
2004
Ages 7 and up
**Price: $9.95**
>VIEW/BUY



Encyclopædia
Britannica®
Profiles U.S.
Presidents
Ages 7 and up
**Price: $9.95**
>VIEW/BUY



Freddi Fish™ 2:
The Case Of The
Haunted
Schoolhouse™
Ages 3 to 8
**Price: $9.95**
>VIEW/BUY



Home Depot's
Home
Improvement 1-2-
3
Ages 12 and up
**Price: $9.95**
>VIEW/BUY



I SPY™ Spo
Mansion
Ages 6 to 10
**Price: $9.9**
>VIEW/BUY



Leap Ahead!™
Phonics



Mosby's Medical
Encyclopedia™



Mr. Potato Head®
Activity Pack



Nicktoons Racing
Ages 6 and up



Orly's Draw-
Story

Ages 4 to 7
**Price: $9.95**
>VIEW/BUY

Ages 12 and up
**Price: $9.95**
>VIEW/BUY

Ages 2 to 7
**Price: $9.95**
>VIEW/BUY

**Price: $9.95**
>VIEW/BUY

Ages 5 to 10
**Price: $9.9**
>VIEW/BUY



Playskool®
Puzzles
Ages 3 to 6
**Price: $9.95**
>VIEW/BUY

 

PrintMaster®
Party & Crafts
Creator
Ages 14 and up
**Price: $9.95**
>VIEW/BUY



PrintMaster®
Silver 11
Ages 12 and up
**Price: $9.95**
>VIEW/BUY



Putt-Putt Saves
the Zoo
Ages 3 to 8
**Price: $9.95**
>VIEW/BUY



Reader Rabbit
Math Ages 4
Ages 4 to 6
**Price: $9.9**
>VIEW/BUY



Reader Rabbit's®
Math Ages 6-9
Ages 6 to 9
**Price: $9.95**
>VIEW/BUY



Reader Rabbit's®
Preschool
Ages 3 to 5
**Price: $9.95**
>VIEW/BUY



Reader Rabbit's®
Reading Ages 6-9
Ages 6 to 9
**Price: $9.95**
>VIEW/BUY



Scrabble®
Ages 8 and up
**Price: $9.95**
>VIEW/BUY



Schoolhouse
® Thinking
Games™
Ages 6 and
**Price: $9.9**
>VIEW/BUY



The Land Before
Time™ Toddler
Time
Ages 2 to 4
**Price: $9.95**
>VIEW/BUY



Ultimate Writing &
Creativity
Center™
Ages 6 to 10
**Price: $9.95**
>VIEW/BUY



Where In The USA
Is Carmen
Sandiego?®
Ages 8 to 14
**Price: $9.95**
>VIEW/BUY



VeriSign Secured  VERIFY ►

Guide to Safe Shopping Online | Customer Service | Return Policy | Shipping
Information | Privacy Notice | Legal Notices | Contact Us
© 2000-2005 Logetics, Inc. All rights reserved.