# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RIVERDEEP, INC., a Delaware limited liability company; )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SOMC GROUP, INC.; a California corporation; )<br>LOGETICS, INC., a California corporation; SAN )<br>DIEGO CREDIT ASSOCIATION, a California )<br>corporation; READY, SET GROW!, a California )<br>corporation; JELLY BEAN ISLANDS, a )<br>California corporation; and LEAP AHEAD, a )<br>California corporation; )<br>)<br>Defendants ) | Case No. 05-10816 REK<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING AND ORDER THEREON** |

Plaintiff RIVERDEEP, INC. ("Plaintiff") and Defendant LOGETICS, INC. ("Defendant") hereby stipulate that Defendant shall have until June 16, 2005 to file a responsive pleading to Plaintiff's complaint.

DATED: May 10, 2005

LOGETICS, INC.

By: _____
Thomas E. Holland
President of LOGETICS, INC.

DATED: May 10, 2005

PETRIE SCHWARTZ LLP

By: _____
Irwin Schwartz  (BBO #548763)
Attorneys for Plaintiff
RIVERDEEP, INC.
Petrie Schwartz LLP
500 Boylston Stree, Suite 1860
Boston, MA 02116
617-421-1800

## ORDER:

Based upon the stipulation of the parties, the time for Defendant Logetics, Inc. to respond to the complaint of Plaintiff Riverdeep, Inc. shall be extended until June 16, 2005.

DATED: _____

_____

2