UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RIVERDEEP INC., LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>SOMC GROUP, INC., a California corporation; LOGETICS, INC., a California corporation; SAN DIEGO CREDIT ASSOCIATION, a California corporation; READY, SET, GROW!, a California corporation; JELLY BEAN ISLANDS, a California corporation; and LEAP AHEAD, a California corporation,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 05-10816 REK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ASSENTED-TO MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING

Pursuant to Federal Rule of Civil Procedure 6(b), the defendant, San Diego Credit Association ("SDCA"), without submitting to the jurisdiction of this Court, moves to extend the time to file a responsive pleading to and including May 27, 2005, on the following grounds:

1. Defendant is in the process of investigating the facts that give rise to the allegations of the Plaintiff's Complaint.

2. This is the first request for an extension of time filed with respect to these deadlines.

3. Counsel for Plaintiff, Irwin B. Schwartz, has no objection to the granting of this Motion.

BOS\130164.1

ASSENTED TO:
RIVERDEEP, INC.
By its attorneys,

*Irwin B. Schwartz* (DBW)

Irwin B. Schwartz (BBO# 548763)
PETRIE SCHWARTZ LLP
500 Boylston Street, Suite 1860
Boston, Massachusetts 02116
Tel: 617-421-1800 x32
Fax: 617-421-1810

SAN DIEGO CREDIT ASSOCIATION
By its attorneys,

Daniel B. Winslow (BBO# 541972)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, Massachusetts 02210
Tel: 617-289-9200
Fax: 617-289-9201

BOS\130164.1

## CERTIFICATE OF SERVICE

I, Christopher S. Kroon, hereby certify that on the 12th day of May 2005, I made service of the foregoing document by causing a copy thereof to be delivered, via First Class Mail, to the office of the following:

Irwin B. Schwartz, Esq.
Petrie Schwartz LLP
500 Boylston Street, Suite 1860
Boston, MA 02116

James Ballard, Esq.
Ross J. Schwartz, Esq.
101 West Broadway
Suite 810
San Diego, CA 92101
Tel: 619.236.8821
Fax: 619.236.8827

_____
Christopher S. Kroon