UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Riverdeep, Inc., LLC, a Delaware Limited Liability Company, | : <br> : <br> : |
| Plaintiff | : <br> : <br> : |
| v. | :    CIVIL ACTION NO. 05-10816-REK <br> : |
| SOMC Group, Inc., a California Corporation; Logetics, Inc., a California Corporation; San Diego Credit Association, a California Corporation; Ready, Set, Grow, a California Corporation; Jelly Bean Islands, a California Corporation; and Leap Ahead, a California Corporation, | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| Defendants | : <br> : |

## NOTICE OF APPEARANCE

TO THE CLERK:

Please enter our appearance as counsel for defendant Logetics, Inc.

                                                           Respectfully submitted,

*/s/ Scott A. Smith*
Scott A. Smith
BBO. No. 470180

*/s/ Matthew J. Walko*
Matthew J. Walko
BBO. No. 562172

*/s/ Thomas D. Herman*
Thomas D. Herman
BBO No. 231740

SMITH & DUGGAN LLP
Two Center Plaza, Suite 620
Boston, Massachusetts 02108-1906
(617) 228-4400

Dated: May 17, 2005