UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RIVERDEEP INC., LLC,<br><br>            Plaintiff,<br><br>vs.<br><br>SOMC GROUP, INC.; LOGETICS, INC.;<br>SAN DIEGO CREDIT ASSOCIATION;<br>READY, SET, GROW!; JELLY BEAN<br>ISLANDS; LEAP AHEAD; and THOMAS E.<br>HOLLAND,<br><br>            Defendants. | Civil Action No. 05-10816 REK |

**Joint Statement of the Parties Pursuant to Local Rule 16.1(D)**

Pursuant to Local Rule 16.1(D), and in connection with the Scheduling Conference set for May 26, 2005, the parties who have entered an appearance or limited appearance in this action Riverdeep Inc., LLC, Logetics, Inc. and San Diego Wholesale Credit Association jointly propose that the Court set the following pretrial schedule.[1]

### I. PROPOSED DISCOVERY PLAN

Unless otherwise agreed in writing by counsel for all parties, discovery deadlines shall be as follows.

    A.    Fact Discovery Cut-off: March 3, 2006. All discovery requests must be received by the responding party on or before January 13, 2006.

    B.    Expert Discovery Cut-off: July 14, 2006. All expert discovery requests for which expert reports are not required by Fed. R. Civ. P. 26(a)(2) must be received by the responding party on or before June 16, 2006.

---

[1] Where there is a disagreement among the parties, the objecting party's alternative language is bracketed.

C. Rule 26(a)(1) Disclosures:

   (1) The parties propose to exchange Rule 26(a)(1) disclosures 14 days after the Fed. R. Civ. P. 26(f) conference, or on June 9, 2005.

D. Rule 26(a)(2) Disclosures:

   (1) The plaintiff shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2), as well as complete résumés, if any, of such experts on or before April 3, 2006.
   (2) The defendants shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2), as well as complete résumés, if any, of such experts on or before May 12, 2006.
   (3) The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) as well as complete résumés, if any, of such experts on or before June 2, 2006.
   (4) The parties shall complete expert depositions on or before July 14, 2006.

E. Discovery Limitations:

   (1) The parties agree to a limit of fifteen (15) depositions per party. The parties also propose to conduct depositions of each primary and rebuttal expert.
   (2) The parties agree to a limit of twenty-five (25) interrogatories per party.
   (3) The parties agree to a limit of sixty (60) requests for admissions per party.
   (4) The parties agree to a limit of two (2) more sets of requests for production, consisting of no more than 25 paragraphs in each request, excluding deposition subpoenas duces tecum of non-party witnesses.

F. Phased Discovery:

   (1) The plaintiff and the defendant Logetics, Inc. have considered phased discovery and do not yet believe it is appropriate in this matter, although not all defendants have appeared and responsive pleadings have yet to be served.

   *[Defendant SDCA proposes the following alternative language:*

> *"Except for mandatory disclosure, to secure the just, speedy and inexpensive determination of every action," (Fed. R. Civ. P. 1) discovery is stayed until after the Court's decision on the Defendant(s) motion(s) to dismiss.]*

- G. Protective Order:

    (1) The parties do not currently know if a protective order is necessary in this matter, but in the event that any party believes one is necessary, the parties will attempt to stipulate to the form of an appropriate protective order or seek an appropriate order from the Court.

- H. Limited Appearance and Reservation of Rights:

    (1) Pending responses to the Amended Complaint, the parties' agreement and appearance for Rule 26 compliance shall not constitute a waiver of any defendant's right to contest jurisdiction and venue in this Court.

## II. MOTION SCHEDULE

(1) Deadline for Joinder of Parties and Amendment of Pleadings: September 2, 2005.
(2) Dispositive Motion Deadline: Motions served on or before August 12, 2006; responses served on or before thirty-five (35) days from date of service; replies by leave of Court.

## III. CONSENT

The parties do not consent to trial by magistrate judge.

## IV. CERTIFICATION

The undersigned will confer with their respective clients by no later than May 25, 2005 about the following:

(1) establishing a budget for the costs of conducting the full course — and various alternative courses — of the litigation; and
(2) considering the resolution of litigation through alternative dispute resolution programs.

Respectfully submitted,

/s/ Irwin B. Schwartz

---

Irwin B. Schwartz BBO#548763
*Attorney for Riverdeep, Inc.*

PETRIE SCHWARTZ LLP
500 Boylston Street, Suite 1860
Boston, Massachusetts 02116
(617) 421-1800


/s/ Daniel B. Winslow

---

Daniel B. Winslow BBO#541972
*Attorney for San Diego Credit Association*

DUANE MORRIS LLP
470 Atlantic Avenue, Ste. 500
Boston, Massachusetts 02210
(617) 289-9200


/s/ Matthew J. Walko

---

Matthew Walko BBO# 562172
*Attorney for Logetics, Inc.*

SMITH & DUGGAN LLP
Two Center Plaza, Suite 620
Boston, Massachusetts 02108-1906

Dated: May 19, 2005