UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RIVERDEEP INC., A LIMITED LIABILITY COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> SOMC GROUP, INC., a California corporation; LOGETICS, INC., a California corporation; SAN DIEGO CREDIT ASSOCIATION, a California corporation; READY, SET, GROW!, a California corporation; JELLY BEAN ISLANDS, a California corporation; and LEAP AHEAD, a California corporation, <br><br> Defendants. | Civil Action No. 05-10816 REK <br><br> **PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.3, plaintiff Riverdeep, Inc., LLC ("Riverdeep") submits its Disclosure Statement.

1. The parent corporation of Riverdeep, Inc. is Riverdeep Interactive Learning USA, Inc.

2. The parent corporation of Riverdeep Interactive Learning USA Inc. is Riverdeep Interactive Learning Limited.

3. The parent corporation of Riverdeep Interactive Learning Limited's is Riverdeep Group PLC.

4. There is no publicly held corporation that owns 10% or more of the stock of Riverdeep, Inc.

Dated: May 17, 2005                    Respectfully submitted,

*[signature]*

Irwin B. Schwartz BBO#548763
PETRIE SCHWARTZ LLP
500 Boylston Street, Suite 1860
Boston, Massachusetts 02116
(617) 421-1800

Counsel for Plaintiff
Riverdeep, Inc., LLC

<u>Certificate of Service</u>

    I, Irwin B. Schwartz, attorney for Plaintiff, Riverdeep, Inc., LLC, hereby certify that on this 17th day of May 2005, I served a copy of the foregoing document on Defendants' attorney by delivering the same, via United States mail, postage prepaid, to James R. Ballard, Esquire, Schwartz Semerdjian Haile Ballard & Cauley LLP, 101 West Broadway, Suite 810, San Diego, CA 92101, Daniel B. Winslow, Esquire, Duane Morris, 470 Atlantic Avenue, Suite 500, Boston, MA 02210 and Mr. Thomas E. Holland, SOMC, 1945 Palomar Oaks Way, Suite 200, Carlsbad, CA 92009.

*[signature]*
Irwin B. Schwartz