UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RIVERDEEP INC., LLC, <br><br> Plaintiff, <br><br> vs. <br><br> SOMC GROUP, INC., a California corporation; LOGETICS, INC., a California corporation; SAN DIEGO CREDIT ASSOCIATION, a California corporation; READY, SET, GROW!, a California corporation; JELLY BEAN ISLANDS, a California corporation; and LEAP AHEAD, a California corporation, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 05-10816 REK <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF LIMITED APPEARANCE

Please enter the appearance of the undersigned as counsel for the defendant, San Diego Credit Association ("SDCA"), for the limited purpose of addressing the plaintiff's request for expedited discovery and injunctive relief. SDCA objects to the lack of personal jurisdiction and improper venue in this Court and reserves its right to contest jurisdiction and venue in its responsive pleading.

SAN DIEGO WHOLESALE CREDIT ASSOCIATION

By its attorneys,

Daniel B. Winslow (BBO# 541972)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, Massachusetts 02210
Tel: 617-289-9200
Fax: 617-289-9201

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by hand on May 17th 2005.

*Daniel B. Winslow*

BOS\130939.1