## DECLARATION OF TERRI LORENE KING

5/17/05
C. Pfring

I, Terri Lorene King, being over twenty-one years of age and competent to testify to the following based upon my personal knowledge state as follows:

1. I am Executive Vice President, Marketing, of Logetics, Inc. ("Logetics").

2. Logetics did not receive from Riverdeep ("Riverdeep") a reproducible master copy of all the computer software products that Riverdeep promised it would provide.

3. Reproducible master copies of computer software often are referred to in the industry as gold masters.

4. Sometimes, among other things, a publisher merely will provide a retail copy of software from which authorized copies may be made, provide access to a FTP server from which computer software to be reproduced may be downloaded, or authorize the continued reproduction of computer software previously obtained from other publishers from whom reproduction rights have since been acquired or transferred rather than providing a unique gold master.

5. I have worked with the assistance of personnel at Logetics to collect the gold masters received by Logetics from Riverdeep and to package and ready them for shipment by insured carrier to a destination as directed by legal counsel for Logetics.

6. Attached to this declaration and made part it by reference is an exhibit listing the gold masters that have been collected in this manner as of the time of my execution of this declaration.

I declare pursuant to 28 U.S.C. § 1746 under penalty of perjury that the foregoing is true and correct this 16th day of May, 2005.

*Terri L. King* (signature)

| TITLE | SKU | CD ART REC'D | BOX ART REC'D | GM REC'D | GM Ready to Return |
|---|---|---|---|---|---|
| 3D Home Architect 5 SE | 382067 | | | yes | yes |
| 3D Landscape 5 | 382068 | | | yes | yes |
| AfricaTrail | PAF3744AE | yes | yes | yes | yes |
| Arthur Adventure with DW | 379273 | yes | yes | yes | yes |
| Arthur First Grade | 380903 | yes | yes | yes | yes |
| Arthur Kindergarten | 380902 | yes | yes | yes | yes |
| Arthur Math Games | 381029 | yes | yes | yes | yes |
| Arthur Reading Games | 381028 | yes | yes | yes, retail ver. | yes |
| Arthur Reading Race | 51291SD | yes | yes | yes, retail ver. | yes |
| Arthur Second Grade | 380904 | yes | yes | yes | yes |
| Arthur's Birthday | 378759 | yes | yes | yes | yes |
| Arthur's Camping Adventure | 380324 | yes | yes | yes | yes |
| Arthur's Computer Adventure | 379274 | yes | yes | yes | yes |
| Arthur's Thinking Games | 381027 | yes | yes | yes | yes |
| Arthurs Pet Chase/Pet Panic | 382420 | yes | yes | yes | yes |
| Arthurs Sand Castle Caper | 382422 | yes | yes | yes | yes |
| Arthurs Teacher Trouble | 378691 | yes | yes | yes | yes |
| Calendar Creator 10 Standard | 382382 | yes | yes | yes | yes |
| Calendar Creator 9 Standard | 385346 | yes | yes | yes | yes |
| Click Art 2 FONTS | 385341 | yes | yes | yes | yes |
| Click Art 50K | 382309 | yes | yes | yes | yes |
| Click Art Fonts 3 Deluxe | 382249 | yes | yes | yes | yes |
| Click Art Presentation Graphics | 385342 | yes | yes | yes | yes |
| Clickart Celebrations & Holidays II | 381107 | yes | yes | yes | yes |
| Clifford Musical Memory Games | 344342 | yes | yes | yes | yes |
| ClueFinders 6th Grade Adventures | 381576 | yes | yes | yes | yes |
| ClueFinders Incredible Toy Store Adventure | 381573 | yes | yes | yes | yes |
| Cluefinders Personalized Reading 9-12 | 378171 | yes | yes | yes | yes |
| Compton's Home Library Battles of the World | BTF3744AE | yes | yes | yes | yes |
| Daniel in the Lion's Den | | yes | yes | yes | yes |
| Family Lawyer 2004 | | yes | yes | yes | yes |
| Family Lawyer Wills & Estates | 385445 | yes | yes | yes | yes |
| French to Go | PFR3844AE | yes | yes | yes | yes |
| I SPY Fantasy | 356519 | yes | yes | yes | yes |
| I SPY Puppet Playhouse | | yes | yes | yes, retail ver. | No GM Retail only |
| I SPY Treasure Hunt | 334394 | yes | yes | yes | yes |
| Identity Theft Protector SE V1.01 | 282691 | yes | yes | yes | yes |
| Imagination Express Destination Oceans | 104-1085 | yes | yes | yes | yes |
| Imagination Express Destination Pyramids | 104-1606 | yes | yes | yes | yes |
| Imagination Express Destination Rainforest | 104-1608 | yes | yes | yes | yes |
| Imagination Express Destination Time Trip USA | 104-1634 | yes | yes | yes | yes |

