UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

5/17/05
Caffrey

| | ) |
|---|---|
| RIVERDEEP, INC., A LIMITED LIABILITY COMPANY | ) ) ) |
| Plaintiff, | ) ) ) Civil Action No. 05-10816 REK |
| vs. | ) ) |
| SOMC GROUP, INC., a California corporation; LOGETICS, Inc., a California corporation; SAN DIEGO CREDIT ASSOCIATION, a California corporation; READY, SET, GROW!, a California corporation; JELLY BEAN ISLANDS, a California corporation; and LEAP AHEAD, a California corporation, | ) ) ) ) AFFIDAVIT OF ) THOMAS D. HERMAN ) ) ) ) ) |
| Defendants. | ) ) |

1.  Attached hereto are true and correct copies of pages from the website of Logetics (www.logetics.com) as posted today, May 17, 2005. The pages include links to websites of Software of the Month Club ("SOMC"), Jelly Bean Islands, Leap Ahead, and Ready Set Grow.

SWORN AND SIGNED UNDER THE PAINS AND PENALITIES OF PERJURY THIS 17th DAY OF MAY 2005.

_Thomas D. Herman_
Thomas D. Herman





**More choices than ever!**
Select from brands you know and trust.

**Did you know?**
You can choose the programs you want to receive by calling customer service at 1-800-437-0110.

**Free technical support.**
If you ever have any difficulties operating our software, you can get help with our online service or via e-mail. Read more.



Invite a friend to join!

### New Releases
- Backyard Football
- Candy Land® Adventure
- I See SUE the T. rex
- Let's Explore the Airport™
- Muppet Babies: Toyland Train
- On-Track Spelling Puzzles 1
- Pencil-Pal Phonics
- Tonka™ Construction
- Tonka® Monster Trucks
- Milton Bradley Board Games

See all new releases

Contact Us • Privacy Policy
©2000 Logetics, Inc..



## Reading

- Software Library
  - Show All
  - Top Picks
  - Ages 4 to 6
  - Ages 6 to 9
  - Ages 9 to 12
  - Reading
  - Math
  - New Releases
  - Family Games

- My Account Info
- Member Benefits
- Help

Invite a friend to join!


**Putt-Putt Saves The Zoo**
Ages 3 to 8


**Flash Action™: Phonics Made Easy**
Ages 6 and up


**On-Track™ Beginning Sounds**
Ages 3 to 5


**Blue's Clues™: Blue's Reading Time Activities**
Ages 3 to 6


**Smart Steps 2nd Grade**
Ages 7 to 8




**Jay Jay™ Sky Heroes To The Rescue**
Ages 3 to 7


**I Love Phonics!**
Ages 4 to 7


**Smart Steps Kindergarten**
Ages 4 to 5


**Smart Steps 1st Grade**
Ages 5 to 7


**Chicka Chicka Boom Boom**
Ages 3 to 6


**Alphabet Express**
Ages 3 to 6


**Curious George Preschool Learning Games**
Ages 3 to 5


**Curious George Reads, Writes, & Spells For Grades 1 & 2**
Ages 5 to 8


**Curious George: Pre-K ABC's**
Ages 3 to 6


**MacMillan Dictionary For Children**
Ages 5 to 10



Tell a friend!

| Home | Technical Support | Customer Care |

## Our Publishing Partners

To offer members coordinated learning kits of the highest quality, *Ready, Set, Grow!*™ has established licensing relationships with many of the world's leading publishers. Here are some of our trusted publishing partners:

- Our Guarantee
- Club Benefits
- Our Publishing Partners & Awards
- FAQ's










## Awards and Reviews

All of the software programs featured in the *Ready, Set, Grow!* learning kits have earned ratings of 4 stars or higher (out of 5) from Children's Software Revue. Program reviews are based on various criteria including educational value, ease of use, childproof functionality, entertainment value, design features, and good value. The Children's Software Finder database features the world's biggest and most accurate collection of children's interactive media reviews.



The software programs featured in the Ready, Set, Grow! learning kits have received numerous awards, such as:

- Editor's Choice, Computer Times Magazine
- Best Software Programs of the Year, Child Magazine
- Eddie Awards, ComputED Learning Lab's 3rd Annual Education Software Review
- Best Pick Award, Choosing Children's Software Newsletter
- NAPPA Awards, National Parenting Publications Awards
- Editor's Choice (EDDY) Finalist, MacWorld
- Top 100 CDs, Mac Home Journal
- Selected as outstanding by Parent Council, Parent Council Ltd.
- Honors Award - Early Childhood, National Parenting Publications Awards
- 2nd Place Tie, Practical Homeschooling Software Reader Awards
- Software Magic Award, Parenting
- All Star Software Award, Children's Software Revue
- Highest Rating, Canadian Toy Testing Council
- Approved Winner, Parent's Choice Foundation
- 4.5 Stars - Award of Excellence, DiscoverySchool.com
- Best Pick Award, Choosing Children's Software
- Top Ten Reading & Writing Products for the Year, The Education Source
and more!

