**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Irwin B. Schwartz, N/P<br>PETRIE SCHWARTZ LLP<br>1775 Sherman Street Suite 2500<br>Denver, CO 80203<br>TELEPHONE NO.: (303) 226-7700<br>ATTORNEY FOR *(Name):* Plaintiff | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>Eastern District of Massachusetts<br>N/P, | |
|---|---|

| PLAINTIFF/PETITIONER: Riverdeep, Inc.,LLC | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: SOMC Group, Inc, et al | 0510816REK |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>476.007 |
|---|---|

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons;Complaint;Civil Case Cover Sheet;Category Form;Report on the Filing or Determination of an Acti Regarding a Copy Right

3. a. Party served: Jelly Bean Islands

   b. Person Served: Jason Vidaurri - Person authorized to accept service of process

4. Address where the party was served: 1945 Palomar Oaks Way Suite 200
   Carlsbad, CA  92009

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to
   receive service of process for the party (1) on *(date):* April 26, 2005      (2) at *(time):*  3:20 pm

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   Jelly Bean Islands

   under:      CCP 415.95 (Business Organization Form Unknown)

7. **Person who served papers**
   a. Name:       Quan Pham
   b. Address:    One Legal, Inc. - 132-Marin
                  504 Redwood Blvd, Suite 223
                  Novato, CA  94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 114.00
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 4549
         (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: May 9, 2005

Quan Pham

(NAME OF PERSON WHO SERVED PAPERS)                                                      (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. July 1, 2004]                            **PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6601162