POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> Irwin B. Schwartz, N/P <br> PETRIE SCHWARTZ LLP <br> 1775 Sherman Street Suite 2500 <br> Denver, CO 80203 <br> TELEPHONE NO.: (303) 226-7700 <br> ATTORNEY FOR *(Name)*: Plaintiff | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF <br> N/P <br> N/P, | |
| PLAINTIFF/PETITIONER: Riverdeep, Inc., LLC <br> DEFENDANT/RESPONDENT: SOMC Group | CASE NUMBER: <br> 05-10816 REK |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: <br> 476.007 |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of: Summons & Complaint; Civil Cover Sheet; Category Form; report on the Filing or Better minatiob of an Actic Regarding A Copy Right

3. a. Party served: Logetics, Inc

    b. Person Served: Jason Vidaurri - Person authorized to accept service of process

4. Address where the party was served: 1945 Palomar Oaks Way 200
    Carlsbad, Ca 92009

5. I served the party
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: April 26, 2005  (2) at *(time)*: 3:20 pm

6. The "Notice to the Person Served" (on the summons) was completed as follows:
    c. on behalf of:

    Logetics, Inc

    under:   CCP 416.10 (corporation)

7. **Person who served papers**
    a. Name: Quan Phan
    b. Address: One Legal, Inc. - 132-Marin
       504 Redwood Blvd, Suite 223
       Novato, CA 94947
    c. Telephone number: 415-491-0606
    d. The fee for service was: $ 24.00
    e. I am:
       (3) registered California process server.
           (i) Employee or independent contractor.
           (ii) Registration No.: 4154
           (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: May 9, 2005

Quan Phan
(NAME OF PERSON WHO SERVED PAPERS)                           (SIGNATURE)

| Form Adopted for Mandatory Use <br> Judicial Council of California POS-010 <br> [Rev. July 1, 2004] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 <br> FF# 6601167 |
|---|---|---|