POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Irwin B. Schwartz, N/P<br>PETRIE SCHWARTZ LLP<br>1775 Sherman Street Suite 2500<br>Denver, CO 80203<br>TELEPHONE NO.: (303) 226-7700<br>ATTORNEY FOR (Name): Plaintiff | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>N/P<br>N/P, | |

| PLAINTIFF/PETITIONER: Riverdeep, Inc., LLC | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: SOMC Group | 05-10816 REK |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>476.007 |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons & Complaint; Civil Cover Sheet; Category Form; report on the Filing or Better minatiob of an Actic Regarding A Copy Right

3. a. Party served: San Diego Credit Association

   b. Person Served: Greg Gawer-President - Person authorized to accept service of process

4. Address where the party was served:  2004 First Ave 300
   San Diego, Ca  92101

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): April 26, 2005    (2) at (time): 2:30 pm

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   San Diego Credit Association

   under:    CCP 415.95 (Business Organization Form Unknown)

7. **Person who served papers**
   a. Name:      Prthu Hiler
   b. Address:   One Legal, Inc. - 132-Marin
                 504 Redwood Blvd, Suite 223
                 Novato, CA  94947
   c. Telephone number: 415-491-0606
   d. The fee for service was:  $ 104.00
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.:959
         (iii) County: SAN DIEGO

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date:  May 9, 2005

Prthu Hiler
(NAME OF PERSON WHO SERVED PAPERS)                           
                                                              (SIGNATURE)

Form Adopted for Mandatory Use                                                    Code of Civil Procedure, § 417.10
Judicial Council of California POS-010
[Rev. July 1, 2004]           **PROOF OF SERVICE OF SUMMONS**                      FF# 6601169