POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> Irwin B. Schwartz, N/P <br> PETRIE SCHWARTZ LLP <br> 1775 Sherman Street Suite 2500 <br> Denver, CO 80203 <br> TELEPHONE NO.: (303) 226-7700 <br> ATTORNEY FOR (Name): Plaintiff | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF <br> N/P <br> N/P, | |

| PLAINTIFF/PETITIONER: Riverdeep, Inc., LLC | CASE NUMBER: <br> 05-10816 REK |
|---|---|
| DEFENDANT/RESPONDENT: SOMC Group | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: <br> 476.007 |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of: Summons & Complaint; Civil Cover Sheet; Category Form; report on the Filing or Better minatiob of an Actic Regarding A Copy Right

3. a. Party served: SOMC Group, Inc

   b. Person Served: Thomas Holland - Person authorized to accept service of process

4. Address where the party was served: 1945 Palomar Oaks Way 200
   Carlsbad, Ca 92008

5. I served the party
   b. **by substituted service.** On (date): May 2, 2005    at (time): 11:30 am   I left the documents listed in item 2 with or in the presence of: John Doe(C,M,6'3,200lbs, Blk Hr,40yrs
      (1) **(business)**   a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   SOMC Group, Inc

   under:    CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:       Prthu Hiler
   b. Address:    One Legal, Inc. - 132-Marin
                  504 Redwood Blvd, Suite 223
                  Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 180.00
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.:959
         (iii) County: SAN DIEGO

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: May 9, 2005

Prthu Hiler
(NAME OF PERSON WHO SERVED PAPERS)                                    (SIGNATURE)

Form Adopted for Mandatory Use <br>
Judicial Council of California POS-010 <br>
[Rev. July 1, 2004]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6601168