| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: <br> Irwin B. Schwartz, N/P <br> PETRIE SCHWARTZ LLP <br> 1775 Sherman Street Suite 2500 <br> Denver, CO 80203 <br> ATTORNEY FOR *(Name)*: Plaintiff | TELEPHONE NO. <br> (303) 226-7700 <br><br> Ref. No. or File No. <br> 476.007 | FOR COURT USE ONLY |
|---|---|---|

Insert name of court, judicial district or branch court, if any:

N/P
N/P,

PLAINTIFF:
Riverdeep, Inc., LLC

DEFENDANT:
SOMC Group

| **NON SERVICE REPORT** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: <br> 05-10816 REK |
|---|---|---|---|---|

I am and was on the dates herein mentioned a citizen of the United States, over 18 years of age and not a party to this action, and I received copies of the following:

Summons & Complaint; Civil Cover Sheet; Category Form; report on the Filing or Better minatiob of an Action Regarding A Copy Right

After due search, careful inquiry and diligent attempts at the following address(es), I have been unable to effect service of said process on:
SOMC Group, Inc
(1) BUSINESS: 1935 Camino Vida Roble, Carlsbad, Ca 92008

Process is being returned without service for the following reason(s):

April 26, 2005  03:32 PM   at address (1) above. Not found. doors locked, looks like its under construction.

---

Fee for Service: $ 180.00
Registered California process server.
County: SAN DIEGO
Registration No.: 959
Expiration: February 22, 2003
Prthu Hiler
One Legal, Inc. - 132-Marin
504 Redwood Blvd, Suite 223
Novato, CA  94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on May 9, 2005 at Los Angeles, California.

*Prthu Hiler*

FF# 6601168