| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): <br> Irwin B. Schwartz, N/P <br> PETRIE SCHWARTZ LLP <br> 1775 Sherman Street Suite 2500 <br> Denver, CO 80203 <br> ATTORNEY FOR (Name): Plaintiff | TELEPHONE NO.: <br> (303) 226-7700 <br><br> Ref. No. or File No. <br> 476.007 | FOR COURT USE ONLY |
|---|---|---|
| Insert name of court, judicial district or branch court, if any: <br> N/P <br> N/P, | | |
| PLAINTIFF: <br> Riverdeep, Inc., LLC | | |
| DEFENDANT: <br> SOMC Group | | |
| **PROOF OF SERVICE BY MAIL** | | CASE NUMBER: <br> 05-10816 REK |

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd, Suite 223, Novato, CA 94947.
On May 2, 2005, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

Summons & Complaint; Civil Cover Sheet; Category Form; report on the Filing or Better minatiob of an Action Regarding A Copy Right

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at San Diego, California, addressed as follows:

SOMC Group, Inc
Thomas Holland
1945 Palomar Oaks Way, 200
Carlsbad, Ca 92008

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

$ 180.00

Prthu Hiler
One Legal, Inc.
504 Redwood Blvd, Suite 223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on May 9, 2005 at Los Angeles, California.

*Prthu Hiler*

FF# 6601168