UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RIVERDEEP INC., A LIMITED LIABILITY COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>SOMC GROUP, INC., a California corporation; LOGETICS, INC., a California corporation; SAN DIEGO CREDIT ASSOCIATION, a California corporation; READY, SET, GROW!, a California corporation; JELLY BEAN ISLANDS, a California corporation; and LEAP AHEAD, a California corporation, THOMAS E. HOLLAND,<br><br>    Defendants. | Civil Action No. 05-10816 REK |

ASSENTED TO MOTION TO ADMIT ATTORNEY *PRO HAC VICE*
PURSUANT TO LOCAL RULE 83.5.3

In accordance with Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, Plaintiff Riverdeep, Inc., by the undersigned hereby moves with the assent of Defendants San Diego Wholesale Credit Association and Logetics, Inc. to admit Sarah Block Wallace to practice in this Court in the above-entitled action, and in support thereof states as follows:

1. Irwin B. Schwartz is duly admitted to this Court and has filed an appearance in this action.

2. In support of the Motion, attached hereto is the Certificate of Sarah Block Wallace, which comports with the requirements of Rule 83.5.3 in that:

  a. Ms. Wallace is a member in good standing in every jurisdiction in which she is admitted to practice;

    b.    There are no disciplinary proceedings pending against Ms. Wallace in any jurisdiction; and

    c.    Ms. Wallace has obtained copies of and is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

<u>CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)</u>

In accordance with Local Rule 7.1(A)(2), I, Irwin B. Schwartz, attorney for Plaintiff Riverdeep, Inc., hereby certify that I have attempted in good faith to resolve any dispute that may exist with respect to the foregoing Motion prior to its filing and its was assented to by all counsel of record.

Dated: May 25, 2005

Respectfully submitted,

_____
Irwin B. Schwartz BBO#548763
PETRIE SCHWARTZ LLP
500 Boylston Street, Suite 1860
Boston, Massachusetts 02116
(617) 421-1800

Counsel for Plaintiff
Riverdeep, Inc., LLC

<u>Certificate of Service</u>

    I, Irwin B. Schwartz, attorney for Plaintiff, Riverdeep, Inc., LLC, hereby certify that on this 25th day of May 2005, I served a copy of the foregoing document on Defendants' attorney by delivering the same, via United States mail, postage prepaid to Matthew Walko, Smith & Dugan LLP, Two Center Plaza, Suite 620, Boston, MA 02108-1906, Daniel B. Winslow, Esquire, Duane Morris, 470 Atlantic Avenue, Suite 500, Boston, MA 02210 and Mr. Thomas E. Holland, SOMC Group, Inc., 1945 Palomar Oaks Way, Suite 200, Carlsbad, CA 92009.

_____
Irwin B. Schwartz