UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RIVERDEEP INC., A LIMITED LIABILITY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>SOMC GROUP, INC., a California corporation; LOGETICS, INC., a California corporation; SAN DIEGO CREDIT ASSOCIATION, a California corporation; READY, SET, GROW!, a California corporation; JELLY BEAN ISLANDS, a California corporation; and LEAP AHEAD, a California corporation, THOMAS E. HOLLAND,<br><br>Defendants. | Civil Action No. 05-10816 REK |

CERTIFICATE OF SARAH BLOCK WALLACE IN SUPPORT OF
MOTION TO ADMIT ATTORNEY *PRO HAC VICE*
PURSUANT TO LOCAL RULE 83.5.3

I, Sarah Block Wallace, hereby certify as follows:

1. I submit this Certificate in support of the motion that I be admitted *pro hac vice* before this Court in the above-entitled matter.

2. I am a member of the Colorado bar in good standing and I am admitted to practice in all Colorado state courts, the U.S. District Court, District of Colorado, and the U.S. Court of Appeals 10th Circuit.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4.   I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

_Sarah B. Wallace_
Sarah Block Wallace

Dated this 24 day of May, 2005.

### Certificate of Service

I, Irwin B. Schwartz, attorney for Plaintiff, Riverdeep, Inc., LLC, hereby certify that on this 25th day of May 2005, I served a copy of the foregoing document on Defendants' attorney by delivering the same, via United States mail, postage prepaid, to James R. Ballard, Esquire, Schwartz Semerdjian Haile Ballard & Cauley LLP, 101 West Broadway, Suite 810, San Diego, CA 92101, Daniel B. Winslow, Esquire, Duane Morris, 470 Atlantic Avenue, Suite 500, Boston, MA 02210 and Mr. Thomas E. Holland, SOMC, 1945 Palomar Oaks Way, Suite 200, Carlsbad, CA 92009.

Irwin B. Schwartz