UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Riverdeep, Inc., LLC, | : |
|       Plaintiff | : |
| v. | : CIVIL ACTION NO. 05-10816-REK |
| SOMC Group, Inc.; Logetics, Inc.; San Diego Credit Association; Ready, Set, Grow; Jelly Bean Islands; Leap Ahead, and Thomas E. Holland | : |
|       Defendants | : |

## L.R. 7.3 CORPORATE DISCLOSURE STATEMENT OF LOGETICS, INC.

The defendant Logetics, Inc. is a privately held corporation. It has no parent corporations and no publicly held company owns any of its stock. Local Rule 7.3.

                                              Respectfully submitted,

                                              */s/ Matthew J. Walko*
                                              Matthew J. Walko
                                              BBO. No. 562172

                                              SMITH & DUGGAN LLP
                                              Two Center Plaza, Suite 620
                                              Boston, Massachusetts 02108-1906
                                              (617) 228-4400

Dated: May 25, 2005

CERTIFICATE OF SERVICE

The undersigned certifies service of the foregoing on May 25, 2005 in accordance with Federal Rule of Civil Procedure 5(b)(2) and United States District Court for the District of Massachusetts Electronic Case Filing Administrative Procedure § E(2) as to all parties, having appeared in this action through counsel admitted to practice before this Court, identified by the Clerk as receiving Notice of Electronic Filing, and as to the following by first class mail, postage prepaid:

Daniel B. Winslow, Esq.
Duane Morris LLP
470 Atlantic Avenue, Suite 500
Boston, Massachusetts 02210

                                                */s/ Matthew J. Walko*
                                                Matthew J. Walko
                                                BBO. No. 562172