UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Riverdeep, Inc., LLC,

    Plaintiff

v.

SOMC Group, Inc.; Logetics, Inc.;
San Diego Credit Association;
Ready, Set, Grow; Jelly Bean Islands; Leap
Ahead, and Thomas E. Holland

    Defendants

CIVIL ACTION NO. 05-10816-REK

### Local Rule 16.1(D)(3) Certification of Logetics, Inc.

Pursuant to Rule 16.1(D)(3) of the Local Rules of the United States District Court for the District of Massachusetts, the defendant Logetics, Inc. (Logetics) certifies and affirms that Logetics and Logetics' counsel have conferred (a) with a view to establishing a budget for the cost of conducting the full course— and various alternative courses— of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as mediation as outlined in Local Rule 16.4.

Logetics, Inc.
by

_____
Thomas E. Holland
President and Chief Executive Officer
Logetics, Inc.
1945 Palomar Oaks Way
Suite 200
Carlsbad, California 92009

Dated: MAY 25, 2005

Logetics, Inc.,
by its attorney

_____
Matthew J. Walko
BBO. No. 562172
SMITH & DUGGAN LLP
Two Center Plaza, Suite 620
Boston, Massachusetts 02108-1906
(617) 228-4400

Dated: May 25, 2005

## CERTIFICATE OF SERVICE

The undersigned certifies service of the foregoing on May 25, 2005 in accordance with Federal Rule of Civil Procedure 5(b)(2) and United States District Court for the District of Massachusetts Electronic Case Filing Administrative Procedure § E(2) as to all parties, having appeared in this action through counsel admitted to practice before this Court, identified by the Clerk as receiving Notice of Electronic Filing, and as to the following by first class mail, postage prepaid:

Daniel B. Winslow, Esq.
Duane Morris LLP
470 Atlantic Avenue, Suite 500
Boston, Massachusetts 02210

_/s/ Matthew J. Walko_
Matthew J. Walko
BBO. No. 562172