UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RIVERDEEP INC., A LIMITED LIABILITY
COMPANY,

               Plaintiff,

vs.

SOMC GROUP, INC., a California
corporation; LOGETICS, INC., a California
corporation; SAN DIEGO CREDIT
ASSOCIATION, a California corporation;
READY, SET, GROW!, a California
corporation; JELLY BEAN ISLANDS, a
California corporation; and LEAP AHEAD, a
California corporation, THOMAS E.
HOLLAND,

               Defendants.

Civil Action No. 05-10816 REK

## LOCAL RULE 16.1(D)(3) CERTIFICATION OF RIVERDEEP, INC.

Pursuant to Rule 16.1(D)(3) of the Local Rules of the United States District Court for the District of Massachusetts, the plaintiff Riverdeep, Inc. ("Riverdeep") certifies and affirms that Riverdeep and its counsel have conferred (a) with a view to establishing a budget for the cost of conducting the full course – and various alternative courses – of the litigation through the use of alternative dispute resolution programs such as mediation as outlined in Local Rule 16.4

Riverdeep, Inc.

_(signature)_

Kirsten Mellor
Vice President and General Counsel
100 Pine Street
San Francisco, California 94111

Dated: May 25, 2005

Counsel for Riverdeep, Inc.

**Irwin B. Schwartz**

Digitally signed by Irwin B. Schwartz
DN: CN = Irwin B. Schwartz, C = US  O
= Petrie Schwartz LLP, OU = Boston
Reason: I am approving this document
Date: 2005.05.25 19:37:59 -04'00'

Irwin B. Schwartz BBO#548763
PETRIE SCHWARTZ LLP
500 Boylston Street, Suite 1860
Boston, Massachusetts 02116
(617) 421-1800

Dated: May 25, 2005

## Certificate of Service

I, Irwin B. Schwartz, attorney for Plaintiff, Riverdeep, Inc., LLC, hereby certify that on this 25 day of May 2005, I served a copy of the foregoing document on Defendants' attorney by delivering the same, via United States mail, postage prepaid to Matthew Walko, Smith & Dugan LLP, Two Center Plaza, Suite 620, Boston, MA 02108-1906, Daniel B. Winslow, Esquire, Duane Morris, 470 Atlantic Avenue, Suite 500, Boston, MA 02210 and Mr. Thomas E. Holland, SOMC Group, Inc., 1945 Palomar Oaks Way, Suite 200, Carlsbad, CA 92009.

**Irwin B. Schwartz**

Digitally signed by Irwin B. Schwartz
DN: CN = Irwin B. Schwartz, C = US  O = Petrie
Schwartz LLP, OU = Boston
Reason: I attest to the accuracy and integrity of this document
Date: 2005.05.25 19:53:20 -04'00'

Irwin B. Schwartz