POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Irwin B. Schwartz, N/P<br>PETRIE SCHWARTZ LLP<br>1775 Sherman Street Suite 2500<br>Denver, CO 80203<br>TELEPHONE NO.: (303) 226-7700<br>ATTORNEY FOR (Name): Plaintiff | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>N/P<br>N/P, | |

| PLAINTIFF/PETITIONER: Riverdeep, Inc., LLC | CASE NUMBER:<br>05-10816REK |
|---|---|
| DEFENDANT/RESPONDENT: SOMC | |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>476.007 |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of: Summons; Amened Complaint; Plaintiffs Rule 7.1 Disclosure Statement

3. a. Party served: Logetics, Inc., a California Corporation

   b. Person Served: Thomas E. Holland - Person authorized to accept service of process

4. Address where the party was served: 1945 Palomar Oaks Way 200
   Carlsbad, Ca 92009

5. I served the party
   b. **by substituted service.** On (date): May 19, 2005     at (time): 11:55 am   I left the documents listed in item 2 with or in the presence of: Jason Vidaurri-person in charge
      (1) **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   Logetics, Inc., a California Corporation

      under:     CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:      Jazpher Flores
   b. Address:   One Legal, Inc. - 132-Marin
                 504 Redwood Blvd, Suite 223
                 Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 115.00
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 959
         (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: May 19, 2005

Jazpher Flores
(NAME OF PERSON WHO SERVED PAPERS)                                    (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. July 1, 2004]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6602189

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): Irwin B. Schwartz, N/P PETRIE SCHWARTZ LLP 1775 Sherman Street Suite 2500 Denver, CO 80203 | TELEPHONE NO.: (303) 226-7700 | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No. 476.007 | |
| Insert name of court, judicial district or branch court, if any: N/P N/P, | | |

| PLAINTIFF: Riverdeep, Inc., LLC |
|---|
| DEFENDANT: SOMC |

| PROOF OF SERVICE BY MAIL | | | | CASE NUMBER: 05-10816REK |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd, Suite 223, Novato, CA 94947.
On May 19, 2005, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

Summons; Amened Complaint; Plaintiffs Rule 7.1 Disclosure Statement

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Carlsbad, California, addressed as follows:

Logetics, Inc., a California Corporation
Thomas E. Holland
1945 Palomar Oaks Way, 200
Carlsbad, Ca 92009

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

$ 115.00

Jazpher Flores
One Legal, Inc.
504 Redwood Blvd, Suite 223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on May 19, 2005 at Los Angeles, California.

Jazpher Flores

FF# 6602189