UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RIVERDEEP INC., LLC,<br><br>          Plaintiff,<br><br>v.<br><br>SOMC GROUP, INC., a California corporation; LOGETICS, INC., a California corporation; SAN DIEGO WHOLESALE CREDIT ASSOCIATION, a California corporation; READY, SET, GROW!, a California corporation; JELLY BEAN ISLANDS, a California corporation; LEAP AHEAD, a California corporation, and THOMAS E. HOLLAND,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 05-10816 REK<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ASSENTED-TO MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING

Pursuant to Federal Rule of Civil Procedure 6(b), the defendant, San Diego Wholesale Credit Association ("SDWCA"), without submitting to the jurisdiction of this Court, moves to extend the time to file a responsive pleading to and including June 3, 2005, on the following grounds:

1. Defendant is in the process of investigating the facts that give rise to the allegations of the Plaintiff's Complaint.

2. Counsel for Plaintiff, Irwin B. Schwartz, has no objection to the granting of this Motion.

BOS\131637.1

ASSENTED TO:
RIVERDEEP, INC.

By its attorneys,

_____
Irwin B. Schwartz (BBO# 548763)
PETRIE SCHWARTZ LLP
500 Boylston Street, Suite 1860
Boston, Massachusetts 02116
Tel: 617-421-1800 x32
Fax: 617-421-1810

SAN DIEGO WHOLESALE CREDIT
ASSOCIATION

By its attorneys,

_____
Daniel B. Winslow (BBO# 541972)
Christopher S. Kroon (BBO# 660286)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, Massachusetts 02210
Tel: 617-289-9200
Fax: 617-289-9201

BOS\131637.1

## CERTIFICATE OF SERVICE

I, Christopher S. Kroon, hereby certify that on May 26, 2005, I made service of the foregoing document by causing a copy thereof to be delivered, via First Class Mail, to the office of the following:

>Irwin B. Schwartz, Esq.
>Petrie Schwartz LLP
>500 Boylston Street, Suite 1860
>Boston, MA  02116
>
>Matthew J. Walko, Esquire
>Smith and Duggan LLP
>Two Center Plaza
>Boston, MA 02108

*/s/ Christopher S. Kroon*
Christopher S. Kroon