UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

|  |  |
|---|---|
| RIVERDEEP INC., A LIMITED LIABILITY COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) Civil Action No. 05-10816 REK |
| vs. | ) ) |
| SOMC GROUP, INC., a California corporation; LOGETICS, INC., a California corporation; SAN DIEGO CREDIT ASSOCIATION, a California corporation; READY, SET, GROW!, a California corporation; JELLY BEAN ISLANDS, a California corporation; and LEAP AHEAD, a California corporation, THOMAS E. HOLLAND, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

_____

## JOINT MOTION TO AMEND THE CAPTION

    Plaintiff Riverdeep, Inc. ("Riverdeep") and San Diego Wholesale Credit Association move to amend the caption in this matter on the following grounds:

    1.    Riverdeep named San Diego Credit Association ("SDCA") as a defendant in this matter.

    2.    Riverdeep believed that SDCA's proper name was San Diego Credit Association because that is the name of the assignee in the SOMC Group, Inc.'s ("SOMC") assignment for the benefit of creditors dated February 24, 2004.

    3.    SDCA has informed Riverdeep that SDCA's proper name is San Diego Wholesale Credit Association.

    4.    For that reason, Riverdeep and SDCA respectfully request that this Court change the caption as it relates to SDCA from "SAN DIEGO CREDIT ASSOCIATION, a California corporation" to "SAN DIEGO WHOLESALE CREDIT ASSOCIATION d/b/a SAN DIEGO CREDIT ASSOCIATION, a California corporation."

5.  Counsel for Logetics, Inc., Matthew Walko, advises Riverdeep and SDCA that Logetics, Inc. does not oppose this motion.

Dated:  June 3, 2005                           Respectfully submitted,


/s/ *Irwin B. Schwartz*
_____
Irwin B. Schwartz BBO#548763
PETRIE SCHWARTZ LLP
500 Boylston Street, Suite 1860
Boston, Massachusetts 02116
(617) 421-1800

*Attorney for Riverdeep, Inc.*


/s/ *Daniel B. Winslow*
_____
Daniel B. Winslow BBO#541972
DUANE MORRIS LLP
470 Atlantic Avenue, Ste. 500
Boston Massachusetts, 02210
(617) 289-9200

*Attorney for San Diego Wholesale Credit Association*


Certificate of Service

I, Irwin B. Schwartz, attorney for Plaintiff, Riverdeep, Inc., LLC, hereby certify that on this 3rd day of June 2005, I served a copy of the foregoing document on Defendants' attorney by delivering the same, via United States mail, postage prepaid, to Matthew Walko, Smith & Dugan LLP, Two Center Plaza, Suite 620, Boston, Massachusetts 02108-1906, Daniel B. Winslow, Esquire, Duane Morris, 470 Atlantic Avenue, Suite 500, Boston, MA 02210 and Mr. Thomas E. Holland, SOMC, 1945 Palomar Oaks Way, Suite 200, Carlsbad, CA 92009.


/s/ *Irwin B. Schwartz*
_____
Irwin B. Schwartz