UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
RIVERDEEP INC., LLC,                )
                                    )
        Plaintiff,                  )
                                    )
vs.                                 )   Civil Action No. 05-10816 REK
                                    )
SOMC GROUP, INC., a California      )
corporation; LOGETICS, INC., a California )
corporation; SAN DIEGO WHOLSEALE    )
CREDIT ASSOCIATION d/b/a SAN DIEGO  )
CREDIT ASSOCIATION, a California    )
corporation; READY, SET, GROW!, a   )
California corporation; JELLY BEAN  )
ISLANDS, a California corporation; and )
LEAP AHEAD, a California corporation, )
                                    )
        Defendants.                 )
_____

**[PROPOSED] ORDER ON JOINT MOTION TO AMEND CAPTION**

This matter is before the Court on the motion of Plaintiff Riverdeep and Defendant San Diego Wholesale Credit Association to amend the caption.

The Court has reviewed the motion and the file in this case and hereby

ORDERS that the motion is GRANTED.  Going forward, the caption shall no longer read "SAN DIEGO CREDIT ASSOCIATION, a California corporation" but instead shall read "SAN DIEGO WHOLESALE CREDIT ASSOCIATION d/b/a SAN DIEGO CREDIT ASSOCIATION, a California corporation."


Dated:  Jun ___, 2005                    SO ORDERED,


                                         _____
                                                              , J.