UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS




## CM/ECF Training for Attorneys and Staff

The Court is now offering training to attorneys on our new Case Management/Electronic Case Files (CM/ECF) system. This is the new automated case management and electronic docketing system of the U.S. District Court in Massachusetts. CM/ECF provides a new, easy-to-use electronic case filing feature that will allow attorneys to file and view court documents over the Internet. It will also provide notice of electronic filing of documents by e-mail for registered attorneys.

The Clerk's Office is providing several options for training on electronic filing, including demonstrations of the system, hands-on training sessions, computer based training modules on our web site, and train the trainer sessions. The various hands-on training classes will be open to attorneys and their staff and will be held in Boston at the Williams Building, 408 Atlantic Avenue and in the Springfield and Worcester courthouses.

### Hands-On Training

At our offices...

    For attorneys and staff

Training sessions are offered on Tuesdays and Thursdays in Boston. Training in the divisional office in Springfield will be held on the 2nd and 4th Wednesdays of each month and in Worcester on the 1st and 3rd Wednesdays. Training can be arranged at other times on special request. A training session lasts approximately 2 hours and provides attorneys and their staff the knowledge necessary to file pleadings which have been converted to Portable Document Format (pdf), and retrieve electronically filed documents. You must register in advance for hands on training at the courthouses since class size is limited.

    For designated trainers

We will also schedule Train the Trainer sessions for people from law firms and organizations who will be responsible for training their own staff on the use of CM/ECF.

Schedule

Check the court's web site at www.mad.uscourts.gov under E-filing - CM/ECF for the schedule of classes and availability.

### Or we'll come to your office...

If you have a group of 10 or more to train, and the appropriate facilities, the clerk's office will send CM/ECF trainers to your office to conduct the training.

TO SIGN UP FOR TRAINING:

HANDS ON TRAINING AT THE COURTHOUSE:
Contact Ginny Hurley by phone at 617-748-9166 or by e-mail - ginny_hurley@mad.uscourts.gov for classes in Boston which will be held at the Williams Building at 408 Atlantic Avenue on the 2nd Floor, Room 248

Contact Deborah Shattuck by phone at 508-929-9907 or by e-mail - deborah_shattuck@mad.uscourts.gov for classes in Worcester which will be held at the courthouse at 595 Main Street, basement level.

Contact John Stuckenbruck by phone at 413-785-0216 or by e-mail - john_stuckenbruck@mad.uscourts.gov for classes in Springfield which will be held at the courthouse at 1550 Main Street, 5th Floor.

ON-SITE TRAINING AT YOUR OFFICE:

Contact Ginny Hurley by phone at 617-748-9166 or by e-mail ginny_hurley@mad.uscourts.gov.

### On-Line Tutorial

If you would like to try out CM/ECF through the on-line tutorial program go to our web site at www.mad.uscourts.gov under E-filing - CM/ECF or go to the PACER Service Center home page at www.pacer.psc.uscourts.gov for access to CM/ECF information.

User Manual

Our user manual is available to download in pdf format from our web site.

4/8/04