UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RIVERDEEP INC., LLC,<br><br>Plaintiff,<br><br>v.<br><br>SOMC GROUP, INC., a California corporation; LOGETICS, INC., a California corporation; SAN DIEGO WHOLESALE CREDIT ASSOCIATION, a California corporation; READY, SET, GROW!, a California corporation; JELLY BEAN ISLANDS, a California corporation; LEAP AHEAD, a California corporation, and THOMAS E. HOLLAND,<br><br>Defendants. | CIVIL ACTION NO. 05-10816 REK |

### DEFENDANT SAN DIEGO WHOLESALE CREDIT ASSOCIATION'S MOTION TO DISMISS AMENDED COMPLAINT

The defendant, San Diego Wholesale Credit Association ("SDCA")[1], specially appearing and without submitting to the jurisdiction of the Court, moves to dismiss the Amended Complaint on the grounds that: (1) this Court does not have personal jurisdiction over SDCA pursuant to Fed. R. Civ. P. 12(b)(2); (2) venue is improper in this Court pursuant to Fed. R. Civ. P. 12(b)(3); and (3) Riverdeep Inc., LLC ("Riverdeep") fails to state a claim upon which relief may be granted against SDCA pursuant to Fed. R. Civ. P. 12(b)(6), as further described in the accompanying Memorandum of Law.

---

[1] SDCA is misnamed in the complaint and anticipates this error will be corrected by agreement of the parties or upon motion.

WHEREFORE, SDCA respectfully requests that this Court:

A.   Dismiss the Amended Complaint for lack of personal jurisdiction, improper venue, or failure to state a claim upon which relief can be granted, or

B.   Alternatively, if the motion is denied, transfer this action to the United States District Court for the Southern District of California, and

C.   Grant any further relief as the Court deems appropriate, including the award of attorney's fees and costs.

<u>ORAL ARGUMENT REQUESTED</u>

SDCA respectfully requests oral argument on this motion.

SAN DIEGO WHOLESALE CREDIT ASSOCIATION

By its attorneys,

Daniel B. Winslow (BBO # 541972)
Christopher S. Kroon (BBO# 66086)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, Massachusetts 02210
Phone (617) 289-9200
Fax (617) 289-9201

## CERTIFICATE OF SERVICE

I, Christopher S. Kroon, hereby certify that on June 3, 2005, I made service of the foregoing document by causing a copy thereof to be delivered, by hand, to the office of:

> Irwin B. Schwartz, Esquire
> Petrie Schwartz LLP
> 500 Boylston Street
> Suite 1860
> Boston, MA 02116
>
> Matthew J. Walko, Esquire
> Thomas D. Herman, Esquire
> Smith and Duggan LLP
> Two Center Plaza
> Boston, MA 02108

and by mail, postage prepaid to the office of:

> Thomas Holland
> President
> Software of the Month Club
> 1935 Camino Vida Roble
> Carlsbad, California 92008

　　　　　　　　　　　　　　　　　　　　／s／ Christopher S. Kroon
　　　　　　　　　　　　　　　　　　　　Christopher S. Kroon