UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RIVERDEEP INC., LLC,<br><br>Plaintiff,<br><br>v.<br><br>SOMC GROUP, INC., a California corporation; LOGETICS, INC., a California corporation; SAN DIEGO WHOLESALE CREDIT ASSOCIATION, a California corporation; READY, SET, GROW!, a California corporation; JELLY BEAN ISLANDS, a California corporation; LEAP AHEAD, a California corporation, and Thomas Holland,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 05-10816 REK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT SAN DIEGO WHOLESALE CREDIT ASSOCIATION'S
MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF**

The defendant, San Diego Wholesale Credit Association ("SDCA")[1], specially appearing and without submitting to the jurisdiction of the Court, moves the Court for leave to file an overlength Memorandum in Support of Defendant San Diego Wholesale Credit Association's Motion to Dismiss Amended Complaint (hereafter "Memorandum of Law"), on the following grounds:

1.  SDCA is cognizant that Local Rule 7.1 places a twenty (20) page limit on "memoranda supporting... allowance of motions" except by leave of Court. Due to the multiple

---

[1] SDCA is misnamed in the complaint and anticipates this error will be corrected by agreement of the parties or upon motion.

counts contained in the Amended Complaint, as well as the threshold issues of personal jurisdiction and venue, it is necessary for SDCA to submit a 34 page Memorandum of Law in order to respond to the Amended Complaint and present relevant authority for the Court's consideration.

2.   This motion, if allowed on any of the grounds offered by SDCA, will be dispositive of SDCA's participation in this action and the overlength Memorandum of Law will enable the Court fairly to consider the dispositive grounds presented.

WHEREFORE, SDCA respectfully moves for leave to file an overlength Memorandum of Law.

Respectfully submitted,

SAN DIEGO CREDIT ASSOCIATION

By its attorneys,

Daniel B. Winslow (BBO# 541972)
Christopher S. Kroon (BBO# 660286)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02110
(617) 289-9200

BOS\132009.1

## CERTIFICATE OF SERVICE

I, Christopher S. Kroon, hereby certify that on June 3, 2005, I made service of the foregoing document by causing a copy thereof to be delivered, by hand, to the office of:

> Irwin B. Schwartz, Esquire
> Petrie Schwartz LLP
> 500 Boylston Street
> Suite 1860
> Boston, MA 02116
>
> Matthew J. Walko, Esquire
> Thomas D. Herman, Esquire
> Smith and Duggan LLP
> Two Center Plaza
> Boston, MA 02108

and by mail, postage prepaid to the office of:

> Thomas Holland
> President
> Software of the Month Club
> 1935 Camino Vida Roble
> Carlsbad, California 92008

*/s/ Christopher S. Kroon*
Christopher S. Kroon