UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Riverdeep, Inc., LLC,<br><br>        Plaintiff<br><br>        v.<br><br>SOMC Group, Inc.; Logetics, Inc.;<br>San Diego Wholesale Credit Association;<br>Ready, Set, Grow!; Jelly Bean Islands; Leap<br>Ahead, and Thomas E. Holland,<br><br>        Defendants | CIVIL ACTION NO. 05-10816-REK<br><br>**Oral Argument Requested** |

## MOTION OF LOGETICS, INC. TO DISMISS OR TRANSFER

The defendant Logetics, Inc. ("Logetics") moves the Court to dismiss the Amended Complaint for the failure of the plaintiff Riverdeep, Inc., LLC ("Riverdeep") to establish this Court's jurisdiction over the person of Logetics, Fed. R. Civ. P. 12(b)(2); Mass. Gen. Laws ch. 223A, § 3; U.S. Const. Amendment XIV; to dismiss Counts One, Four and Seven of the Amended Complaint for improper venue and to decline to exercise supplemental jurisdiction over the remaining counts against Logetics, Fed. R. Civ. P. 12(b)(3); 28 U.S.C. § 1391(b); 28 U.S.C. § 1367(c); to dismiss Count Four of the Amended Complaint for failure to plead fraud with particularity and for failure to state a claim against Logetics upon which relief can be granted, Fed. R. Civ. P. 9(b) and 12(b)(6); to dismiss Count Seven of the Amended Complaint for failure to plead fraud with particularity and for failure to state a claim against Logetics upon which relief can be granted, Fed. R. Civ. P. 9(b) and 12(b)(6); and/or, in the interests of justice and for the convenience of the parties and witnesses, to transfer this action to the more

convenient forum of the United States District Court for the Southern District of California, Fed. R. Civ. P. 1; 28 U.S.C. § 1406(a), § 1404(a).

      The contract documents upon which Riverdeep relies to assert this Court's jurisdiction over Logetics are not what they seem.  Those documents are neither complete nor do they represent the final, unmodified understanding of the parties.  Each follows and builds upon a course of dealing as to the meaning of their terms and each has been modified or superseded by written and oral agreements and actions supported by detrimental reliance that render jurisdiction in this Court based upon them improper.  Riverdeep lost any right to enforce clauses in these documents because time and again it failed deliver software titles, artwork, and program approvals that it had promised and lost license rights to other prominent software titles on which the calculation of license fees had been predicated.  Venue for alleged claims of copyright infringement, fraudulent inducement and deceit committed by a California corporation, in California and harming a business located at the time of harm in California may not be laid in a jurisdiction over 3,000 miles distant, whether these claims are considered on their own footing or as part of some breach of contract controversy.  Generalized fraud claims leveled against Logetics suffer from pleading and substantive defects and a more convenient forum should be looked to in which to resolve the parties' dispute.  Whether viewed as a matter of jurisdictional prerequisite, fundamental fairness, or witness convenience, this action belongs in the Southern District of California.  In support of its motion, Logetics relies on its accompanying memorandum and affidavits of Thomas E. Holland and Terri L. King submitted with this motion.  Local Rule 7.1(B)(1); Fed. R. Civ. P. 43(e).

## ORAL ARGUMENT REQUESTED

Believing that oral argument and a consideration of evidence on affidavits would assist the Court in the resolution of Logetics' motion, a hearing is requested. Fed. R. Civ. P. 43(e); Local Rule 7.1(D); Standing Order Regulating Nonjury Hearing of Senior United States District Court Judge Robert E. Keeton, § II(1).

## LOCAL RULE 7.1(A)(2) CERTIFICATION

The undersigned certifies that he has conferred with counsel for the plaintiff in a good faith attempt to resolve or narrow the issues presented in Logetics' motion, but that the parties have not been able to reach an agreement. Local Rule 7.1(A)(2).

Respectfully submitted,

*/s/ Matthew J. Walko*

Matthew J. Walko
BBO. No. 562172

SMITH & DUGGAN LLP
Two Center Plaza, Suite 620
Boston, Massachusetts 02108-1906
(617) 228-4400

Dated: June 16, 2005

CERTIFICATE OF SERVICE

The undersigned certifies service of the foregoing on June 16, 2005 in accordance with Federal Rule of Civil Procedure 5(b)(2) and United States District Court for the District of Massachusetts Electronic Case Filing Administrative Procedure § E(2) as to all parties, having appeared in this action through counsel admitted to practice before this Court, identified by the Clerk as receiving Notice of Electronic Filing, and as to the following by first class mail, postage prepaid on June 17, 2005:

Evan Slavitt, Esq.
Bodoff & Slavitt LLP
225 Friend Street
Boston, MA 02114-1812

*Counsel for Defendant Thomas E. Holland*

                                      */s/ Matthew J. Walko*
                                      Matthew J. Walko
                                      BBO. No. 562172