## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Riverdeep, Inc., A Limited Liability Company, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 05-10816-REK |
| | : | |
| SOMC Group, Inc.; Logetics, Inc.; | : | |
| San Diego Wholesale Credit Association; | : | |
| Ready, Set, Grow!; Jelly Bean Islands; Leap | : | |
| Ahead, and Thomas E. Holland, | : | |
| | : | |
| Defendants | : | |

## DECLARATION OF TERRI LORENE KING

I, Terri Lorene King, being over twenty-one years of age and competent to testify to the following based upon my personal knowledge state as follows:

1. I am Executive Vice President, Marketing, of Logetics, Inc. ("Logetics").

2. I submit this affidavit in support of the Motion of Logetics, Inc., To Dismiss Or Transfer. This affidavit is not intended to be a statement of all facts of which I know that may be relevant to the parties' claims or defenses, but to explain truthfully for the Court significant facts that should assist it in considering Logetics' motion.

3. On or about August 25, 2003, I became aware for the first time of a document that has been referred to as Riverdeep Schedule A-1 to Amendment No. 1 to the OEM License Agreement among Riverdeep, SOMC and Logetics dated on or about March 28, 2002 (the "SOMC License"). Schedule A-1 was to list the computer software titles that Riverdeep promised to deliver in Amendment No. 1. A true and correct copy of the draft version of Schedule A-1 that I became aware of is attached hereto as Ex. 1.

4.  I have reviewed this purported Schedule A-1 document and Riverdeep failed to deliver a
    reproducible master copy of many computer software titles listed on it, including but not
    limited to:  American Greetings CreataCard Expressions 7, American Greetings
    CreataCard 7 Select, American Greetings Crafts 7, Family Lawyer Essentials 2003,
    Grolier Multi Media Encyclopedia 2003, Caillou Party Fun & Games, Caillou Four
    Seasons of Fun, Jay Earns His Wings, Jay Sky Heroes To The Rescue, and Adventures of
    Stuart Little.

5.  Riverdeep additionally failed to deliver a reproducible master copy of all the computer
    software titles that Riverdeep promised it would provide to Logetics in a certain OEM
    License Agreement between Logetics and Riverdeep dated on or about March 28, 2004
    (the "Logetics License").

6.  For some of the computer software titles promised under the Logetics License, Riverdeep
    failed to provide Logetics with reproducible master copies, thus precluding Logetics from
    being able to sell these titles.  For other titles, Riverdeep failed to provide so-called box-
    art and/or insert art.  Together these are known as the assets.

7.  Failure to provide complete computer software assets in connection with promised titles,
    whether the reproducible master copy or the complete artwork, prevented Logetics from
    being able to sell the titles that were promised.

8.  As late as February 18, 2005, John Bartlett, Riverdeep's Vice President of OEM Sales,
    acted as though the Logetics License was still in effect by notifying me by email that five
    important Dr. Seuss computer software titles and two Scooby Doo titles finally had been
    added to the Logetics Agreement.  A true and correct copy of these emails is attached at
    Ex. 2.

I declare pursuant to 28 U.S.C. § 1746 under penalty of perjury that the foregoing is true and correct this sixteenth day of June, 2005.

Terri Lorenc King

Riverdeep, Inc. v. SOMC Group, Inc., et al.
U.S. District Court, D. Mass., Civil Action No. 05-10816-REK

# King Affidavit
# Exhibit 1

*This is a draft only and an agreement shall not be formed until this document is signed by both parties.*

**AMENDMENT NO. 1 TO**
**OEM LICENSE AGREEMENT**

This Amendment No. 1 (this "**Amendment**") shall serve to amend as of December 30, 2002, that certain OEM License Agreement dated March 28, 2002 by and between Broderbund LLC ("**Broderbund**"), and SOMC Group, INC ("**OEM**"), (the "**Agreement**").

The parties hereby agree as follows:

1.      The program(s) listed on Schedule A-1 attached hereto are hereby added to Sections 1 (a) and 1 (b) Schedule A of the Agreement and shall be subject to all of the terms and conditions set forth in the Agreement and each such program shall be deemed to be a "**Product**" for the purposes of the Agreement.

2.      Guaranteed License Fee.  Notwithstanding any other provisions in the Agreement, OEM shall pay to Broderbund the following additional, non-refundable, irrevocable, non-transferable license fees, totaling **U.S. $800,0000 dollars** (collectively, the "**Guaranteed License Fees**", and, individually, each a "**Guaranteed License Fee**"). Any payments made shall be applied against the guarantee license fee.  Payments will be made by April 30, July 15, October 15 and December 30.  Such amounts will be not be less than $200,000 and in no event will the cumulative amount paid by December 30, 2003 be less than the total Guaranteed License Fees under this Agreement.

