UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Riverdeep, Inc., LLC,<br><br>    Plaintiff<br><br>    v.<br><br>SOMC Group, Inc.; Logetics, Inc.;<br>San Diego Wholesale Credit Association;<br>Ready, Set, Grow!; Jelly Bean Islands; Leap<br>Ahead, and Thomas E. Holland,<br><br>    Defendants | :<br>:<br>:<br>:<br>:<br>: CIVIL ACTION NO. 05-10816-REK<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## LOGETICS, INC.'S DEMAND FOR JURY TRIAL

The defendant Logetics, Inc. ("Logetics") demands a trial by jury for all claims so triable.

Respectfully submitted,

*/s/ Matthew J. Walko*

Matthew J. Walko
BBO. No. 562172

SMITH & DUGGAN LLP
Two Center Plaza, Suite 620
Boston, Massachusetts 02108-1906
(617) 228-4400

Dated: June 17, 2005

CERTIFICATE OF SERVICE

The undersigned certifies service of the foregoing on June 17, 2005 in accordance with Federal Rule of Civil Procedure 5(b)(2) and United States District Court for the District of Massachusetts Electronic Case Filing Administrative Procedure § E(2) as to all parties, having appeared in this action through counsel admitted to practice before this Court, identified by the Clerk as receiving Notice of Electronic Filing, and as to the following by first class mail, postage prepaid on June 17, 2005:

Evan Slavitt, Esq.
Bodoff & Slavitt LLP
225 Friend Street
Boston, MA 02114-1812

*Counsel for Defendant Thomas E. Holland*

/s/ Matthew J. Walko
Matthew J. Walko
BBO. No. 562172