# ONE LEGAL, INC.

## CONFIRMATION For **Service of Process**

### ORDER NUMBER: 6602954        Date: 6/8/2005

**Customer:** PETRIE SCHWARTZ LLP

| | |
|---|---|
| Customer No.0013297<br>Customer Address 1775 Sherman Street<br>Suite 2500<br>Denver, CO  80203 | Attorney N/P<br>Attorney e-mail<br>Contact Laverne A. Phillips<br>Contact e-mail<br>Contact Phone 617-421-1800<br>Contact Fax 617-421-1810<br>Law Firm File Number 476.007 |

**Case Information:**

Case Number 05-10816REK<br>
County<br>
Court N/P<br>
Case Short Title Riverdeep, Inc vs. SOMC

| **Documents Received:** | No. Docs: 3  No. Pgs: 34 |
|---|---|

Summons; First Amended Complaint; Plaintiffs Rule 7.1 Disclosure Statement

Party to Serve: Mr. Thomas E. Holland        Service address: 1945 Palomar Oaks Way 200<br>
Carlsbad, Ca  92009

### This is a Confirmation Only. Not an Invoice!

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Service Status: Served<br>Faxed back: 6/8/2005<br><br>✱ previon order -no charge - 6602644 ✱ | Today<br>Surcharge<br>Not Found-Today<br>Declaration of Diligence | 75.00<br>30.00<br>75.00<br>10.00 |
| | Check No. | **Total:**  190.00 |

Attached is your proof of service that is ready for filing in accordance with CRC2005. If you have any questions, you encounter any problems filing this document or would like One Legal to file the proof of service for you, please contact:
SOP Southern Branch, Ph: 213-617-1212, Fx: 213-617-4717
Thank you for choosing One Legal for your process serving needs.

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| N/P, N/P<br>PETRIE SCHWARTZ LLP<br>1775 Sherman Street<br>Denver, CO 80203<br>TELEPHONE NO.:    (303) 226-7700<br>ATTORNEY FOR (Name): Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
N/P
N/P,

| PLAINTIFF/PETITIONER: Riverdeep, Inc | CASE NUMBER: **BY FAX**<br>05-10816REK |
|---|---|
| DEFENDANT/RESPONDENT: SOMC | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>476,007 |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons; First Amended Complaint; Plaintiffs Rule 7.1 Disclosure Statement

3. a. Party served: Mr. Thomas E. Holland

   b. Person Served: Terri King-Person in charge - Person in Charge of Office

4. Address where the party was served:  1945 Palomar Oaks Way 200
                                         Carlsbad, Ca  92009

5. I served the party
   b. by substituted service. On (date): June 8, 2005        at (time): 12:10 pm   I left the documents listed in item 2 with or
      in the presence of: Terri King-Person in charge
      (1) (business)    a person at least 18 years of age apparently in charge at the office or usual place of business of
                        the person to be served. I informed him or her of the general nature of the papers.
      (4) A declaration of mailing is attached.
      (5) I attach a declaration of diligence stating actions taken first to attempt personal service.
6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. as an individual defendant.

7. Person who served papers
   a. Name:        Dylan Lewis
   b. Address:     One Legal, Inc. - 132-Marin
                   504 Redwood Blvd, Suite 223
                   Novato, CA  94947
   c. Telephone number: 415-491-0606
   d. The fee for service was:  $: 190.00
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 8194
         (iii) County: San Diego
8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: June 9, 2005

Dylan Lewis
(NAME OF PERSON WHO SERVED PAPERS)

(SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. July 1, 2004]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6602954

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):* N/P, N/P | | TELEPHONE NO.: (303) 226-7700 | FOR COURT USE ONLY |
|---|---|---|---|
| PETRIE SCHWARTZ LLP 1775 Sherman Street Denver, CO 80203 | | | |
| ATTORNEY FOR *(Name):*  Plaintiff | Ref. No. or File No. 476.007 | | |

Insert name of court, judicial district or branch court, if any:

N/P
N/P,

PLAINTIFF:

Riverdeep, Inc

DEFENDANT:

SOMC

**BY FAX**

| DECLARATION OF DILIGENCE | | | | CASE NUMBER: 05-10816REK |
|---|---|---|---|---|

I received the within process on June 3, 2005 and that after due and diligent effort I have been unable to personally serve said party. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

   PARTY SERVED: Mr. Thomas E. Holland

   (1) HOME: 3220 Piragua Street, Carlsbad, Ca 92009
   (2) BUSINESS: 1945 Palomar Oaks Way, 200, Carlsbad, Ca 92009

As enumerated below:

June 3, 2005  08:40 PM   at address (1) above. Not found.  Unable to locate given street Piragua in Carlsbad.
June 5, 2005  08:00 AM   at address (1) above. No answer.
June 5, 2005  07:50 PM   at address (1) above. No answer.  Lights off inside residence.
June 6, 2005  09:15 AM   at address (2) above. Not in..
June 6, 2005  06:00 PM   at address (1) above. No answer.
June 7, 2005  10:00 AM   at address (1) above. No answer.
June 7, 2005  04:30 PM   at address (2) above. Not in..
June 8, 2005  12:10 PM   at address (2) above. Other.  Sub-served to Terri King, Executive Vice President of Marketing.

Registered California process server.
County:  San Diego
Registration No.: 2194

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on June 9, 2005 at Los Angeles, California.

Dylan Lewis
FF# 6602954

One Legal, Inc.
504 Redwood Blvd, Suite 223
Novato, CA 94947

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*:<br>N/P, N/P<br>PETRIE SCHWARTZ LLP<br>1775 Sherman Street<br>Denver, CO 80203<br><br>ATTORNEY FOR *(Name)*:  Plaintiff | | TELEPHONE NO.:<br>(303) 226-7700<br><br>Ref. No. or File No.<br>476.007 | FOR COURT USE ONLY |
|---|---|---|---|
| Insert name of court, judicial district or branch court, if any:<br>N/P<br>N/P, | | | |
| PLAINTIFF:<br><br>Riverdeep, Inc | | | |
| DEFENDANT:<br><br>SOMC | | | **BY FAX** |
| **PROOF OF SERVICE BY MAIL** | | | CASE NUMBER:<br>05-10816REK |

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd, Suite 223, Novato, CA 94947.
On June 8, 2005, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

Summons; First Amended Complaint; Plaintiffs Rule 7.1 Disclosure Statement

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Carlsbad, California, addressed as follows:

Mr. Thomas E. Holland
1945 Palomar Oaks Way, 200
Carlsbad, Ca 92009

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

$: 190.00

Fee for Service:

Dylan Lewis
One Legal, Inc.
504 Redwood Blvd, Suite 223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on June 9, 2005 at Los Angeles, California.

Dylan Lewis

FF# 6602954