UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RIVERDEEP INC., A LIMITED LIABILITY COMPANY,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>SOMC GROUP, INC.; LOGETICS, INC.; SAN DIEGO WHOLESALE CREDIT ASSOCIATION d/b/a SAN DIEGO CREDIT ASSOCIATION; READY, SET, GROW!; JELLY BEAN ISLANDS; LEAP AHEAD, and THOMAS E. HOLLAND,<br><br>　　　　　　　Defendants. | Civil Action No. 05-10816 REK<br><br>**ASSENTED-TO MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING** |

　　　　Pursuant to Federal Rule of Civil Procedure 6(b), Riverdeep, Inc. ("Riverdeep) moves to extend the time to file an opposition to Logetics, Inc.'s ("Logetics") Motion to Dismiss or Transfer to and including July 7, 2005, on the following grounds:

　　　　1.　　Logetics filed a motion to dismiss or transfer on June 16, 2005. Pursuant to Local Rule 7.1(b)(2), Riverdeep's opposition is due on June 30, 2005.

　　　　2.　　Riverdeep requests an extension because the parties are evaluating whether they will need to take jurisdictional discovery.

　　　　3.　　Counsel for Defendant Logetics, Inc., Matthew Walko, has no objection to the granting of this Motion.

| | |
|---|---|
| RIVERDEEP, INC.<br>By its attorneys, | ASSENTED TO:<br>LOGETICS, INC.<br>By its attorneys, |
| /s/ Sarah B. Wallace<br>_____<br>Irwin B. Schwartz BBO#548763<br>Sarah B. Wallace (Pro Hac Vice)<br>PETRIE SCHWARTZ LLP<br>500 Boylston Street, Suite 1860<br>Boston, Massachusetts 02116<br>(617) 421-1800 | /s/ Matthew J. Walko<br>_____<br>Matthew J. Walko (BBO #562172)<br>SMITH & DUGGAN LLP<br>Two Center Plaza, Suite 620<br>Boston, Massachusetts 02108-1906<br>(617) 228-4400 |

Certificate of Service

    I, Irwin B. Schwartz, attorney for Plaintiff, Riverdeep, Inc., LLC, hereby certify that on this 29th day of June 2005, I filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to: Matthew Walko, Smith & Dugan LLP, Two Center Plaza, Suite 620, Boston, MA 02108-1906, counsel for Defendant Logetics, Inc.; Daniel B. Winslow, Esquire, Duane Morris, 470 Atlantic Avenue, Suite 500, Boston, MA 02210, counsel for Defendant San Diego Wholesale Credit Association and served the same by United States mail, postage prepaid, Evan Slavitt, Esq., Bodoff & Slavitt LLP, 225 Friend Street, Boston, MA 02114, Counsel for Defendant Thomas E. Holland; and Mr. Thomas E. Holland, SOMC Group, Inc., 1945 Palomar Oaks Way, Suite 200, Carlsbad, CA 92009

                                                /s/ Irwin B. Schwartz<br>                                                _____<br>                                                Irwin B. Schwartz