UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RIVERDEEP INC., A LIMITED LIABILITY COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> SOMC GROUP, INC.; LOGETICS, INC.; SAN DIEGO WHOLESALE CREDIT ASSOCIATION d/b/a SAN DIEGO CREDIT ASSOCIATION; READY, SET, GROW!; JELLY BEAN ISLANDS; LEAP AHEAD, and THOMAS E. HOLLAND, <br><br> Defendants. | Civil Action No. 05-10816 REK <br><br> **[PROPOSED] ORDER ON ASSENTED-TO MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING** |

    This matter is before this Court on the assented-to motion of Plaintiff Riverdeep to extend the time to file an opposition to Logetics, Inc.'s motion to dismiss or transfer to and including July 7, 2005.

    The Court has reviewed the motion and the file in this case and hereby ORDERS that the motion is GRANTED. Plaintiff Riverdeep is granted an extension of time to and including July 7, 2005 to file an opposition to Logetics, Inc.'s motion to dismiss or transfer.

    DATED: _____, 2005.

                                                  SO ORDERED,

                                                _____