UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| RIVERDEEP, INC., L.L.C, | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. 05-10816-REK |
| SOMC GROUP, INC., *et al.*, | ) | |
| Defendants. | ) | |

**INITIAL DISCLOSURES OF THOMAS E. HOLLAND**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, defendant, Thomas E. Holland, by and through its undersigned counsel, hereby makes the following initial disclosures.

A. <u>Identify of Persons Who May Possess Discoverable Information</u>

Subject to further investigation and discovery, by way of preliminary disclosure, Mr. Holland identifies the following individuals who are likely to have discoverable information relevant to the disputed facts alleged with particularity in the pleadings filed in this matter:

*See* Exhibit A

B. <u>Description of Documents</u>

Documents that are in the possession, custody or control of Mr. Holland in his personal capacity which he may use to support his defenses are located at his home, in his office or at the Law Offices of Schwartz, Semerdjian, Haile, Ballard & Cauley LLP. Mr.

Holland believes that the following documents may be relevant to the allegations and defenses raised in the this case:

1. Documents relating to his residence and business activities
2. Documents relating to his role at SOMC and Logetics

### C. Insurance Coverage

Mr. Holland is not aware of any insurance agreement he is required to disclose pursuant to Rule 26(a)(1).

### D. Reservation of Rights

The foregoing disclosures are preliminary in nature, based on currently available information. Mr. Holland is in the process of factual investigation and discovery regarding the matters alleged in the pleadings filed herein, and reserves the right to supplement the foregoing either through filing a supplemental disclosure or through discovery in the above matter. Any failure to specify any subject of discoverable information herein does not constitute a waiver as to the relevance or admissibility of such information. Any failure to identify any individual herein does not constitute a waiver of the Mr. Holland's right to seek or to present the testimony of such individual.

Respectfully submitted,

THOMAS E. HOLLAND

By his attorneys,

*/s/ Evan Slavitt*
Evan Slavitt (466510)
Bodoff & Slavitt LLP
225 Friend Street
Boston, MA 02114
617/742-7300

Dated: July 15, 2005

EXHIBIT A

| Full Name | Addresses | Phone Number | Subjects of Information |
|---|---|---|---|
| "Taj" | | | Relationship and history between Riverdeep and Logetics/SOMC, course of dealing between parties including permission to reproduce software and delivery of products |
| Dave Bader | | | Relationship and history between Riverdeep and Logetics/SOMC, course of dealing between parties including permission to reproduce software and delivery of products |
| Kelley Barber | | | Relationship and history between Riverdeep and Logetics/SOMC, course of dealing between parties including permission to reproduce software and delivery of products |
| John Bartlett | 125 Cambridge Park Drive, Cambridge, MA 02140 | 617-876-9809 | Relationship and history between Riverdeep and Logetics/SOMC, course of dealing between parties including permission to reproduce software and delivery of products, SOMC assignment for the benefit of creditors |
| Ron Bernales | | | Relationship and history between Riverdeep and Logetics/SOMC, course of dealing between parties including permission to reproduce software and delivery of products |
| Tony Bordon | Boston, MA | | Relationship and history between Riverdeep and Logetics/SOMC, course of dealing between parties including permission to reproduce software and delivery of products, SOMC assignment for the benefit of creditors |

| Full Name | Addresses | Phone Number | Subjects of Information |
|---|---|---|---|
| Marc Brown | 35 North Street, Hingham Harbor, MA 02043 | 781-749-6613 | Relationship and history between Riverdeep and Logetics/SOMC, course of dealing between parties including permission to reproduce software and delivery of products |
| Leo Calabrese, Jr. | 2467 Quail Place, Escondido, CA 92027 | 760-505-8951 | SOMC assignment for the benefit of creditors |
| Simon Calver | 100 Pine St., 19th Floor, San Francisco, CA 94111 | 415-659-2000 | Relationship and history between Riverdeep and Logetics/SOMC, course of dealing between parties including permission to reproduce software and delivery of products, SOMC assignment for the benefit of creditors |
| Don Chase | | | Course of dealing between parties including permission to reproduce software and delivery of products |
| Curt Conant | 1945 Palomar Oaks Way, Suite 200, Carlsbad, CA 92009 | 760-448-2900 | Relationship and history between Riverdeep and Logetics/SOMC, course of dealing between parties including permission to reproduce software and delivery of products |
| William Cunningham | 125 Cambridge Park Drive, Cambridge, MA 02140 | 617-876-9809 | Relationship and history between Riverdeep and Logetics/SOMC, course of dealing between parties including permission to reproduce software and delivery of products, SOMC assignment for the benefit of creditors |
| Damian Dale | 100 Pine St., 19th Floor, San Francisco, CA 94111 | 415-659-2000 | Relationship and history between Riverdeep and Logetics/SOMC, course of dealing between parties including permission to reproduce software and delivery of products |

