UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RIVERDEEP INC., A LIMITED LIABILITY COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> SOMC GROUP, INC., a California corporation; LOGETICS, INC., a California corporation; SAN DIEGO WHOLSEALE CREDIT ASSOCIATION d/b/a SAN DIEGO CREDIT ASSOCIATION, a California corporation; READY, SET, GROW!, a California corporation; JELLY BEAN ISLANDS, a California corporation; and LEAP AHEAD, a California corporation, THOMAS E. HOLLAND, <br><br> Defendants. | Civil Action No. 05-10816 REK <br><br><br> MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT SOMC GROUP, INC. |

Pursuant to Fed. R. Civ. P. 55(a), Plaintiff Riverdeep Inc. ("Riverdeep"), respectfully requests that the clerk of this Court enter default against defendant SOMC Group, Inc. ("SOMC").

In support of this motion, Riverdeep states:

1. On April 22, 2005, Riverdeep filed its Complaint

2. On May 2, 2005, Riverdeep served SOMC with the Complaint by substitute service. Submitted herewith is an affidavit of Irwin B. Schwartz ("Schwartz Aff.") by which Riverdeep respectfully provides the Court with true and correct copies of relevant documents. Riverdeep attaches a true and correct copy of the Proof of Service of Summons as Schwartz Aff. Tab A.

3. On May 17, 2005, Riverdeep served SOMC with the First Amended Complaint. A true

and correct copy of the Certificate of Service is attached as Schwartz Aff. Tab B.

4. SOMC's answer to the First Amended Complaint was due on June 20, 2005.

5. To date, SOMC has not answered or otherwise responded to the Complaint or the First Amended Complaint.

6. Fed. R. Civ. P. 55(a) expressly states:

> When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default.

7. Because SOMC has failed to answer or otherwise defend as to this action against it for affirmative relief, under Fed R. Civ. P. 55(a), the Clerk should enter SOMC's default as to all of the claims Riverdeep asserted against it the First Amended Complaint.

Dated: July 18, 2005

Respectfully submitted,

Irwin B. Schwartz BBO#548763
PETRIE SCHWARTZ LLP
500 Boylston Street, Suite 1860
Boston, Massachusetts 02116
(617) 421-1800

Counsel for Plaintiff
Riverdeep, Inc., LLC

Certificate of Service

      I, Irwin B. Schwartz, attorney for Plaintiff, Riverdeep, Inc., LLC, hereby certify that on this 18th day of July 2005, I filed the foregoing MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT SOMC GROUP, INC. with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to: Matthew Walko, Smith & Dugan LLP, Two Center Plaza, Suite 620, Boston, MA 02108-1906, counsel for Defendant Logetics, Inc.; Daniel B. Winslow, Esquire, Duane Morris, 470 Atlantic Avenue, Suite 500, Boston, MA 02210, counsel for Defendant San Diego Wholesale Credit Association; and Evan Slavitt, Esq., Bodoff & Slavitt LLP, 225 Friend Street, Boston, MA 02114, Counsel for Defendant Thomas E. Holland; and served the same by United States mail, postage prepaid, Mr. Thomas E. Holland, SOMC Group, Inc., 1945 Palomar Oaks Way, Suite 200, Carlsbad, CA 92009.

                                              Irwin B. Schwartz