UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RIVERDEEP INC., A LIMITED LIABILITY COMPANY, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 05-10816 REK |
| vs. | ) ) ) | |
| SOMC GROUP, INC., a California corporation; LOGETICS, INC., a California corporation; SAN DIEGO WHOLSEALE CREDIT ASSOCIATION d/b/a SAN DIEGO CREDIT ASSOCIATION, a California corporation; READY, SET, GROW!, a California corporation; JELLY BEAN ISLANDS, a California corporation; and LEAP AHEAD, a California corporation, THOMAS E. HOLLAND, | ) ) ) ) ) ) ) ) ) ) | AFFIDAVIT OF IRWIN B. SCHWARTZ IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT SOMC GROUP, INC. |
| Defendants. | ) ) ) | |

Irwin B. Schwartz hereby states:

1.  I am an attorney duly admitted in the Commonwealth of Massachusetts and this Court and a member of the law firm Petrie Schwartz LLP. My firm is counsel to plaintiff Riverdeep, Inc. ("Riverdeep") in this action.

2.  Attached hereto as Exhibit A is a true and correct copy of the Proof of Service of Summons on SOMC Group, Inc. ("SOMC").

3.  Attached hereto as Exhibit B a true and correct copy of the Certificate of Service of the Amended Complaint on SOMC.

4.  SOMC has filed no response to either the Complaint or the Amended Complaint and has neither sought nor obtained an extension of its time to answer or otherwise respond to these complaints.

SWORN AND SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS

18th DAY OF JULY, 2005.

Irwin B. Schwartz

# Exhibit A

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Irwin B. Schwartz, N/P<br>PETRIE SCHWARTZ LLP<br>1775 Sherman Street Suite 2500<br>Denver, CO 80203<br>TELEPHONE NO.: (303) 226-7700<br>ATTORNEY FOR (Name): Plaintiff | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>N/P<br>N/P, | |
|---|---|

| PLAINTIFF/PETITIONER: Riverdeep, Inc., LLC<br><br>DEFENDANT/RESPONDENT: SOMC Group | CASE NUMBER:<br>05-10816 REK |
|---|---|

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>476.007    **BY FAX** |
|---|---|

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons & Complaint; Civil Cover Sheet; Category Form; report on the Filing or Better mination of an Actic Regarding A Copy Right

3. a. Party served: SOMC Group, Inc

   b. Person Served: Thomas Holland - Person authorized to accept service of process

4. Address where the party was served: 1945 Palomar Oaks Way 200
   Carlsbad, Ca 92008

5. I served the party
   b. by substituted service. On (date): May 2, 2005    at (time): 11:30 am    I left the documents listed in item 2 with or
   in the presence of: John Doe(C,M,6'3,200lbs, Blk Hr,40yrs - Person in charge)

      (1) (business)   a person at least 18 years of age apparently in charge at the office or usual place of business of
      the person to be served. I informed him or her of the general nature of the papers.

      (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. on behalf of:

   SOMC Group, Inc

   under:    CCP 416.10 (corporation)

7. Person who served papers
   a. Name:      Prthu Hiler
   b. Address:   One Legal, Inc. – 132-Marin
                 504 Redwood Blvd, Suite 223
                 Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was:  S 180.00
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 959
         (iii) County SAN DIEGO

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: May 3, 2005

Prthu Hiler
(NAME OF PERSON WHO SERVED PAPERS)                                    (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. July 1, 2004]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6601168

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):<br>Irwin B. Schwartz, N/P<br>PETRIE SCHWARTZ LLP<br>1775 Sherman Street Suite 2500<br>Denver, CO 80203 | | TELEPHONE NO.:<br>(303) 226-7700 | FOR COURT USE ONLY |
|---|---|---|---|
| ATTORNEY FOR (Name): Plaintiff | | Ref. No. or File No.<br>476.007 | |
| Insert name of court, judicial district or branch court, if any:<br>N/P<br>N/P, | | | |

| PLAINTIFF:<br>Riverdeep, Inc., LLC | | | |
|---|---|---|---|
| DEFENDANT:<br>SOMC Group | | **BY FAX** | |
| **PROOF OF SERVICE BY MAIL** | | | CASE NUMBER:<br>05-10816 REK |

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd, Suite 223, Novato, CA 94947.
On May 2, 2005, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

Summons & Complaint; Civil Cover Sheet; Category Form; report on the Filing or Better minution of an Action Regarding A Copy Right

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at San Diego, California, addressed as follows:

SOMC Group, Inc
Thomas Holland
1945 Palomar Oaks Way, 200
Carlsbad, Ca 92008

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

$ 180.00

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on May 3, 2005 at Los Angeles, California.

