UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| RIVERDEEP INC., A LIMITED LIABILITY COMPANY, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 05-10816 REK |
| vs. | ) ) | |
| SOMC GROUP, INC.; LOGETICS, INC.; SAN DIEGO WHOLESALE CREDIT ASSOCIATION d/b/a SAN DIEGO CREDIT ASSOCIATION; READY, SET, GROW!; JELLY BEAN ISLANDS; LEAP AHEAD, and THOMAS E. HOLLAND, | ) ) ) ) ) ) ) ) | **[PROPOSED] DEFAULT BY CLERK** **[F.R.C.P. 55(a)]** |
| Defendants. | ) ) | |

It appearing from the records in the above-entitled action that the First Amended Complaint has been served upon the defendant SOMC GROUP, INC. and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.C.P. 55(a), that defendant SOMC GROUP, INC. has failed to plead or otherwise defend in said action as directed in said First Amended Complaint and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of counsel, the DEFAULT of defendant SOMC GROUP, INC. is hereby entered.

Date: July ___, 2005.

_____
Deputy Clerk