UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RIVERDEEP INC., LLC,<br><br>Plaintiff,<br><br>v.<br><br>SOMC GROUP, INC., a California corporation; LOGETICS, INC., a California corporation; SAN DIEGO WHOLESALE CREDIT ASSOCIATION, a California corporation; READY, SET, GROW!, a California corporation; JELLY BEAN ISLANDS, a California corporation; LEAP AHEAD, a California corporation, and Thomas Holland,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 05-10816 REK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT SAN DIEGO WHOLESALE CREDIT ASSOCIATION'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to L.R. 7.3 and Fed. R. Civ. P. 7.1, defendant San Diego Wholesale Credit Association ("SDWCA") states it is a privately held corporation. SDWCA has no parent corporations and no publicly held company owns 10% or more of SDWCA stock.

Respectfully submitted,

SAN DIEGO WHOLESALE CREDIT
ASSOCIATION

By its attorneys,

Daniel B. Winslow (BBO# 541972)
Christopher S. Kroon (BBO# 660286)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02110
(617) 289-9200

BOS\133420.1

## CERTIFICATE OF SERVICE

I, Christopher S. Kroon, hereby certify that on July 6, 2005, I made service of the foregoing document by causing a copy thereof to be delivered, by mail, postage prepaid, to the offices of:

>Irwin B. Schwartz, Esquire
>Petrie Schwartz LLP
>500 Boylston Street
>Suite 1860
>Boston, MA 02116

>Matthew J. Walko, Esquire
>Thomas D. Herman, Esquire
>Smith and Duggan LLP
>Two Center Plaza
>Boston, MA 02108

>Thomas Holland
>President
>Software of the Month Club
>1935 Camino Vida Roble
>Carlsbad, California 92008

Christopher S. Kroon