UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RIVERDEEP INC., A LIMITED LIABILITY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>SOMC GROUP, INC.; LOGETICS, INC.; SAN DIEGO WHOLESALE CREDIT ASSOCIATION d/b/a SAN DIEGO CREDIT ASSOCIATION; READY, SET, GROW!; JELLY BEAN ISLANDS; LEAP AHEAD, and THOMAS E. HOLLAND,<br><br>Defendants. | Civil Action No. 05-10816 REK<br><br>**ASSENTED-TO MOTION TO FILE SINGLE OVERLENGTH OPPOSITION BRIEF TO LOGETICS' AND HOLLAND'S MOTIONS TO DISMISS** |

Pursuant to Local Rule 7.1(b)(4), Riverdeep, Inc. ("Riverdeep") moves on the below-stated grounds to file a single over-length brief in opposition to two motions to dismiss filed herein: (1) the motion to dismiss or transfer of Logetics, Inc. ("Logetics"); and (2) the motion to dismiss of Thomas E. Holland ("Holland"):

1.  Logetics filed a motion to dismiss or transfer on June 16, 2005. Pursuant to a stipulation, Riverdeep's opposition is due on August 1, 2005 at 3 p.m.

2.  Holland filed a motion to dismiss on July 6, 2005. Pursuant to stipulation, Riverdeep's opposition is due on August 1, 2005 at 3 p.m.

3.  Under Local Rule 7.1(b)(4), memoranda opposing motions shall not, without leave of court, exceed twenty pages. Riverdeep is, therefore, allowed to file two

separate 20-page briefs in response to the two pending motions to dismiss.

5.  Riverdeep, however, would like to file one combined opposition to the Logetics motion to dismiss and the Holland motion to dismiss because the two motions contain overlapping arguments. Riverdeep believes that such a unified opposition brief will be 30 pages or less.

### Certification of Meet and Confer Obligations

6.  On July 20, 2005, undersigned counsel e-mailed defendants' respective counsel requesting that they stipulate to this motion to permit Riverdeep to file a combined opposition brief to the Logetics and Holland motions to dismiss of 30 pages or less in lieu of two separate 20-page briefs.

7.  Counsel for Logetics, San Diego Credit Association, and Holland so stipulated.

CONCLUSION

For the foregoing reasons, Riverdeep respectfully requests permission to file a unified opposition brief to the Logetics and Holland motions to dismiss in excess of the Court's 20-page limit but in no event longer than 30 pages.

Dated: July 22, 2005.

Respectfully submitted,

Irwin B. Schwartz (BBO#548763)
Sarah Block Wallace (Pro Hac Vice)
PETRIE SCHWARTZ LLP
500 Boylston Street, Suite 1860
Boston, Massachusetts 02116
(617) 421-1800
(617) 421-1810 (fax)

Counsel for Plaintiff
Riverdeep, Inc., LLC

Certificate of Service

I, Irwin B. Schwartz, attorney for Plaintiff, Riverdeep, Inc., LLC, hereby certify that on this 22nd day of July 2005, I filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to: Matthew Walko, Smith & Dugan LLP, Two Center Plaza, Suite 620, Boston, MA 02108-1906, counsel for Defendant Logetics, Inc.; Daniel B. Winslow, Esquire, Duane Morris, 470 Atlantic Avenue, Suite 500, Boston, MA 02210, counsel for Defendant San Diego Wholesale Credit Association Evan Slavitt, Esq., Bodoff & Slavitt LLP, 225 Friend Street, Boston, MA 02114, Counsel for Defendant Thomas E. Holland; and served the same by United States mail, postage prepaid, Mr. Thomas E. Holland, SOMC Group, Inc., 1945 Palomar Oaks Way, Suite 200, Carlsbad, CA 92009

Irwin B. Schwartz