## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Riverdeep, Inc., LLC, | : |
| | : |
| Plaintiff | : |
| | : |
| v. | : CIVIL ACTION NO. 05-10816-REK |
| | : |
| SOMC Group, Inc.; Logetics, Inc.; | : |
| San Diego Wholesale Credit Association; | : |
| Ready, Set, Grow!; Jelly Bean Islands; Leap | : |
| Ahead, and Thomas E. Holland, | : |
| | : |
| Defendants | : |
| | : |

## **NOTICE OF APPEARANCE**

TO THE CLERK:

Please enter my appearance as counsel for defendant Logetics, Inc., in addition to Scott A. Smith, Matthew J. Walko, and Thomas D. Herman. Matthew J. Walko remains the Lead Attorney for Logetics, Inc.

                                                                                               Respectfully submitted,

                                                                                               */s/ David G. Braithwaite*
                                                                                               David G. Braithwaite
                                                                                               BBO. No. 634013

                                                                                               SMITH & DUGGAN LLP
                                                                                               Two Center Plaza, Suite 620
                                                                                               Boston, Massachusetts 02108-1906
                                                                                               (617) 228-4400

Dated: July 26, 2005

## **CERTIFICATE OF SERVICE**

The undersigned certifies service of the foregoing on July 26, 2005 in accordance with Federal Rule of Civil Procedure 5(b)(2) and United States District Court for the District of Massachusetts Electronic Case Filing Administrative Procedure § E(2) as to all parties, having appeared in this action through counsel admitted to practice before this Court, identified by the Clerk as receiving Notice of Electronic Filing.

/s/ David G. Braithwaite
David G. Braithwaite
BBO. No. 634013