UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Riverdeep, Inc., LLC,<br><br>    Plaintiff<br><br>    v.<br><br>SOMC Group, Inc.; Logetics, Inc.;<br>San Diego Wholesale Credit Association;<br>Ready, Set, Grow!; Jelly Bean Islands; Leap<br>Ahead, and Thomas E. Holland,<br><br>    Defendants | :<br>:<br>:<br>:<br>:<br>: CIVIL ACTION NO. 05-10816-REK<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**MOTION OF LOGETICS, INC. TO EXCUSE ATTENDANCE OF ITS INSURANCE CARRIER AT AUGUST 2, 2005 HEARING**

The defendant Logetics, Inc. ("Logetics") moves the Court to excuse the attendance of its insurance carrier, St. Paul Fire and Marine Insurance Company ("St. Paul"), at the hearing presently scheduled for August 2, 2005, at 11:00 a.m.   No other party opposes this motion.  As grounds therefor, Logetics states as follows:

1.   At a hearing held on June 28, 2005, Judge Robert E. Keeton ordered that the parties' insurance carriers be present at the hearing scheduled for August 2, 2005.

2.   Logetics' insurer is St. Paul Fire and Marine Insurance Company ("St. Paul").  The claim handler assigned to this matter is Gail Baev, who is based in St. Paul, Minnesota.  Ms. Baev is a member of a small claims handling unit within St. Paul that specializes in technology and intellectual property coverage issues such as those present in this case.

3.   Ms. Baev has indicated to counsel for Logetics that St. Paul has agreed to defend Logetics in connection with this matter pursuant to a reservation of rights.  Ms. Baev has also indicated that St. Paul will be willing to participate in any mediation scheduled in this case.

4.	Unfortunately, Ms. Baev cannot participate in the hearing scheduled for August 2, 2005. At the time scheduled for the hearing, she will be traveling by airplane, starting a vacation that was planned and ticketed before the August 2 hearing was scheduled. Because she will be physically in transit on August 2, she cannot participate in the hearing in person or by telephone.

5.	Ms. Baev has informed counsel for Logetics that the unit within St. Paul that specializes in technology and intellectual property matters is quite small and that there are no members of this unit located in Massachusetts. Ms. Baev is the only claims person who is familiar with the Logetics claim. If St. Paul is required to have a representative present in person or by telephone at the August 2, 2005 hearing, it will be forced to assign a claims handler based in either Connecticut or Minnesota who would be unfamiliar with the facts and specific issues in this case. A substitute claim handler assigned by St. Paul to participate in this hearing would be unable to add much, if anything, in the way of substance to the hearing.

WHEREFORE, Logetics respectfully requests that its insurer, St. Paul, be excused from participating in the hearing scheduled for August 2, 2005, on the grounds that the person with knowledge of the complex issues present in this case is unavailable, St. Paul has no suitable representative to provide in her place, and St. Paul has already agreed to participate in a future mediation.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

The undersigned certifies that counsel for defendant San Diego Wholesale Credit Association has no objection to this motion; counsel for defendant Thomas E. Holland has assented to this motion; and counsel for plaintiff Riverdeep, Inc., LLC, has stated that he will not oppose this motion.  Local Rule 7.1(A)(2).

                                                            Respectfully submitted,

                                                            */s/ David G. Braithwaite*
                                                            David G. Braithwaite
                                                            BBO. No. 634013

                                                            SMITH & DUGGAN LLP
                                                           Two Center Plaza, Suite 620
                                                           Boston, Massachusetts 02108-1906
                                                           (617) 228-4400

Dated: July 26, 2005

## CERTIFICATE OF SERVICE

The undersigned certifies service of the foregoing on July 26, 2005 in accordance with Federal Rule of Civil Procedure 5(b)(2) and United States District Court for the District of Massachusetts Electronic Case Filing Administrative Procedure § E(2) as to all parties, having appeared in this action through counsel admitted to practice before this Court, identified by the Clerk as receiving Notice of Electronic Filing.

                                                            */s/ David G. Braithwaite*
                                                            David G. Braithwaite
                                                            BBO. No. 634013