UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RIVERDEEP INC., A LIMITED LIABILITY COMPANY,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SOMC GROUP, INC.; LOGETICS, INC.; SAN DIEGO WHOLSEALE CREDIT ASSOCIATION d/b/a SAN DIEGO CREDIT ASSOCIATION; READY, SET, GROW!; JELLY BEAN ISLANDS; LEAP AHEAD, and THOMAS E. HOLLAND,<br><br>　　　　　　Defendants. | Civil Action No. 05-10816 REK<br><br>AFFIDAVIT OF JOHN BARTLETT |

John Bartlett declares as follows:

1.　　I am Vice President of OEM Sales at Riverdeep Inc., a Delaware limited liability company ("Riverdeep"). The information contained in this Affidavit is true and correct based on my personal knowledge.

2.　　Riverdeep is a leading publisher of educational and productivity consumer software. Among the many software titles owned and/or distributed by Riverdeep are such popular children's educational programs as Reader Rabbit, Leap Ahead, Oregon Trail, Where in the World Is Carmen San Diego, Achieve!, Clue Finders, Mighty Math, and Scooby-Doo marketed under Riverdeep, The Learning Company, Broderbund and Edmark brands, among others.

3.　　In March 2002, I was Vice President of OEM Sales at Broderbund LLC ("Broderbund"), predecessor in interest to Riverdeep. OEM Sales is a

division of Riverdeep that deals with outbound licensing of Riverdeep content and brands in certain channels of distribution.

4. As Vice President of OEM Sales at Broderbund, I was in charge of licensing Riverdeep's software products to certain companies such as Logetics, Inc. ("Logetics") and SOMC Group, Inc. ("SOMC").

5. In that role, I negotiated and signed the OEM License Agreement with SOMC dated March 2002 ("2002 Agreement") on behalf of Broderbund. I was in Massachusetts when I negotiated and signed the 2002 Agreement.

6. In August 2002, Riverdeep, then located in Massachusetts, acquired Broderbund and as a result, I became Vice President of OEM Sales for Riverdeep. My duties, however, remained substantially the same and my offices remained in Massachusetts.

7. I signed Amendment No. 2 to the OEM License Agreement with SOMC ("Second Amendment") on September 29, 2003 in my role as Vice President of OEM Sales. I was in Massachusetts when I signed Amendment No. 2.

8. On March 28, 2004, Riverdeep entered into an OEM License Agreement with Logetics. Tony Bordon, my supervisor, signed that agreement on behalf of Riverdeep.

9. Since prior to 2002, I have been Riverdeep's primary contact for Logetics and SOMC.

10. At all times from 2002 forward, I have been physically located in the Boston, Massachusetts metropolitan area. Both Riverdeep and Broderbund at all

times retained offices in Massachusetts. Tony Bordon, who was Riverdeep's former Executive Vice President in charge of the consumer division, also worked at all times out of the Boston area offices.

11.   I talked and/or emailed with Tom Holland who was President of both SOMC and Logetics on a regular basis. Both my office number and my cell phone number have the Massachusetts area code "617."

12.   I know Tom Holland was aware that the OEM Sales team was located in Cambridge, Massachusetts because on multiple occasions he referenced my location and on at least one occasion offered to travel to Boston to meet with me.

13.   On April 13, 2004 Tom Holland faxed me the signature page of the 2004 Agreement at my former office in Boston. The fax number there was 617-778-7631.

SWORN AND SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 27th DAY OF JUNE 2005.

_____
John Bartlett