UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
RIVERDEEP, INC., Delaware Limited Liability )
Company,                                    )
    Plaintiff                               )
                                            )
    v.                                      )   CIVIL ACTION
                                            )   NO. 05-10816-REK
SOMC GROUP, INC., a California Corporation, )
LOGETICS, INC., a California Corporation,   )
SAN DIEGO WHOLESALE CREDIT                  )
ASSOCIATION, a California Corporation doing )
business as San Diego Credit Association,   )
READY, SET, GROW!, a California Corporation,)
JELLY BEAN ISLANDS, a California Corporation,)
LEAP AHEAD, a California Corporation, and   )
THOMAS E. HOLLAND,                          )
    Defendants                              )
_____         )

**Separate and Final Judgment**
September 13, 2005

For the reasons stated in the Opinion of September 13, 2005, it is hereby

ADJUDGED:

All claims against defendant SAN DIEGO WHOLESALE CREDIT ASSOCIATION are DISMISSED WITHOUT PREJUDICE, each party to bear its own costs..

Approved:                                   By the Court,


__/s/Robert E. Keeton_____             __/s/Karen Folan_____
Senior United States District Judge         Karen Folan, Deputy Clerk