UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
)
RIVERDEEP, INC., Delaware Limited Liability )
Company, )
     Plaintiff )
)
v. )     CIVIL ACTION
)     NO. 05-10816-REK
SOMC GROUP, INC., a California Corporation, )
LOGETICS, INC., a California Corporation, )
SAN DIEGO WHOLESALE CREDIT )
ASSOCIATION, a California Corporation doing )
business as San Diego Credit Association, )
READY, SET, GROW!, a California Corporation, )
JELLY BEAN ISLANDS, a California Corporation,)
LEAP AHEAD, a California Corporation, and )
THOMAS E. HOLLAND, )
     Defendants )
_____ )

**Order of Transfer**
September 13, 2005


For the reasons stated in the Opinion of September 13, 2005, it is hereby

ORDERED:

This court forthwith transfers this case to the Federal District Court for the

Southern District of California.


Approved:                    By the Court,


_/s/Robert E. Keeton_____     __/s/Karen Folan_____
Senior United States District Judge     Karen Folan, Deputy Clerk