# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

05-10816-REK

W. Samuel Hamrick, Jr.
Clerk of Court

December 8, 2005

Irwin B. Schwartz
Petrie Schwartz LLP
500 Boylston St., Suite 1860
Boston, MA 02116

Evan Slavitt
Bodoff & Slavitt LLP
225 Friend Street
Boston, MA 02114-1812

Matthew J. Walko
Smith & Duggan LLP
2 Center Plaza, Suite 620
Boston, MA 02108-1906

RE: RIVERDEEP INC V. SOMC GROUP INC

You are hereby notified that the above entitled case was on 12/01/05 transferred from the District of Massachusetts to the U.S. District Court, Southern District of California. The case will now contain the case number of the Southern District, and the initial of the assigned Judge. The case has been assigned to the Honorable Larry A. Burns, and on all future filings please show the case number as 05cv2195LAB (WMc).

W. Samuel Hamrick, Jr.
Clerk of Court

By: _____
C. Lisitza, Deputy Clerk