| | | | | |
|---|---|---|---|---|
| Kasparov Chessmate | 382318 | yes | yes | yes |
| Kid Pix Deluxe 3 | 378180 | yes | yes | yes |
| Learn to Speak English 8.0 | LTSE3544DE | yes | yes, copy | yes |
| Learn to Speak English from Spanish (Hablemos Ingles) 7.0 | LTSH6544CE | yes | yes | yes |
| Learn to Speak French 8.0 | LSF3744DE | yes | yes | yes |
| Learn to Speak German 8.0 | LTSG3544DE | yes | yes | yes |
| Learn to Speak Spanish 8.0 | LTSS3544DE | yes | yes | yes |
| Living Books Harry and the Haunted House | FBL1077F | yes | yes | yes |
| Living Books Little Monster | FBL1056A | yes | yes | yes |
| Living Books Stellaluna | 50201 | yes | yes | yes |
| Living Books Tortoise and the Hare | 49106 | yes | yes | N/A - never replicated |
| Math Workshop Deluxe | 50122 | yes | yes | yes |
| Mavis Beacon Teaches Typing 12 Standard | 380858 | yes | yes | yes |
| Mavis Beacon Teaches Typing 15 Standard | 381500 | yes | yes | yes |
| MEDIASHOP OEM | 285384 | yes | yes | yes |
| Mind Power Math: High School | 381667 | yes | yes | yes |
| Mind Power Math: Middle School | 381668 | yes | yes | yes |
| Mind Power Science Grades 7-12 | 381803 | yes | yes | yes |
| Mind Twister Math | 104-0745 | yes | yes | yes |
| MOVIESHOP Select | 285323 | yes | yes | yes |
| Ocean Aquarium | 383209 | yes | yes | yes |
| Paddington The World Mystery Tour | 381917 | yes | yes | yes |
| Print Shop 20 Essentials | 382221 | yes | yes | yes |
| Print Shop Brochures, Newsletters & More | 385012 | yes | yes | yes |
| PrintMaster 15 Express | 785306 | yes | yes | yes |
| PrintMaster 15 Silver | 385499 | yes | yes | yes |
| PrintMaster Greeting Cards Deluxe (4 CD) | 385505 | yes | yes | yes |
| Reader Rabbit Preschool 2002   V1.12 | 381493 | yes | yes, retail ver. | yes |
| Reader Rabbit I Can Read with Phonics | 380267 | yes | yes | yes |
| Reader Rabbit Personalized 1st Grade | RRF3744BE | yes | yes | yes |
| Reader Rabbit Personalized 2nd Grade | RSG3744AE | yes | yes | yes |
| Reader Rabbit Personalized Preschool | RRP3744BE | yes | yes, retail ver. | yes |
| Resume Pro 3.0 | RES2844AE | yes | yes | yes |
| Road Adventures USA | TRA3744AE | yes | yes | yes |
| Schoolhouse Rock Thinking Games Deluxe | SRT3744BE | yes | yes | yes |
| Spanish to Go | 381327 | yes | yes | yes |
| Starflyers Alien Space Chase | 380853 | yes | yes, retail ver. | yes |
| Starflyers Royal Jewel Rescue V1 | 381547 | yes | yes | yes |
| Super Solver Spellbound | SBO3544AE | yes | yes | yes |
| Super Solvers Gizmos & Gadjets | GAG3544AE | yes | yes | yes |
| Super Solvers Midnight Rescue | MNR3544AE | yes | yes | yes |
| Super Solvers Mission Think | MEM3744AE | yes | yes, retail ver. | yes |

| | | | | |
|---|---|---|---|---|
| Super Solvers Operation Neptune | ONT3544AE | yes | yes | yes |
| Super Solvers Outnumbered | ONB3544AE | yes | yes | yes |
| The Art Lesson | HCD772 | yes | yes | yes |
| The Bible: A Multimedia Experience | HYB3344AE | yes | yes | yes |
| Theme Weavers: Animals | | yes | yes | yes |
| Treasure Mathstorm | TMS3544BE | yes | yes | yes |
| Where in Time is Carmen Sandiego | 44303 | yes | yes, retail ver. | yes |
| Will Writer 2004 V3 | 282675 | yes | yes | yes |
| Yukon Trail | HCD663 | yes | yes | yes |
| Zoombinis Island Odyssey | 381664 | yes | yes | yes |
| ZOOMBINIS MTN RESCUE V1.0 | 380860 | yes | yes | yes |