About Us | Contact Us | Privacy Policy | Legal Notices
© 2005 Logetics, Inc.

Tell a friend!

Home | Technical Support | Customer Care

# The coordinated Learning Program that Prepares Kids for School

Congratulations on setting your child on the path to learning success!

Your child will love learning with our fun, interactive learning kits! You'll love seeing your child develop skills, school readiness and self-confidence.

The rewards will last a lifetime.

- Our Guarantee
- Club Benefits
- Our Publishing Partners & Awards
- FAQ's



**Highest-Rated Software**
Give your child the learning advantage with top software!

**Skill-Building Activity Books**
Developed by experts, these workbooks are filled with fun hands-on activities.

**Parents Guide for Grown-Ups**
Helpful tips to get the most from each kit!

**Stickers and Learning Fun for Kids**
Kids love the peel-off stickers and activities!

All software programs are user-friendly and compatible with Windows® and Macintosh® systems (including Windows® XP).

Not a member yet? **Join now!**

About Us  |  Contact Us  |  Privacy Policy  |  Legal Notices
© 2005 Logetics, Inc.

Bad Request (Invalid Hostname)

## software of the month club

Quick Software Finder: [    ] GO! Advanced Search

**Home | Find Software | New Releases | Help**

**Member Services**
Select Future Software
Exchange Software
Technical Support

**Member Info**
Benefits
Special Offers
Featured Software
Satisfaction Guarantee
Publishing Partners

### Find Software

Use our convenient menus below to browse programs by category, by title, or alphabetically. Be sure to take a look at our regularly updated New Releases and Featured Software selections.

View my selections

**Search by category:** [ ▼ ]   **Search by title:** [Carmen]   [SEARCH ▶]

**Search by letter:**
# A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

**Search Results:**

Search criteria returned no products.

About Us | Contact Us | Privacy Policy | Legal Notices
© 2004 Logetics, Inc.

**software of the month club**

Quick Software Finder: [    ] GO! Advanced Search

Home | Find Software | New Releases | Help

**Member Services**
Select Future Software
Exchange Software
Technical Support

**Member Info**
Benefits
Special Offers
Featured Software
Satisfaction Guarantee
Publishing Partners

## Find Software

Use our convenient menus below to browse programs by category, by title, or alphabetically. Be sure to take a look at our regularly updated New Releases and Featured Software selections.

View my selections

Search by category: [ ▼ ]   Search by title: [Reader]   SEARCH ▶

Search by letter:

# A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

**Search Results:**

Rainbow Fish and the Amazing Lagoon
Rainbow Fish and the Whale
Rainbow Fish, the most beautiful fish in the ocean
Real Dominoes™
Recipe Analyzer 2
Robot Arena™
Rocket Power™ Extreme Arcade Games
RollerCoaster Tycoon®
RUGRATS™ in Paris: The Movie (CD-ROM)
RUGRATS™: All Growed-Up
RUGRATS™: Totally Angelica™ Boredom Buster™

About Us | Contact Us | Privacy Policy | Legal Notices
© 2004 Logetics, Inc.



Quick Software Finder: [GO!] Advanced Search

**software of the month club**  [Home] [Find Software] [New Releases] [Help]

### Member Services
Select Future Software
Exchange Software
Technical Support

### Member Info
Benefits
Special Offers
Featured Software
Satisfaction Guarantee
Publishing Partners

## The software club that lets you decide what's best for your family.



Software of the Month Club® offers a broad selection of family programs including software for children, cooking, home improvement, games, hobbies and much more.



### Select Your Future Software Shipment

Select the programs you want to receive up to six months in advance. Choose from hundreds of popular programs and new releases. Select Future Shipment.

➡ Take a look at our Featured Software programs for this month's top software picks.

## New Releases!

 Caillou® Party Fun and Games (Ages 2 to 6)

 Collector's Edition 25¹ (Ages )

Cyberchase™ Castleblanca Quest (Ages 8 to 11)

 Flash Action™: Phonics Made Easy (Ages 6 and up)

See all new releases

About Us | Contact Us | Privacy Policy | Legal Notices
© 2004 Logetics, inc.





Home

Consumer-Direct Marketing

Business-to-Consumer Marketing

Direct-to-Home Clubs

Cause-Related Marketing

Our Partners

Logetics has established licensing relationships with the world's leading publishers to bring families quality products they can trust.














About Us | Our Publishing Partners | Our Affiliate Program | Contact Us





Home

Consumer-Direct Marketing

Business-to-Consumer Marketing

Direct-to-Home Clubs

Cause-Related Marketing

Direct-to-Home Clubs

For more than 19 years, our clubs have been inspiring children and families to learn, grow and develop essential skills. We take pride in offering convenient, no-hassle memberships that provide families with the "best-of-the-best" software and entertainment products available.

Ready, Set, Grow!

Software of the Month Club

Jellybean Islands

Leap Ahead



About Us | Our Publishing Partners | Our Affiliate Program | Contact Us