3.      Per Unit License Fees.  Distributor shall pay the Per Unit License Fees for the Products sold, but no event less than the Guaranteed License Fees described above, under this Amendment as described.

4.      Assignment.  By way of this Amendment, Broderbund LLC hereby assigns to Riverdeep, Inc., all of its rights and obligations under the Agreement, and SOMC Group, Inc. consents to and Riverdeep, Inc. hereby accepts such an assignment.

5.      This Amendment constitutes the entire agreement of the parties and supersedes any and all prior and contemporaneous oral and/or written agreements concerning the subject matter hereof.  Except as specifically modified herein, all terms and provisions of the Agreement remain in full force and effect.  This Amendment shall be governed as a sealed instrument under California law.  Capitalized terms used in this Amendment and not defined herein shall have the same meaning as set forth in the Agreement.

IN WITNESS WHEREOF the parties hereto have caused this Agreement to be signed under seal as of the date first set forth above.

BRODERBUND LLC                              SOMC GROUP, INC.

By:_____                 By:_____
        Name:                                       Name:
        Title:                                      Title:

RIVERDEEP, INC.                             LOGETICS, INC.

By:_____                 By:_____
        Name:                                       Name:

1

Riverdeep Business Person:
Account Code:
C:\Documents and Settings\Thomas D. Herman\Local Settings\Temporary Internet Files\OLK21\Riverdeep-SOMC 2002 Agreement AMN 1 final.DOC

*This is a draft only and an agreement shall not be formed until this document is signed by both parties.*

Title:                                                    Title:

## Schedule A-1

| Title | SKU | Per Unit License Fee |
|---|---|---|
| AG CreataCard Spiritual Expressions 7 | 385376 | $ 1.00 |
| AG Crafts! 7 | 385375 | $ 1.00 |
| AG Scrapbooks & More! 7 | 385377 | $ 1.00 |
| Click Art 400K | 385489 | $ 0.85 |
| Business Lawyer Essentials 2003 | 285453 | $ 0.85 |
| Family Lawyer Essentials 2003 | 285454 | $ 0.85 |
| Movie Shop 6.5 Select | 285535 | $ 1.00 |
| The Print Shop Home Office Labels Select | 285528 | $ 0.85 |
| ATOMIC CLOCK 6 VAL | 385480 | $ 0.50 |
| PC COPY CENTER 2 VAL | 385481 | $ 0.50 |
| SCREEN SHOT 4 DLX VAL | 385482 | $ 0.50 |
| Pop & Slurp (Hexacto) | 381923 | $ 0.50 |
| Emperor's Mahjong | 381922 | $ 0.50 |
| Lemonade Tycoon | 381921 | $ 0.50 |
| Paddington - The World Mystery Tour | 381917 | $ 0.50 |
| Intellivision Greatest Hits Box | 381919 | $ 0.50 |
| 101 XP Games | 381842 | $ 0.50 |
| AG CreataCard 6 Select | 285289 | $ 0.85 |
| AG CAC 7 Select | 285293 | $ 1.00 |
| AG CreataCard Spirtual Expression 6 | 380940 | $ 0.85 |
| Calendar Creator 9.0 Select | 285371 | $ 0.85 |
| Click Art 2 FONTS | 385341 | $ 0.85 |
| ClickArt 250,000 | 381106 | $ 0.85 |
| Click Art Celebrations & Holidays 2 | 381107 | $ 0.85 |
| Click Art Presentation Graphics | 385342 | $ 0.85 |
| PrintMaster SELECT 12 | 285008 | $ 0.85 |
| The Print Shop 15 Select | 285179 | $ 1.00 |
| The Print Shop Business Card Creator | 385013 | $ 1.00 |

Riverdeep Business Person:
Account Code:
C:\Documents and Settings\Thomas D. Herman\Local Settings\Temporary Internet Files\OLK21\Riverdeep-SOMC 2002 Agreement AMN 1 final.DOC