| Full Name | Addresses | Phone Number | Subjects of Information |
|---|---|---|---|
| Gary Davis | P.O. Box 1909, Rancho Santa Fe, CA 92067 | 858-793-1573 | Relationship and history between Riverdeep and Logetics/SOMC, course of dealing between parties including permission to reproduce software and delivery of products, SOMC assignment for the benefit of creditors |
| Pansy Dea-Dair | 100 Pine St., 19th Floor, San Francisco, CA 94111 | 415-659-2000 | Relationship and history between Riverdeep and Logetics/SOMC, course of dealing between parties including permission to reproduce software and delivery of products |
| Susie Dysland | 5305 So. Van Marter Ct., Spokane Valley, WA 99206 | 509-891-5637 | Relationship and history between Riverdeep and Logetics/SOMC, course of dealing between parties including permission to reproduce software and delivery of products, SOMC assignment for the benefit of creditors |
| Linda Fox | Sheppard, Mullin Richter & Hampton LLP, 501 W. Broadway, San Diego, CA | 619-338-6621 | SOMC assignment for the benefit of creditors |
| Suzanne Fruehan | 3075 Redwood St., San Diego, CA 92104 | 619-847-8068 | Relationship and history between Riverdeep and Logetics/SOMC, course of dealing between parties including permission to reproduce software and delivery of products, SOMC assignment for the benefit of creditors |
| Gregory Garner | 2044 First Avenue, Suite 300, San Diego, CA 92101-2079 | | SOMC assignment for the benefit of creditors, Asset Purchase Agreement between SDCA and Logetics |
| Jim Haiduck | | | Course of dealing between parties including permission to reproduce software and delivery of products |

| Full Name | Addresses | Phone Number | Subjects of Information |
|---|---|---|---|
| Maggie Heteji-Grabko | | | Relationship and history between Riverdeep and Logetics/SOMC, course of dealing between parties including permission to reproduce software and delivery of products |
| Thomas E. Holland | 1945 Palomar Oaks Way, Suite 200, Carlsbad, CA 02009 | 760-448-2900 | Relationship and history between Riverdeep and Logetics/SOMC, course of dealing between parties including permission to reproduce software and delivery of products, SOMC assignment for the benefit of creditors, Asset Purchase Agreement between SDCA and Logetics |
| Cindy Huber | Des Moines, Iowa | | Relationship and history between Riverdeep and Logetics/SOMC, course of dealing between parties including permission to reproduce software and delivery of products |
| Michael Ishayik | Reel Picture Productions, Inc. Picture Productions, 5330 Eastgate Mall, San Diego, CA 02121 | | Reproduction and inventory of software |
| Jeff Jones | 7345 Mission Gorge Road, Suite G, San Diego CA 92120 | | Relationship and history between Riverdeep and Logetics/SOMC, course of dealing between parties including permission to reproduce software and delivery of products |
| Terri King | 1945 Palomar Oaks Way, Suite 200, Carlsbad, CA 92009 | 760-448-2900 | Relationship and history between Riverdeep and Logetics/SOMC, course of dealing between parties including permission to reproduce software and delivery of products, SOMC assignment for the benefit of creditors, Asset Purchase Agreement between SDCA and Logetics |

| Full Name | Addresses | Phone Number | Subjects of Information |
|---|---|---|---|
| Mike Konikow | 1945 Palomar Oaks Way, Suite 200, Carlsbad, CA 92009 | 760-448-2900 | Relationship and history between Riverdeep and Logetics/SOMC, course of dealing between parties including permission to reproduce software and delivery of products, SOMC assignment for the benefit of creditors |
| Tom Krueger | 100 Pine Avenue, Holmes, PA 19043 | | Relationship and history between Riverdeep and Logetics/SOMC, course of dealing between parties including permission to reproduce software and delivery of products |
| Tammy Lackey | 100 Pine St., 19th Floor, San Francisco, CA 94111 | 415-659-2000 | Relationship and history between Riverdeep and Logetics/SOMC, course of dealing between parties including permission to reproduce software and delivery of products |
| Jeff Levingston | | | Course of dealing between parties including permission to reproduce software and delivery of products |
| Kirsten Mellor | 100 Pine Street, San Francisco, CA 94111 | 415-659-2000 | Relationship and history between Riverdeep and Logetics/SOMC, course of dealing between parties including permission to reproduce software and delivery of products, SOMC assignment for the benefit of creditors |
| Evelyn Mengruita | 1945 Palomar Oaks Way, Suite 200, Carlsbad, CA 92009 | 760-448-2900 | Relationship and history between Riverdeep and Logetics/SOMC, course of dealing between parties including permission to reproduce software and delivery of products |
| Sheryl Moss | | | Course of dealing between parties including permission to reproduce software and delivery of products |