Prthu Hiler
One Legal, Inc.
504 Redwood Blvd, Suite 223
Novato, CA 94947

Prthu Hiler

FF# 6601168

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):
Irwin B. Schwartz, N/P
PETRIE SCHWARTZ LLP
1775 Sherman Street Suite 2500
Denver, CO 80203

TELEPHONE NO.:
(303) 226-7700

FOR COURT USE ONLY

ATTORNEY FOR (Name): Plaintiff

Ref. No. or File No.
476.007

Insert name of court, judicial district or branch court, if any:
N/P
N/P,

PLAINTIFF:
Riverdeep, Inc., LLC

DEFENDANT:
SOMC Group

# BY FAX

| NON SERVICE REPORT | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 05-10816 REK |

I am and was on the dates herein mentioned a citizen of the United States, over 18 years of age and not a party to this action, and I received copies of the following:
Summons & Complaint; Civil Cover Sheet; Category Form; report on the Filing or Better minatiob of an Action Regarding A Copy Right

After due search, careful inquiry and diligent attempts at the following address(es), I have been unable to effect service of said process on:
SOMC Group, Inc
(1) BUSINESS: 1935 Camino Vida Roble, Carlsbad, Ca 92008

Process is being returned without service for the following reason(s):
April 26, 2005  03:32 PM   at address (1) above. Not found.  doors locked,looks like its under construction.

Fee for Service: $ 180.00
Registered California process server.
County: SAN DIEGO
Registration No.: 959
Expiration: February 22, 2003
Prthu Hiler
One Legal, Inc. - 132-Marin
504 Redwood Blvd. Suite 223
Novato, CA  94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on May 3, 2005 at Los Angeles, California.

Prthu Hiler

FF# 6601188

# Exhibit B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RIVERDEEP INC., A LIMITED LIABILITY COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> SOMC GROUP, INC., a California corporation; LOGETICS, INC., a California corporation; SAN DIEGO CREDIT ASSOCIATION, a California corporation; READY, SET, GROW!, a California corporation; JELLY BEAN ISLANDS, a California corporation; and LEAP AHEAD, a California corporation, THOMAS E. HOLLAND, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> )    Civil Action No. 05-10816 REK <br> ) <br> ) <br> ) <br> )    FIRST AMENDED COMPLAINT <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

For its First Amended Complaint, Plaintiff Riverdeep Inc., LLC ("Riverdeep") alleges as follows:

## INTRODUCTION

1.     This is an action for injunctive relief, damages, and specific performance arising out of two agreements. The first is an OEM License Agreement dated as of March 28, 2002, as amended, between Broderbund, LLC, which is Riverdeep's predecessor, and defendants SOMC Group Inc. ("SOMC") and Logetics, Inc. ("Logetics") (the "2002 Agreement"). The second is an OEM License Agreement dated as of March 28, 2004, between Riverdeep and Logetics (the "2004 Agreement") (together with the 2002 Agreement, the "Agreements"). Under the Agreements, both of

H.    Grant such other and further relief as the Court deems just and proper.

Dated:  May 17, 2005

Respectfully submitted,

Irwin B. Schwartz BBO#548763
PETRIE SCHWARTZ LLP
500 Boylston Street, Suite 1860
Boston, Massachusetts 02116
(617) 421-1800

Counsel for Plaintiff
Riverdeep, Inc., LLC

### Certificate of Service

I, Irwin B. Schwartz, attorney for Plaintiff, Riverdeep, Inc., LLC, hereby certify that on this 17th day of May 2005, I served a copy of the foregoing document on Defendants' attorney by delivering the same, via United States mail, postage prepaid, to James R. Ballard, Esquire, Schwartz Semerdjian Haile Ballard & Cauley LLP, 101 West Broadway, Suite 810, San Diego, CA 92101, Daniel B. Winslow, Esquire, Duane Morris, 470 Atlantic Avenue, Suite 500, Boston, MA 02210 and Mr. Thomas E. Holland, SOMC, 1945 Palomar Oaks Way, Suite 200, Carlsbad, CA 92009.

Irwin B. Schwartz

23