*This is a draft only and an agreement shall not be formed until this document is signed by both parties.*

| | | | |
|---|---|---|---|
| The Print Shop Brochures, Newsletters & More | 385012 | $ | 1.00 |
| The Print Shop Letterhead, Envelopes & More | 385011 | $ | 1.00 |
| 3D Home Architect Deluxe 5.0 | 381541 | $ | 1.00 |
| 3D Home Interiors V2.0 | 381158-CD | $ | 1.00 |
| 3D Home Landscape Designer SE | 285433 | $ | 1.00 |
| Broderbund 3D World Atlas | 282064 | $ | 0.85 |
| GROLIER MMEDIA ENCYC MM 2003 | 946545 | $ | 1.00 |
| MAVIS 15 STD | 381500 | $ | 1.00 |
| Bob Villa's Home Design | BVH3844AE | $ | 0.50 |
| MEDIASHOP OEM | 285384 | $ | 0.75 |
| SUPER DUPER MUSIC LOOPER | 300214 | $ | 1.00 |
| Broderbund Email Watchdog | 381483 | $ | 0.85 |
| Caillou Party Fun & Games | 381342 | $ | 0.85 |
| Caillou's Magic Playhouse | 381343 | $ | 0.85 |
| Caillou Four Seasons of Fun | 381722 | $ | 0.85 |
| ClueFinders 4th Grade Adventures - *Puzzle of the Pyramid* | 381578 | $ | 0.85 |
| ClueFinders 5th Grade Adventures - *Secret of the Living Volcano* | 381577 | $ | 0.85 |
| ClueFinders 6th Grade Adventures - *Empire of the Plant People* | 381576 | $ | 0.85 |
| ClueFinders Math Adventures - *Mystery of the Himalayas* | 381575 | $ | 0.85 |
| ClueFinders: The Incredible Toy Store Adventure! | 381573 | $ | 0.85 |
| Jay Jay Earns His Wings | 381552 | $ | 0.85 |
| Jay Jay: Sky Heroes To The Rescue | 381551 | $ | 0.85 |
| Zoboomafoo Animal Alphabet | 381344 | $ | 0.85 |
| Zoboomafoo Creature Quest | 381553 | $ | 0.85 |
| Reader Rabbit 1st Grade 2002 Version 1.11 | 381489 | $ | 0.85 |
| Reader Rabbit 2nd Grade 2002 Version 1.11 | 381490 | $ | 0.85 |
| Reader Rabbit Kindergarten 2002 Version 1.12 | 381492 | $ | 0.85 |
| Reader Rabbit Preschool 2002 Version 1.12 | 381493 | $ | 0.85 |
| Reader Rabbit Toddler 2002 Version 3.0 | 381491 | $ | 0.85 |
| StarFlyers Alien Space Chase | 380853 | $ | 0.85 |
| StarFlyers Royal Jewel Rescue | 381547 | $ | 0.85 |
| Adventures of Stuart Little | 381676 | $ | 0.85 |
| ZOOMBINIS LOGICAL JRNY V2.0 | 380933 | $ | 0.85 |
| ZOOMBINIS MTN RESCUE V1.0 | 380860 | $ | 0.85 |
| Zoombinis Island Odyssey | 381664 | $ | 0.85 |

Riverdeep Business Person:
Account Code:
C:\Documents and Settings\Thomas D. Herman\Local Settings\Temporary Internet Files\OLK21\Riverdeep-SOMC 2002 Agreement AMN 1 final.DOC

*This is a draft only and an agreement shall not be formed until this document is signed by both parties.*

| | | | |
|---|---|---|---|
| Beginner's Bible - Classic Bible Stories | 381827 | $ | 0.50 |
| Where In The World Is Carmen Sandiego? 2002 | 380862 | $ | 0.50 |
| CF: 6TH GRADE (RELAUNCHED 7/9/01) | 379538 | $ | 0.85 |
| CF: INCREDIBLE TOY STORE ADV | 380841 | $ | 0.85 |
| The Princeton Review: Inside The SAT/ACT 2003 Deluxe | 381498 | $ | 1.00 |
| Thinkin' Science | 104-1067 | $ | 0.50 |
| Thinkin' Science Zap! | 104-0721 | $ | 0.50 |
| Millie & Bailey Kindergarten | 101-0717 381517 | $ | 0.50 |
| Millie & Bailey Preschool | 101-0716 | $ | 0.50 |
| Sammy's Science House | 104-1178 | $ | 0.50 |
| Theme Weavers: Nature | 104-0743 | $ | 0.50 |
| Travel the World with Timmy!  Deluxe | 104-0727 | $ | 0.50 |
| Trudy's Time & Place House | 104-1083 | $ | 0.50 |
| Strategy Challenges Collection 1:  Around the World | 104-1069 381518 | $ | 0.50 |
| Mighty Math Calculating Crew | 104-1074 | $ | 0.50 |
| Mighty Math Number Heroes | 104-1076 | $ | 0.50 |
| Mind Twister Math | 104-0745 | $ | 0.50 |
| Let's Go Read! 2:  An Ocean Adventure | 104-0725 | $ | 0.50 |
| Stories & More:  Animal Friends | 104-0740 | $ | 0.50 |
| Travel the World with Timmy!  Deluxe | 104-0727 | $ | 0.50 |
| Talking Walls:  The Stories Continues | 104-0739 | $ | 0.50 |
| Imagination Express Series:  Castle | 104-1607 | $ | 0.50 |
| Imagination Express Series:  Neighborhood | 104-1605 | $ | 0.50 |
| Imagination Express Series:  Time Trip, USA | 104-1634 | $ | 0.50 |