| Full Name | Addresses | Phone Number | Subjects of Information |
|---|---|---|---|
| Barry O'Callaghan | | | Relationship and history between Riverdeep and Logetics/SOMC, course of dealing between parties including permission to reproduce software and delivery of products, SOMC assignment for the benefit of creditors |
| Fiona O'Carroll | 100 Pine St., 19th Floor, San Francisco, CA 94111 | 415-659-2000 | Relationship and history between Riverdeep and Logetics/SOMC, course of dealing between parties including permission to reproduce software and delivery of products, SOMC assignment for the benefit of creditors |
| Rick Pam | 651 Lakeview Plaza Blvd., Worthington, Ohio 43085 | 614-430-3021 | Relationship and history between Riverdeep and Logetics/SOMC, course of dealing between parties including permission to reproduce software and delivery of products |
| Alan Parker | 1945 Palomar Oaks Way, Suite 200, Carlsbad, CA 92009 | 760-448-2900 | Relationship and history between Riverdeep and Logetics/SOMC, course of dealing between parties including permission to reproduce software and delivery of products |
| Donna Pollack | 8781 Dorsett Dr, Huntington Beach, CA 92646 | 619-252-3445 | Relationship and history between Riverdeep and Logetics/SOMC, course of dealing between parties including permission to reproduce software and delivery of products, SOMC assignment for the benefit of creditors |
| Michael Pollack | 1945 Palomar Oaks Way, Suite 200, Carlsbad, CA 02009 | 760-448-2900 | Relationship and history between Riverdeep and Logetics/SOMC, course of dealing between parties including permission to reproduce software and delivery of products, SOMC assignment for the benefit of creditors |

| Full Name | Addresses | Phone Number | Subjects of Information |
|---|---|---|---|
| Stephen Pollock | 8781 Dorsett Dr, Huntington Beach, CA 92646 | 619-252-3445 | Relationship and history between Riverdeep and Logetics/SOMC, course of dealing between parties including permission to reproduce software and delivery of products, SOMC assignment for the benefit of creditors |
| Douglas Reilly | 100 Pine St., 19th Floor, San Francisco, CA 94111 | 415-659-2000 | Relationship and history between Riverdeep and Logetics/SOMC, course of dealing between parties including permission to reproduce software and delivery of products |
| John Rim | | | Relationship and history between Riverdeep and Logetics/SOMC, course of dealing between parties including permission to reproduce software and delivery of products, SOMC assignment for the benefit of creditors |
| Jeff Robbins | 1945 Palomar Oaks Way, Suite 200, Carlsbad, CA 92009 | 760-448-2900 | Relationship and history between Riverdeep and Logetics/SOMC, course of dealing between parties including permission to reproduce software and delivery of products, SOMC assignment for the benefit of creditors, Asset Purchase Agreement between SDCA and Logetics |
| Maureen Sanchez | | | Relationship and history between Riverdeep and Logetics/SOMC, course of dealing between parties including permission to reproduce software and delivery of products |
| Pete Siano | 651 Lakeview Plaza Blvd., Worthington, Ohio 43085 | 614-430-3021 | Relationship and history between Riverdeep and Logetics/SOMC, course of dealing between parties including permission to reproduce software and delivery of products |

| Full Name | Addresses | Phone Number | Subjects of Information |
|---|---|---|---|
| Mike Stanton | | | Relationship and history between Riverdeep and Logetics/SOMC, course of dealing between parties including permission to reproduce software and delivery of products |
| Eric Stone | | | Relationship and history between Riverdeep and Logetics/SOMC, course of dealing between parties including permission to reproduce software and delivery of products |
| Brenda Stroschein | | | Relationship and history between Riverdeep and Logetics/SOMC, course of dealing between parties including permission to reproduce software and delivery of products |
| Victor Tecson | 1945 Palomar Oaks Way, Suite 200, Carlsbad, CA 92009 | 760-448-2900 | Relationship and history between Riverdeep and Logetics/SOMC, course of dealing between parties including permission to reproduce software and delivery of products, SOMC assignment for the benefit of creditors |
| Jason Vidaurri | 1945 Palomar Oaks Way, Suite 200, Carlsbad, CA 92009 | 760-448-2900 | Relationship and history between Riverdeep and Logetics/SOMC, course of dealing between parties including permission to reproduce software and delivery of products |
| Alan Waldman | 568 Broadway, New York, NY 10012 | 212-343-4925 | Scholastic software |
| Dorothy Weintraub | | | Scholastic software |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RIVERDEEP, INC., L.L.C, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>SOMC GROUP, INC., *et al.*, )<br>)<br>    Defendants. )<br>) | CIVIL ACTION NO. 05-10816-REK |

**CERTIFICATE OF SERVICE**

    The undersigned certifies service of the forgoing on July 15, 2005 in accordance with the Federal Rule of Civil Procedure 5(b) (2) and the United States District Court for the District of Massachusetts Electronic Case Filing Administrative Procedure § E(2) as to all parties, having appeared in this action through counsel admitted to practice before this Court, identified by the Clerk as receiving Notice of Electronic Filing.

 

Dated: July 15, 2005

                                        /s/Kathleen A. Kerigan
                                        Kathleen A. Kerigan, Paralegal
                                        Bodoff & Slavitt, LLP
                                        225 Friend Street
                                        Boston, MA  02114