4

Riverdeep, Inc. v. SOMC Group, Inc., et al.
U.S. District Court, D. Mass., Civil Action No. 05-10816-REK

King Affidavit
Exhibit 2

**Terri King**

| | |
|---|---|
| **From:** | John Bartlett [JBartlett@riverdeep.net] |
| **Sent:** | Thursday, February 17, 2005 10:12 AM |
| **To:** | Tom Holland; John Bartlett |
| **Cc:** | Terri King |
| **Subject:** | RE: Status Of Available And Future Titles |

Tom,

I am scheduling my trip to S Cal for the week of March 14th. We you be in town then? I will put a list together today. Some are still TBD ship dates but I will show you what is coming at least. Scholastic agreement should be done in 2 weeks. I think we can add Arthur and Dr. Seuss now and some Reader Rabbit titles. The Reader Rabbit DVDs could be added but only for full price deals as they just shipped. They came out great. Weight Watchers is a development project as the content was based on their old point system and it needs updating.

John

---

**From:** Tom Holland [mailto:TomH@logetics.com]
**Sent:** Tuesday, February 15, 2005 7:58 PM
**To:** John Bartlett
**Cc:** Terri King
**Subject:** Status Of Available And Future Titles

John,

Hope you are keeping warm and dry. I understand the Northeast is due for some more snow and cold weather – it's time you travel to Southern California.

As a follow-up to our last phone conversation, please provide an update regarding the products that are available through OEM as well as new licenses/titles that OEM will be offering.

How can we get approval to put Reader Rabbit back into the FSI media? The areas where we have large market exposure will produce higher volume sales resulting in bigger royalty revenues to Riverdeep.

Any status on Dr. Seuss, Arthur, Weight Watcher, Scholastic titles so we can market? Those titles are big sellers.

We have some large volume potential clients that want software in their distribution channels and I don't want to leave out any products that would benefit our Clients, Riverdeep and us.

Can we also develop an updated list of titles that Logetics can distribute through our sales channels?

Thanks,
Tom

**Terri King**

| | |
|---|---|
| **From:** | John Bartlett [JBartlett@riverdeep.net] |
| **Sent:** | Friday, February 18, 2005 8:25 AM |
| **To:** | Tom Holland |
| **Cc:** | Terri King |
| **Subject:** | RE: Status Of Available And Future Titles |

Tom/Terri,

Here are the specifics on the new titles we can add.  Royalty will be $.85 for the Dr Seuss titles and $1.50 for the Scooby titles.  I am still waiting for confirmation on pricing on the DVDs.  There are a number of new titles slated for Q2 (Print Shop Photo projects etc) but I do not have firm ship dates yet.

John

| | |
|---|---|
| Dr. Seuss ABC's | 382340-CD3 |
| Dr. Seuss Cat in the Hat | 382340-CD2 |
| Dr. Seuss Green Eggs & Ham | 382340-CD1 |
| Dr. Seuss Kindergarten Learning Buddies | 381428-CD2 |
| Dr. Seuss Reading Games | 379265 |
| Scooby Doo Case File #1: The Glowing Bug Man | 381681 |
| Scooby Doo Case File #2: The Stone Dragon | 382205 |

John

---

**From:** Tom Holland [mailto:TomH@logetics.com]
**Sent:** Tuesday, February 15, 2005 7:58 PM
**To:** John Bartlett
**Cc:** Terri King
**Subject:** Status Of Available And Future Titles

John,

Hope you are keeping warm and dry.  I understand the Northeast is due for some more snow and cold weather – it's time you travel to Southern California.

As a follow-up to our last phone conversation, please provide an update regarding the products that are available through OEM as well as new licenses/titles that OEM will be offering.

How can we get approval to put Reader Rabbit back into the FSI media?  The areas where we have large market exposure will produce higher volume sales resulting in bigger royalty revenues to Riverdeep.

Any status on Dr. Seuss, Arthur, Weight Watcher, Scholastic titles so we can market?  Those titles are big sellers.

We have some large volume potential clients that want software in their distribution channels and I don't want to leave out any products that would benefit our Clients, Riverdeep and us.

Can we also develop an updated list of titles that Logetics can distribute through our sales channels?


Thanks,
Tom